FILED
AUG 0 1 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:17-mj-00661 |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Tiffany J. Preston, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney