AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



FILED
AUG 04 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   5:17-mj-00034-JLT |
| BUSTER HERNANDEZ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BUSTER HERNANDEZ

Date:   08/04/2017

*Attorney's signature*

Alekxia Torres     #296418
*Printed name and bar number*

1318 "K" Street
Bakersfield, CA 93301
*Address*

lextorres@lawtorres.com
*E-mail address*

(661) 326-0857
*Telephone number*

(661) 326-0936
*FAX number*