OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
510 19TH STREET, 2ND FLOOR, SUITE 200
BAKERSFIELD, CALIFORNIA 93301

OFFICIAL BUSINESS

SANTA CLARITA CA 913

07 AUG 2017 PM 6 L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
46 EAST OHIO ST
INDIANAPOLIS, IN 46204

46204-190399

RECEIVED

AUG 10 2017

U.S. CLERK
INDIANAPOLIS, INDIANA