UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Cause No. 1:17-mj-00661-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

This matter is before the Court on the government's Motion to unseal the captioned cause. The Court being duly advised now finds that the government's Motion to unseal should be GRANTED.

IT IS THERFORE ORDERED that the above captioned cause is hereby UNSEALED.

_____
Hon. Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:  All Parties of Record via ECF