UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

17 SEP -7 PM 2: 35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| BUSTER HERNANDEZ, ) | **1:17-cr-0183 LJM -TAB** |
| ) | |
| Defendant. ) | |

## INDICTMENT

**COUNTS 1 THROUGH 6**
**18 U.S.C. § 2251(a)**
**(Production of Child Pornography)**

The Grand Jury charges that:

Between in or about September 5, 2014, and January 20, 2015, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, did employ, use, persuade, induce, entice, and coerce VICTIMS 1 and 2, who were minors, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did aid and abet such conduct, and such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, as more particularly described below:

| Count 1 | An image labeled 10615859_774768432590051_1323014964_n.jpg, depicting Victim 1 using a cellular telephone to take a picture of herself in a bathroom mirror. Victim 1 is seen standing in front of the mirror, completely nude, and Victim 1's face, breasts, and vagina are clearly visible. |
|---|---|
| Count 2 | An image labeled 10617472_792430664157161_533669609_n.jpg, depicting Victim 1 doing the splits on the floor of a bedroom facing away from the camera. Victim 1 is only wearing a bra in the image, and Victim 1's vagina and anus are clearly visible in the image. |

| Count 3 | An image labeled 10745116_805529989513895_838946976_n.jpg, depicting Victim 1 lying on her back on the floor wearing only a bra. Victim 1's arms and legs are spread apart, and Victim 1's vagina and anus are clearly visible. |
|---|---|
| Count 4 | A video labeled IMG_1502.MOV, depicting Victim 2 wearing a black bra and yellow underwear. Victim 2 is shown removing the yellow underwear exposing her vagina, and then removes the black bra, exposing her breasts. |
| Count 5 | An image labeled IMG_2740.JPG, depicting Victim 2 standing in front of a bathroom mirror wearing only a maroon hat and beige sweater. Victim 2 is holding a cellular telephone in front of her to take the picture of herself in the mirror. Victim 2's face, breast, and vagina are clearly visible in the image. |
| Count 6 | An image labeled IMG_0238.jpg, depicting Victim 2, who is nude. The video depicts Victim 2 gripping her left breast with her left hand. |

Each Count in violation of Title 18, United States Code, Section 2251(a) and 2.

## COUNTS 7 THROUGH 9
## 18 U.S.C. § 2252A(a)(2)
### (Distributing Child Pornography)

The Grand Jury further charges that:

Between in or about September 5, 2014, and August 2, 2017, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ did knowingly distribute child pornography of Victim 1 and Victim 4, who were minors, using a means or facility of interstate commerce, and that was transported in or affecting interstate commerce by any means, including computer, as more particularly described below:

| Count 7 | An image labeled 10716099_818958261504401_382201696_n.jpg, depicting Victim 1, facing away from the camera, bent at the waist. Victim 1's arms are crossed through her legs and her hands are partially covering her vagina and anus. |
|---|---|
| Count 8 | An image labeled 10622085_774763009257260_566260794_n.jpg, depicting Victim 1 using a cellular telephone to take a picture of herself in a bathroom mirror. Victim 1 is seen standing in front of the mirror, wearing only zebra print underwear. Victim 1's face and breasts are clearly visible. |
| Count 9 | An image depicting Victim 4 using a cellular telephone to take a picture of herself in a bathroom mirror. Victim 4 is nude and is visibly crying in the photograph. Below the image is a message from defendant saying "the young ones always cry." |

Each Count in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNTS 10 THROUGH 13
18 U.S.C. § 844(e)
(Threat to Use Explosive Device)

The Grand Jury further charges that:

Between in or about December 17, 2015, and December 20, 2015, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, used an instrument of interstate or foreign commerce to willfully make threats, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, and other real or personal property by means of fire or an explosive, as more particularly described below:

| Count 10 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
|---|---|
| Count 11 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Danville Community High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| Count 12 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| Count 13 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Walmart, located in Plainfield, Indiana, which is located within the Southern District of Indiana. |

## COUNTS 14 THROUGH 26
18 U.S.C. § 875(c)
(Threats to Injure)

The Grand Jury further charges that:

Between in or about December 15, 2015, and July 20, 2017, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, transmitted in interstate

or foreign commerce communications containing threats to kidnap or injure the person of another, as more particularly described below:

| Count 14 | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill Victim 1, and threatened to kidnap Victim 1's minor sibling (Victim 5). |
|---|---|
| Count 15 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1. |
| Count 16 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| Count 17 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Danville High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| Count 18 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1 and Victim 1's former significant other (Victim 6). |
| Count 19 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill patrons at The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| Count 20 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill police and first responders to The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| Count 21 | On or about December 21, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1 with a rifle. |
| Count 22 | On or about January 3, 2016, defendant, using an account on yandex.com ("Brian Kil" at cop-killer-pipeb@yandex.com), E-mailed Victim 7, a Plainfield High School Board member, and threatened to kill Victim 7, Victim 7's family, and students at Plainfield High School. |
| Count 23 | On or about June 10, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's minor sister (Victim 8) attaching a photograph depicting an individual holding a buck knife. |
| Count 24 | On or about February 2, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's mother (Victim 9), to kill Victim 2's family, and to rape and kill Victim 2's minor sister (Victim 8). |
| Count 25 | On or about July 18, 2017, defendant transmitted in interstate or foreign commerce a threat to rape Victim 2's eighteen-year-old sister (Victim 10). |
| Count 26 | On or about July 20, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's family, and to kidnap and rape Victim 2's minor brother (Victim 11). |

Each Count in violation of Title 18, United States Code, Section 875(c).

## **FORFEITURE**

The allegations in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant BUSTER HERNANDEZ of violations of Chapter 110, Title 18, United States Code, Sections 2251, 2252, 844, and 875 as set forth in Counts 1 through 26 of this Indictment, the defendant herein, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of the offense set forth in the Indictment. Such property includes, but is not limited to, hard drives, external hard drives, cellular phones, DVD players, Micro SD cards, flash drives, computers, laptops, and thumb drives, including those that contain images and videos of sexually explicit conduct seized on or about August 3, 2017.

A TRUE BILL:

███████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney