UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. |
| BUSTER HERNANDEZ, | ) ) ) | 1:17-cr-0183 LJM -TAB |
| Defendant. | ) | |

**PENALTY SHEET**

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1-6 | Title 18 U.S.C. §§ 2251(a) and 2 Production of Child Pornography | 15-30 | Up to $250,000 | 5-Life | |
| 7-9 | Title 18 U.S.C. § 2252A(a)(2) Distributing Child Pornography | 5-20 | Up to $250,000 | 5-Life | |
| 10-13 | Title 18 U.S.C. § 844(e) Threat to Use Explosive Device | 0-10 | Up to $250,000 | NMT 3 years | |
| 14-26 | Title 18 U.S.C. § 875(c) Threats to Injure | 0-5 | Up to $250,000 | NMT 3 years | |

Dated: _____    _____
                                  BUSTER HERNANDEZ
                                  Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana