UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 0 8 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) 1:17-mj-0661-TAB-1 |
| Buster Hernandez | ) 1:17-cr-0183-LJM-TAB-1 |
| Defendant. | ) |

## DEFENDANT'S WAIVER OF DETENTION HEARING

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. § 3142(f)(2)

Further, the defendant understands that he will be detained until time of trial.

_____
Buster Hernandez
Defendant

9/8/17
Date

_____
Counsel for Defendant
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

Distribution to all registered counsel by electronic notification via CM/ECF