AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
SEP 0 8 2017
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

BUSTER HERNANDEZ
*Defendant*

Case No. 1:17-cr-0183 LJM-TAB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Buster Hernandez, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts One through Six: Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2;

Counts Seven through Nine: Distributing Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2);

Counts Ten through Thirteen: Threat to Use Explosive Device, in violation of Title 18, United States Code, Section 844(e); and

Counts Fourteen through Twenty-Six: Threats to Injure, in violation of Title 18, United States Code, Section 875(c).

Date: September 7, 2017

CLERK OF COURT, Laura A. Briggs
BY: Cindy B. Ulrich, Deputy Clerk

City and state: Indianapolis, IN

### Return

This warrant was received on *(date)* 9/8/17, and the person was arrested on *(date)* 9/8/17 at *(city and state)* Indianapolis, IN

Date: 9/8/17

Arresting officer's signature

ANDREW ARNOLD DUSM
*Printed name and title*