UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-cr-0183-LJM-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | - 01 |
| Defendant. | ) | |

**MINUTE ENTRY**

**For September 8, 2017**

Parties appear for an initial appearance on the Indictment filed on September 7, 2017, and a detention hearing.   Defendant appeared in person and by FCD counsel Joseph Cleary.   Government represented by AUSA Tiffany Preston.   USPO represented by Jamie Roberts.

Financial affidavit approved on August 30, 2017.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **September 22, 2017**.

Defendant waived formal arraignment and reading of the indictment.

Defendant waived his right to a detention hearing and defendant ordered detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date: 9/8/17

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system