# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            Plaintiff, )<br>            )<br>vs.                             ) CASE NO. 1:17−cr−00183−TWP−TAB<br>            )<br>BUSTER HERNANDEZ )<br>            Defendant(s) ) | |

## ORDER REASSIGNING CASE

      Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40−1(f) of the Southern District of Indiana, the above matter is to be reassigned from the docket of Judge Larry J. McKinney to the docket of the newly assigned Judge Tanya Walton Pratt. **Please note that cause number 1:17−cr−00183−TWP−TAB should be used on all future filings.**


DATE: <u>September 29, 2017</u>            <u>s/ Hon. Jane Magnus−Stinson, Chief Judge</u>
                                              United States District Court
                                              Southern District of Indiana