# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO CONTINUE
## FINAL PRETRIAL CONFERENCE AND TRIAL DATE

Defendant Buster Hernandez, by counsel, Joseph M. Cleary, respectfully moves the Court to continue the final pretrial conference and trial date presently set in this case, and in support states:

1.      The final pretrial conference is scheduled to commence on April 4, 2018 and jury trial on April 23, 2018.

2.      Counsel is in the process of conferring with Defendant and reviewing discovery. Additional time is needed to consult with Defendant and otherwise prepare adequately for trial. No prior continuances have been requested.   Discovery in this case is voluminous and is not complete.   There are also complex technical issues for counsel to understand.

3.      Counsel has discussed this motion with Assistant United States Attorney Tiffany Preston who does not object to this motion.

4.      The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial.   Thus the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 et

seq.

**WHEREFORE**, Defendant Buster Hernandez requests that the final pretrial conference date of April 4, 2018 and trial date of April 23, 2018, be vacated, and that this case be reset for trial at such other time as the Court's calendar will permit.

Respectfully submitted,

*S/ Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I hereby certify that on **January 24, 2018** a copy of the foregoing **Motion to Continue Final Pretrial Conference and Trial Date** was filed electronically.   Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.   Parties may access this filing through the court's system.

*S/ Joseph M. Cleary*
Joseph M. Cleary