**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATE**

This matter is before the Court upon Defendant's Motion to Continue the final pretrial conference set for April 4, 2018 and the April 23, 2018 trial date presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the April 4, 2018 final pretrial conference is vacated and reset for <u>July 11, 2018 at 2:00 p.m.</u>, in Room 344 and the April 23, 2018 trial in this cause be rescheduled to commence on <u>July 30, 2018, at 9:00 a.m.</u>, in Room 344, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 1/26/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:   Distribution to all registered counsel by electronic notification via CM/ECF