UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

MOTION FOR A CONTINUANCE OF
FINAL PRETRIAL CONFERENCE AND TRIAL

The United States of America, by and through its counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, hereby petitions the Court for an order granting the United States a continuance of the Final Pretrial Conference and Jury Trial in the above matter. In support of this request, the government proffers the following:

1. On or about August 1, 2017, a Criminal Complaint was filed against the above named defendant, On September 7, 2017, the grand jury returned an Indictment charging Buster Hernandez with Production of Child Pornography (Counts 1-6), in violation of 18 U.S.C. § 2251(a), Distributing Child Pornography (Counts 7-9), in violation of 18 U.S.C. § 2252A(a)(2), Threats to Use Explosive Devices (Counts 10-13), in violation of 18 U.S.C § 844(e) and Threats to Injure (Counts 14-26), in violation of 18 U.S.C. § 875(c).

2. On September 7, 2017, the defendant appeared before Magistrate Judge Tim A. Baker for an initial appearance on the Indictment and a detention hearing. During the hearing,

the Court advised the defendant of his rights and the penalties associated with the charges. The defendant waived formal arraignment and reading of the Indictment, and waived the detention hearing. Accordingly, Defendant was ordered detained and that order stands.

3. The Court most recently scheduled the Final Pretrial Conference for July 11, 2018, and the Jury Trial for July 30, 2018.

4. There have been no previous motions filed by the Government requesting to continue the trial. Counsel for the Government has conferred with defendant's counsel, Joseph Cleary, and he does not oppose this motion for continuance.

5. The Government has pending Mutual Legal Assistance Treaty (MLAT) with the Canadian Authorities to obtain evidence from a foreign company, namely Hush Communications Limited (Hushmail.com). Under 18 U.S. Code § 3161(h)(8), any period of delay, not to exceed one year, ordered by a district court upon an application of a party and a finding by a preponderance of the evidence that an official request, as defined in section 3292 of this title, has been made for evidence of any such offense and that it reasonably appears, or reasonably appeared at the time the request was made, that such evidence is, or was, in such foreign country, tolls the Speedy Trial Act. Here, the United States has a pending MLAT, and requests a continuance of the trial date in order to receive that evidence (which it anticipates will be voluminous), review the evidence, and tender it pursuant to the Federal Rules of Criminal Procedure to the defense.

6. The Government does not bring this motion for purpose of delay, but to serve interests in justice given that the foreign evidence is critical to the proceedings against the defendant.

WHEREFORE, counsel for the Government requests this Court to continue the Final Pretrial Conference and Jury Trial to a date convenient to the Court's calendar.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/Tiffany J. Preston
      Tiffany J. Preston
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Tiffany.Preston@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, a copy of the foregoing Motion to Continue the final pretrial conference and jury trial was filed electronically.  Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                         By:     s/ Tiffany J. Preston
                                    Tiffany J. Preston
                                    Assistant United States Attorney