UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendants. ) | |

### ORDER

THIS MATTER comes before the Court on the Government's motion to continue the Final Pretrial Conference scheduled for July 11, 2018, at 2:00 p.m., and Jury Trial currently set on July 30, 2018 at 9:00 a.m.. This Court, having reviewed the motion and being duly informed in the matter, finds the Government's Motion well taken and now GRANTS that motion.

Therefore, IT IS SO ORDERED that the Final Pretrial Conference in this matter, set for July 11, 2018 at 2:00 p.m. be reset to _____, 2018 at _____ a.m./p.m., and the Jury Trial set for July 30, 2018 at 9:00 a.m. be reset to _____, 2018 at _____a.m./p.m. in Courtroom _____, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

SO ORDERED at Indianapolis, Indiana, this _____ day of May 2018.

_____
Tanya Walton Pratt
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.