UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS MATTER comes before the Court on the Government's motion to continue the Final Pretrial Conference scheduled for July 11, 2018, at 2:00 p.m., and Jury Trial currently set on July 30, 2018 at 9:00 a.m.. This Court, having reviewed the motion and being duly informed in the matter, finds the Government's Motion well taken and now GRANTS that motion.

IT IS THEREFORE ORDERED that the July 30, 2018 trial and the July 11, 2018 final pretrial conference are VACATED. This action is RESCHEDULED for a final pretrial conference on November 14, 2018 at 10:00 a.m. in Room 344 and trial by jury on December 3, 2018 at 9:00 a.m. in Room 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The Defendant shall appear at the final pretrial conference.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the July 30, 2018 trial date and the December 3, 2018 trial date is excludable under 18 U.S.C. § 3161 et seq.

The deadlines for pretrial filings remain set in accordance with Dkt. 26.

Date: 5/4/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.