**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:17-cr-00183-TWP-TAB |
| BUSTER HERNANDEZ, | ) ) ) |
| Defendant. | ) ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Loren Collins, Indiana Federal Community Defenders, Inc., as co-counsel for the Defendant.

Dated: July 9, 2018

*/S/Loren Collins*
Loren Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018 a copy of the foregoing Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/S/ Loren Collins*
Loren Collins