UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO CONTINUE
FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

Defendant Buster Hernandez, by counsel Joseph M. Cleary, respectfully moves the Court to continue the final pretrial conference and trial date, and in support states:

1. The final pretrial conference is scheduled to commence on November 14, 2018 and jury trial is scheduled to commence on December 3, 2018.

2. Additional time is needed to investigate the case, properly prepare for trial, or explore the possibility of resolution by plea agreement. The discovery in this case is both quite voluminous and very technical. Thus, it is time consuming to review. Additionally, much of the discovery can only be examined at the office of the United States Attorney which further complicates the process of discovery review.

3. Expert assistance is required in this matter. The government is expecting to call five expert witnesses. The defense is in the process of retaining experts but additional time is needed to do this.

4. The parties are continuing to negotiate in an attempt to resolve this case without a trial.   It is believed that additional time would help those efforts.

5. Assistant United States Attorney Tiffany Preston has advised undersigned counsel that she has no objection.

6. The ends of justice served by the continuance sought herein outweigh the best interests of the public and the defendant to a speedy trial. Thus the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. § 3161 et seq.

**WHEREFORE**, Defendant Buster Hernandez, requests that the final pretrial conference date of November 14, 2018 and trial date of December 3, 2018, be vacated, and that this case be reset for trial on May 13, 2019 as agreed among the parties, or at such other time as the court's calendar will permit.

Respectfully submitted,

*S/ Joseph M. Cleary*
Joseph M. Cleary

S/ Loren M. Collins
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on September 14, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/ Joseph M. Cleary*
Joseph M. Cleary