UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
|     Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE
## FINAL PRETRIAL CONFERENCE AND TRIAL DATE

This matter is before the Court upon Defendant's Motion to Continue the final pretrial conference date of November 14, 2018 and trial date of December 3, 2018 presently set in this cause, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can receive a fair trial, and those interests outweigh the interests of the public and the defendant in a speedy trial in this case.

**IT IS THEREFORE ORDERED** that the November 14, 2018 pretrial conference date is vacated, and that final pretrial conference is to commence on April 24, 2019 at 2:00 p.m. and the December 3, 2018 trial date is vacated, and the trial date is to commence on May 13, 2019 at 9:00 a.m., Room 344, United States Courthouse, Indianapolis, Indiana. Parties should anticipate no further extensions.

Date: 9/17/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF