UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.  1:17-cr-00183-TWP-TAB |
| BUSTER HERNANDEZ, | ) ) ) |
| Defendant. | ) ) |

**UNITED STATES' MOTION FOR A PROTECTIVE ORDER**

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Tiffany J. Preston, Assistant United States Attorney for the Southern District of Indiana respectfully moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, to enter into force the attached proposed Protective Order governing discovery in this matter. The defendant, Buster Hernandez, does not oppose this Motion.

1. The parties agree that as a result of the above captioned case, the United States must disclose to the defense team certain information that is highly sensitive. That sensitive information will be marked as "NIT Protected Material." The parties jointly request the court enter the attached protective order due to the sensitive nature of the "NIT Protected Material."

2. Here, given that the anticipated production of discovery and other information contains sensitive and confidential information, there is good cause for the Court to enter the proposed protective order. The terms of the proposed order

are narrowly drawn in order to ensure that there are no limitations on the defendant's ability to mount a vigorous defense to the charges. Under the proposed order, the defendant is free to share discovery with, among others, his attorney, agents of his attorney, prospective witnesses, experts, and others contacted by his attorney for the purpose of the preparation and litigation of this criminal case. With a protective order in place, the government can provide discovery and other information to the defendant while endeavoring to ensure that all sensitive and confidential information of third parties is used only in connection with the preparation and litigation of this criminal case.

3. This motion governs all discovery material in any format (written or electronic) that is produced by the government in discovery in the above-captioned case, and is identified or marked as "NIT Protected Material." The United States will make available at any Federal Bureau of Investigation ("FBI") facility in the NIT Protected Material to defense counsel and defendant's expert witnesses, Matthew Miller, to comply with the government's discovery obligations.

4. Review of the NIT Protected Material is limited to the attorneys of record, members of the defense team employed by the Indiana Federal Community Defender's Office in Indianapolis, Indiana, and Matthew Miller, an expert retained by the defense team (hereinafter collectively referred to as "members of the defense team").

5. The Government and the members of the defense team agree that the NIT Protected Material is law enforcement sensitive, and must remain in the possession of the FBI at all times. Accordingly, members of the defense team must examine the NIT Protected Material at an FBI Facility. The United States will make the NIT Protected Material readily available for examination by members of the defense team at an FBI facility, and will not place undue limits to the time required to thoroughly examine the NIT Protected Material.

6. The attorneys of record and members of the defense team may review their findings regarding the NIT Protected Material with the Defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the NIT Protected Material, or information contained therein, to the Defendant and other persons. The Defendant is not permitted to disclose the identity of software associated with the NIT Protected Material, nor any information regarding the NIT Protected Material to anyone other than members of the defense team.

7. Nothing in the proposed order should be construed as an imposition of any discovery obligations on the government or the defendant apart from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure, as well as the Local Criminal Rules. Any NIT Protected Material, or information contained therein, filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their

filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

      8.    The provisions of this proposed order shall not terminate at the conclusion of this prosecution, unless Mr. Miller receives advance authorization from the Assistant United States Attorney, Tiffany J. Preston, or a representative from the United States Attorney's Office or the Federal Bureau of Investigation. The provisions of this proposed order includes Mr. Miller's practice as an expert, as well as any reference to or use of his examination of the NIT Protected Material in future proceedings. It further includes disclosure of the NIT Protected Material to individuals other than the members of the defense team without express authorization in advance from the Assistant United States Attorney. The United States Attorney's Office and the Federal Bureau of Investigation shall not deny Mr. Miller's authorization for future disclosure unless there exists a reasonable basis for the denial.

WHEREFORE, the United States respectfully requests that the Court grant this Motion and issue the proposed Protective Order.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

Date:  12/19/2018          By:  *s/Tiffany J. Preston*
                                Tiffany J. Preston
                                Assistant United States Attorney
                                10 West Market Street, Suite 2100
                                Indianapolis, IN 46204-3048
                                Telephone: 317-226-6333

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, a copy of the foregoing Motion for Protective Order, and the attached proposed order, were filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system and parties may access this filing through that system.

Date:   12/19/2018                By:   *s/ Tiffany J. Preston*
                                                                                 Tiffany J. Preston
                                                                                 Assistant United States Attorney