**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS COUNTS
4, 5, 6, 9, 23, 24, 25, AND 26 FOR LACK OF VENUE**

The defendant, Buster Hernandez, through counsel, moves this Court to dismiss Counts 4, 5, 6, 9, 23, 24, 25 and 26 of the indictment for lack of venue. Mr. Hernandez brings this motion under Fed. R. Crim. P. 12(b)(3)(A), alleging a defect in instituting the prosecution. Venue does not lie in the Southern District of Indiana under Fed. R. Crim. P. 18 and 18 U.S.C. § 3237. Accordingly, Counts 4, 5, 6, 9, 23, 24, 25 and 26 must be dismissed.

This motion is supported by the accompanying Memorandum.

Respectfully submitted,

*Joseph M. Cleary*
Joseph M. Cleary

*Loren M. Collins*
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520

## **CERTIFICATE OF SERVICE**

    I certify that on March 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Joseph M .Cleary*
Joseph M. Cleary
