## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>BUSTER HERNANDEZ, )<br>　　　　Defendant. ) | 1:17-cr-00183-TWP-TAB |

### ORDER ON DEFENDANT'S MOTION TO DISMISS COUNTS 4, 5, 6, 9, 23, 24, 25, AND 26 FOR LACK OF VENUE

This matter is before the Court upon Defendant's Motion to Dismiss Counts 4, 5, 6, 9, 23, 24, 25 and 26 for Lack of Venue, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that Counts 4, 5, 6, 9, 23, 24, 25 and 26 are dismissed for lack of venue.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. TANYA WALTON PRATT
　　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE

Distribution to all registered counsel by electronic notification via CM/ECF