> To ensure a ruling prior to the April 24, 2019 final pretrial conference, the Government shall file its response to Defendant's Motion to Dismiss (dkt. 38) no later than March 29, 2019.
> TWP
> 3/20/2019.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS COUNTS 4, 5, 6, 9, 23, 24, 25, AND 26 FOR LACK OF VENUE

The defendant, Buster Hernandez, through counsel, moves this Court to dismiss Counts 4, 5, 6, 9, 23, 24, 25 and 26 of the indictment for lack of venue. Mr. Hernandez brings this motion under Fed. R. Crim. P. 12(b)(3)(A), alleging a defect in instituting the prosecution. Venue does not lie in the Southern District of Indiana under Fed. R. Crim. P. 18 and 18 U.S.C. § 3237. Accordingly, Counts 4, 5, 6, 9, 23, 24, 25 and 26 must be dismissed.

This motion is supported by the accompanying Memorandum.

Respectfully submitted,

*Joseph M. Cleary*
Joseph M. Cleary

*Loren M. Collins*
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
(317) 383-3520