UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
March 28, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-cr-183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF INTENT TO SUPERSEDE THE INDICTMENT AND RESPOND TO DEFENDANT'S MOTION TO DISMISS

The United States, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, hereby notifies the Court and Counsel that the United States intends to Superseding the Indictment in the above matter on or before April 9, 2018:

1. On or about August 1, 2017, a Criminal Complaint was filed against the above named defendant.

2. On September 7, 2017, the Grand Jury returned an Indictment charging Buster Hernandez with Production of Child Pornography (Counts 1-6), in violation of 18 U.S.C. § 2251(a), Distributing Child Pornography (Counts 7-9), in violation of 18 U.S.C. § 2252A(a)(2), Threats to Use Explosive Devices (Counts 10-13), in violation of 18 U.S.C § 844(e) and Threats to Injure (Counts 14-26), in violation of 18 U.S.C. § 875(c).

3. On September 7, 2017, the defendant appeared before Magistrate Judge Tim A. Baker for the Court advised the defendant of his rights and the penalties associated with the

charges. The defendant waived formal arraignment and reading of the Indictment, and waived the detention hearing. Accordingly, Defendant was ordered detained and that order stands.

4. During the analysis of the case, and in preparation for trial, the United States has reviewed voluminous data associated with the Defendant's use of the Internet to produce, distribute, and receive child pornography, threaten to use explosive devices, and threaten to kill, injure, kidnap and ruin the reputations of at least 100 victims who reside throughout the United States and at least two foreign jurisdictions. The United States received the aforementioned data in response to numerous federal search warrants associated with hundreds of Hushmail, Facebook, Twitter, and Instagram accounts. Based upon the extensive review described above, there is a strong circumstantial net linking the Defendant with "Brian Kil," the moniker he used to attack some of the victims in the Southern District of Indiana, and other monikers, which the Defendant used to victimize victims in the Southern District of Indiana and other jurisdictions.

5. All of this information was available for the defense in discovery as set forth in the Government September 25, 2017, Federal Rule of Criminal Procedure 16 letter.

6. The Court most recently scheduled the Final Pretrial Conference for April 24, 2019, and the Jury Trial for May 13, 2019.[1]

7. On March 13, 2019, the Defendant Moved to Dismiss Counts 4, 5, 6, 9, 23, 24, 25 and 26 for lack of venue as to Minor Victim 2.

8. Pursuant to an order dated March 20, 2019, the United States is due to respond to the Defendant's Motion to Dismiss by March 29, 2019.[2]

---

[1] On September 29, 2017, the matter was reassigned to the Honorable Tanya Walton Pratt, and the Court set the case for trial on October 25, 2017. Defendant moved to continue, without objection, and the trial was set for April 24, 2018. No. 27. The defendant moved to continue, without an objection, a second time, and the trial was set for July 30, 2018. Subsequently, the Government moved to continue the trial as a result of appending MLAT and plea, without objection, and the matter was set for December 3, 2018. The defense moved for a continuance for a third time, and the matter was set for May 13, 2019. Although the Superseding Indictment relies on evidence disclosed to the defense, the United States will not oppose a motion to continue the May 13, 2019 trial.

[2] Lead counsel for the United States was out of the office from the afternoon of March 15, 2019, until the morning

9. As a result of the extensive analysis set forth above, and in preparation for trial and in response to the Motion to Dismiss, the United States intends to present a Superseding Indictment to the Grand Jury that will amend the original Indictment as follows:

   a. To alter certain counts of the Indictment (and thereby obviate the need for the Court to address the issues raised by the Defense in its Motion to Dismiss);[3]

   b. To refer certain matters to other Districts for which venue has not been challenged for federal prosecution (and thereby obviate the need for the Court to rule on the pending motion);

   c. To add additional counts of production and distribution of child pornography, and threatening to kill, injure, kidnap, or ruin the reputation of Minor Victim 1, and attempt to do so;

   d. To add additional counts of production and distribution of child pornography, and threatening to kill, injure, kidnap, or ruin the reputation of at least 5 addition minor victims from the Southern District of Indiana that were disclosed in discovery, but not named in the original Indictment;

   e. To add counts of extortion and threatening to kill, injure, kidnap, or ruin the reputation of adult victims disclosed in discovery, but not named in the original Indictment;

   f. To add counts of obstruction, or attempted obstructed of justice, against the Defendant;

   g. To add counts of witness tampering against the defendant;

   h. To add allegations disclosed in discovery and in the Complaint, but not set forth in the Indictment to assist the jury in understanding the Defendant's means and methods to employ, use, persuade, induce, entice, and coerce victims to produce child pornography;

---

of March 27, 2019.
[3] As such, the Defendant's Motion to Dismiss the original Indictment will be moot.

   i. To add allegations disclosed in discovery and the Complaint, but not set forth in the Indictment, to assist the jury in understanding the means and methods the Defendant to disguise his true identity from his victims and law enforcement, destroy evidence, obstruct justice, and tamper with witnesses;

  10. As set forth above, the United States further advises the Defendant and this Court that it intends to refer certain matters associated with Minor Victim 2 identified in the original indictment and the Defendant's Motion to Dismiss for federal prosecution in another District.

        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney


  By: s/ *Tiffany J. Preston*
     Tiffany J. Preston
    Assistant United States Attorney
    Office of the United States Attorney
    10 W. Market St., Suite 2100
    Indianapolis, Indiana 46204-3048
    Telephone: (317) 226-6333

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

s/ *Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333