UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ,   ) | |
| ) | |
| Defendants.   ) | |

JOINT MOTION FOR A CONTINUANCE OF
FINAL PRETRIAL CONFERENCE AND TRIAL

The United States of America, by and through its counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, jointly with counsel for the Defendant, Joseph Cleary and Loren Collins, hereby petition the Court for an order granting the parties a continuance of the Final Pretrial Conference and Jury Trial in the above matter. In support of this request, the parties proffer the following:

1. On or about August 1, 2017, a Criminal Complaint was filed against the above named defendant, On September 7, 2017, the grand jury returned an Indictment charging Buster Hernandez with Production of Child Pornography (Counts 1-6), in violation of 18 U.S.C. § 2251(a), Distributing Child Pornography (Counts 7-9), in violation of 18 U.S.C. § 2252A(a)(2), Threats to Use Explosive Devices (Counts 10-13), in violation of 18 U.S.C § 844(e) and Threats to Injure (Counts 14-26), in violation of 18 U.S.C. § 875(c).

2. On September 7, 2017, the defendant appeared before Magistrate Judge Tim A. Baker for an initial appearance on the Indictment and a detention hearing. During the hearing, the

Court advised the defendant of his rights and the penalties associated with the charges. The defendant waived formal arraignment and reading of the Indictment, and waived the detention hearing. Accordingly, Defendant was ordered detained and that order stands.

3. The Court most recently scheduled the Final Pretrial Conference for April 24, 2019, and the Jury Trial for May 13, 2019.

4. On September 29, 2017, the matter was reassigned to the Honorable Tanya Walton Pratt, and the Court set the case for trial on October 25, 2017. Defendant moved to continue, without objection, and the trial was set for April 24, 2018. No. 27. The defendant moved to continue, without an objection, a second time, and the trial was set for July 30, 2018. Subsequently, the Government moved to continue the trial as a result of appending MLAT and plea, without objection, and the matter was set for December 3, 2018. The defense moved for a continuance for a third time, and the matter was set for May 13, 2019. On March 27, 2019, the Government notified the Court and counsel that it intended to file a Superseding Indictment as set forth in Docket Number 40.

5. Additional time is needed to investigate the case, properly prepare for trial, or explore the possibility of resolution by plea agreement. The discovery in this case is both quite voluminous and very technical. Thus, it is time consuming to review. Additionally, much of the discovery can only be examined at the office of the United States Attorney which further complicates the process of discovery review. Expert assistance is required in this matter. The government is expecting to call five to eight expert witnesses. The defense has retained an expert, and is in the process of reviewing the Government's expert disclosures to ascertain whether additional defense experts are needed.

6. The parties are also continuing to negotiate in an attempt to resolve this case without a trial. It is believed that additional time would help those efforts.

6. The parties do not bring this motion for purpose of delay, but to serve interests in justice given that the foreign evidence is critical to the proceedings against the defendant.

WHEREFORE, counsel for the Government requests this Court to continue the Final Pretrial Conference and Jury Trial to a date convenient to the Court's calendar.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  s/Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Tiffany.Preston@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a copy of the foregoing Motion to Continue the final pretrial conference and jury trial was filed electronically. Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney