UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 1:17-cr-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

THIS MATTER comes before the Court on the parties' joint motion to continue the Final Pretrial Conference scheduled for April 24, 2019, at 2:00 p.m., and Jury Trial currently set on May 13, 2019, at 9:00 a.m.  This Court, having reviewed the motion and being duly informed in the matter, finds the parties' Motion well taken and now GRANTS that motion.

Therefore, IT IS SO ORDERED that the Final Pretrial Conference in this matter, set for April 24, 2019, at 2:00 p.m. be reset to _____, 2019 at _____ a.m./p.m., and the Jury Trial set for May 13, 2019, at 9:00 a.m. be reset to _____, 2019 at _____a.m./p.m. in Courtroom _____, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

SO ORDERED at Indianapolis, Indiana, this _____ day of March , 2019.

_____
Tanya Walton Pratt
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.