UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

THIS MATTER comes before the Court on the parties' joint motion to continue the Final
Pretrial Conference scheduled for April 24, 2019, at 2:00 p.m., and Jury Trial currently set on May 13,
2019, at 9:00 a.m. The Court, having reviewed the Motion now **GRANTS** a 4th and final continuance
of this matter.  Because of the age of this case, the parties' should anticipate no further continuances.

Therefore, IT IS SO ORDERED that the Final Pretrial Conference in this matter, set for April
24, 2019, at 2:00 p.m. is RESCHEDULED to July 31, 2019 at 9:00 a.m. in Courtroom 344, and the
Jury Trial set for May 13, 2019, at 9:00 a.m. is RESCHEDULED to commence on August 19, 2019 at
9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States District Courthouse, 46
East Ohio Street, Indianapolis, Indiana.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the
best interests of the public and Defendant to a speedy trial.  The time that lapses between the May 13,
2019 trial date and the August 19, 2019 trial date is excludable under 18 U.S.C. § 3161 et seq.

Date: 4/4/2019

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.