UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 APR -9 PM 4: 06

SOUTHERN DISTRICT
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg ) | |
| Martain, Purge of Maine, uygt9@hushmail.com, ) | |
| jare9302@hushmail.com, Dtvx1@hushmail.com, ) | |
| Leaked_hacks1, Closed Door, Closed Color, Clutter ) | |
| Removed, Color Rain, Plot Draw, and Invil Cable) ) | |
| Defendant. ) | |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Tiffany J. Preston, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney