UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 APR -9 PM 4:05

SOUTHERN DIST.
OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:17-cr-00183-TWP-TAB ) |
| BUSTER HERNANDEZ, (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable), | ) ) ) ) ) ) ) ) |
| Defendant. | ) |

## **PENALTY SHEET**

You have been charged in a Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-8 | Title 18, U.S.C. § 2251(a) and 2 Production of Child Pornography | 15-30 | Up to $250,000 | 5-Life |
| 9-11 | Title 18, U.S.C. 2422(b) Coercion and Enticement of a Minor | Life | Up to $250,000 | 5-Life |
| 12-16 | Title 18, U.S.C. § 2252A(a)(2) Distributing and Receiving Child Pornography | 5-20 | Up to $250,000 | 5-Life |
| 17-20 | Title 18, U.S.C. § 844(e) Threat to Use Explosive Device | 0-10 | Up to $250,000 | NMT 3 years |
| 21 | Title 18, U.S.C. § 875(b) Threats and Extortion | 0-20 | Up to $250,000 | NMT 3 years |
| 22-31 | Title 18, U.S.C. § 875(c) Threats to Kill, Kidnap, and Injure | 0-5 | Up to $250,000 | NMT 3 years |

| 32-37 | Title 18, U.S.C. § 1512(b)(3) Witness Tampering | 0-20 | Up to $250,000 | NMT 3 years |
|---|---|---|---|---|
| 38 | Title 18, U.S.C. § 1512(c) Obstruction of Justice | 0-10 | Up to $250,000 | NMT 3 years |
| 39-40 | Title 18, U.S.C. § 1513(e) Retaliation Against a Witness or Victim | 0-20 | Up to $250,000 | NMT 3 years |

Dated: _____     _____
BUSTER HERNANDEZ
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana