UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) | |
| Greg Martain, Purge of Maine, | ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) | |
| Closed Door, Closed Color, Clutter Removed, | ) | |
| Color Rain, Plot Draw, and Invil Cable) | ) | |
| | ) | |
| *Defendant*. | ) | |

UNOPPOSED MOTION TO CORRECT SCRIVENER'S ERROR
IN SUPERSEDING INDICTMENT

The United States of America, by and through its counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, hereby petitions the Court to correct a scrivener's error in the Superseding Indictment in the above matter.  In support of this request, the government proffers the following:

1.      On or about August 1, 2017, a Criminal Complaint was filed against the above named defendant,  On September 7, 2017, the grand jury returned an Indictment charging Buster Hernandez with Production of Child Pornography (Counts 1-6), in violation of 18 U.S.C. § 2251(a), Distributing Child Pornography (Counts 7-9), in violation of 18 U.S.C. § 2252A(a)(2), Threats to Use Explosive Devices (Counts 10-13), in violation of 18 U.S.C § 844(e) and Threats to Injure (Counts 14-26), in violation of 18 U.S.C. § 875(c).

2.     On April 9, 2019, the grand jury returned a Superseding Indictment against the defendant.  The Defendant is scheduled to appear for an initial on the Superseding Indictment on **April 17, 2019 at 2:00 p.m**.

3.     Subsequent to the return on the Superseding Indictment, the United States realized that Count 11 was inadvertently repeated (See paragraph 61 and 63).  Accordingly, "Count 11" appears twice in the Superseding Indictment.  As a result, the subsequent counts are mis-numbered, and the resulting total counts should be 41 instead of 40.

4.     This was an inadvertent scrivener's error, and the Defendant does not oppose allowing the United States to correct it, rather than presenting the entire matter again before the Grand Jury.

5.     The United States will file the corrected Superseding Indictment with the Court prior to the August 19, 2019 Jury Trial (corresponding with the Court's order to file a redacted superseding indictment for the Jury).  Beginning with paragraph 63, "Count 11" will become Count 12, and every subsequent Count will increase by 1.  The headings will also be edited to correspond to the correct count numbering.  No other changes will be made to the Superseding Indictment. The forfeiture allegations will be corrected to reflect a total of 41 counts in the Superseding Indictment.

6.     The United States will also provide a corrected copy of the Superseding Indictment and corresponding Penalty Sheet to the Magistrate Judge and Defense prior to the April 17, 2019 Initial Appearance.

WHEREFORE, counsel for the Government requests this Court to allow it to correct the

scrivener's error in the Superseding Indictment.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:     s/Tiffany J. Preston
        Tiffany J. Preston
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Tiffany.Preston@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of the foregoing Unopposed Motion to Correct a Scrivener's Error in the Superseding Indictment was filed electronically.  Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:      s/ Tiffany J. Preston
         Tiffany J. Preston
         Assistant United States Attorney