UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>BUSTER HERNANDEZ, )<br>      Defendant. ) | CAUSE NO. 1:17-cr-0183-TWP-TAB<br><br>- 01 |

**COURTROOM MINUTE FOR APRIL 17, 2019**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Superseding Indictment filed on April 9, 2019. Defendant appeared in person and by FCD counsel Joseph Cleary and Loren Collins. Government represented by AUSA Tiffany Preston and AUSA Kristina Korobov. USPO represented by Kendra Hartle.

The court, *sua sponte*, continues defendant's initial appearance on the Superseding Indictment pending a ruling on Docket No. 53. The court resets this matter for **April 25, 2019 at 3:00 p.m. in courtroom 270** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Date:   17 APR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system