UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
|   v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
|    *Defendant*. | ) |

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion by the United States to Correct a Scrivener's Error in the Superseding Indictment. This Court, having reviewed the motion and being duly informed in the matter, finds the Motion well taken and now GRANTS that motion.

Therefore, IT IS SO ORDERED:

1. The United States may correct the Superseding Indictment as follows: beginning with paragraph 63, "Count 11" will become Count 12, and every subsequent Count will increase by 1. The headings will also be edited to correspond to the correct count numbering. The forfeiture allegations will be corrected to reflect a total of 41 counts in the Superseding Indictment. <u>The clerk is **directed** to make these changes in CM/ECF.</u>

2. No other changes will be made to the Superseding Indictment without prior order of the Court.

3. The United States will present a corrected copy to the Magistrate Judge and Defense Counsel prior to the April 17, 2019 Initial Appearance on the Superseding Indictment. **<u>The United States will also file a copy of the corrected document in CM/ECF using the submission event and noting that it is a corrected copy of the Indictment.</u>**

SO ORDERED

Date: 4/16/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.