AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
APR 17 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.
BUSTER HERNANDEZ,
(a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable)

Case No.  1:17-cr-00183-TWP-TAB

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BUSTER HERNANDEZ,(a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable),

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts One through Eight: Production of Child Pornography, in violation of Title 18, United States Code, Sections 2251(a) and 2; Counts Nine through Eleven: Coercion and Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b);Counts Twelve through Sixteen: Distributing and Receiving Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2);Counts Seventeen through Twenty: Threat to Use Explosive Device, in violation of Title 18, United States Code, Section 844(e);Count Twenty-One: Threats and Extortion, in violation of Title 18, United States Code, Section 875(b);Counts Twenty-Two through Thirty-One: Threats to to Kill, Kidnap, and Injure, in violation of Title 18, United States Code, Section 875(c);Counts Thirty-Two through Thirty-Seven: Witness Tampering, in violation of Title 18, United States Code, Section 1512(b)(3);Count Thirty-Eight: Obstruction of Justice, in violation of Title 18, United States Code, Section 1512(c); and Counts Thirty-Nine through Forty: Retaliation Against a Witness or Victim, in violation of Title 18, United States Code, Section 1513(e).

Date:  4/10/2019

CLERK OF COURT, Laura A. Briggs
BY: _____
*Deputy Clerk*

City and state:  Indianapolis, IN

### Return

This warrant was received on *(date)* 4-10-19, and the person was arrested on *(date)* 4-17-19
at *(city and state)* Indianapolis, IN.

Date:  4-17-19

_____
*Arresting officer's signature*

Dave Clarke - DUSM
*Printed name and title*