UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
| *Defendant*. | ) |

## <u>SUPERSEDING INDICTMENT</u>

The Grand Jury charges that:

## <u>General Allegations for All Counts</u>

At times material to these charges:

1.      The Defendant, BUSTER HERNANDEZ (hereinafter "HERNANDEZ" or "the Defendant"), was a resident of Bakersfield, California, who was born in 1990.

2.      Victim 1 was a girl living in Plainfield, Indiana, who was born in May 1998.

3.      Victim 2 was a girl living in Brownstown Charter Township, Michigan, who was born in September 1997.

4.      Victim 3 was an 18-year-old girl living in Indianapolis, Indiana, who was born in April 1996.

5.      Victim 4 was a girl living in Monrovia, Indiana, who was born in March 1999.

6.      Victim 5 was a girl living in the Southern District of Indiana who was born in April 1999.

7.      Victim 6 was a girl living in Fortville, Indiana, who was born in March 1999.

8.      **Sexual Exploitation of a Child (18 U.S.C. § 2251(a)):**  Under the United States Code, it is unlawful for a person to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

9.      The term "minor" is defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

10.     The term "visual depiction" is defined to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

11.     The term "child pornography" is defined to include any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where

the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.  18 U.S.C. § 2256(8).

12.     The term "sexually explicit conduct" includes actual or simulated sexual intercourse, bestiality, masturbation, sadistic or masochistic abuse, or lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256(2).

13.     **Coercion and Enticement (18 U.S.C. § 2422(b)**):  Under the United States Code, it is also unlawful for a person to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.  This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including the federal law prohibiting the Sexual Exploitation of a Child (18 U.S.C. § 2251(a)) and the Indiana law prohibiting Production of Child Pornography (IC 35-42-4-4 (a) and (c)(E)).

14.     **Production of Child Pornography (Indiana Code 35-42-4-4)**:  Under Indiana law, it is unlawful for a person to knowingly or intentionally manage, produce, sponsor, present, exhibit, photograph, film, videotape, or create a digitized image of any performance or incident that includes sexual conduct by a child under eighteen years of age.

15.     The term "sexual conduct" means sexual intercourse, sadomasochistic abuse, other sexual conduct, exhibition of the uncovered genitals intended to satisfy or arouse the sexual desires of any person, or any fondling or touching of a child by another person or of another person by a child intended to arouse or satisfy the sexual desires of either the child or the other person. (IC 35-42-4-4(4)).

3

16.     **Distributing and Receiving Child Pornography (18 U.S.C. §2252)**: Under the United States Code, it is unlawful for a person to knowingly receive or distribute any visual depiction using any means or facility of interstate or foreign commerce if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

17.     **Threats to Use an Explosive Devices (18 U.S.C. § 844(e))**: Under the United States Code, it is unlawful for a person to willfully use a facility of interstate commerce to threaten, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of fire or an explosive.

18.     **Extortion (18 U.S.C. § 875(b))**:  Under the United States Code, it is unlawful for a person to extort from any person anything of value, or transmit in interstate commerce any communication containing any threat to kidnap any person or any threat to injure another person.

19.     **Threats to Kill, Injure, or Kidnap (18 U.S.C. § 875(c))**:  Under the United States Code, it is unlawful for a person to transmit in interstate or foreign commerce any communication containing any threat to kill, kidnap, or injure another person.

20.     **Tampering with a Witness and Destroying Evidence (18 U.S.C. § 1512(b)(3) and (c))**: Under the United States Code, it is unlawful for a person to use the threat of physical force against a person with the intent to hinder, delay, or prevent the communication to a law enforcement officer of information relating to the commission or possible commission of a Federal offense.  It is also unlawful to corruptly alter, destroy, mutilate, or conceal a record, document, or

other object, or attempt to do so, with the intent to impair the object's integrity or availability for use in an official proceeding.

21.     **Retaliating Against a Witness or Victim (18 U.S.C. § 1513(e))**: Under the United States Code, it is unlawful for a person to retaliate, or take any action harmful to any person for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense.

### The Defendant's Sexual Exploitation of Victims through Extortion

22.     From at least 2012, and through and including August 3, 2017, Buster HERNANDEZ used the Internet to sexually extort hundreds of adult and minor victims throughout the United States and at least one foreign country.

23.     HERNANDEZ used the following means and methods to coerce his victims to produce sexually explicit images and videos of themselves, through extortion:

a.      Using various social media accounts, HERNANDEZ contacted individuals (typically minors) by sending a private message, and saying, for example, "Hi [Victim Name,] I have to ask you something.  Kinda important."  HERNANDEZ then told the prospective victim, "How many guys have you sent dirty pics to cause I have some of you?"  The prospective victim either ignored HERNANDEZ or engaged in further conversation.

b.      If the potential victim responded, HERNANDEZ demanded that they send him sexually explicit images or videos of themselves, or else HERNANDEZ would send the sexually explicit images or videos that he claimed were in his possession to the potential victim's friends and family (also known as "sextortion").

c.      HERNANDEZ also threatened to murder, rape, kidnap, and injure the victim and the victim's friends and family if the victim refused to comply, or if the victim was unable to send

the images and videos as quickly as HERNANDEZ demanded.

      d.     HERNANDEZ sent victims specific instructions on precisely what kind of images and videos he wanted them to produce against their will.   HERNANDEZ typically sent his instructions via the Internet using several screen shots, including the following instruction:

```
k 2 vids.

1. strip vid first. wear a suggestive outfit.

2. a long vid of you fucking every hole. use a nice fat brush. I
wanna see everything there is to see in this 1 vid. make it
extra graphic and extra long. leave nothing for me to want to
see ever again.

you have to talk dirty in it as well. dont care how much trouble
you could get in if you get heard.

and do a bunch of positions in it. lay on side and spread that
ass and pussy. also lean back on your elbow and lift your legs
up and back so you can get deep with the brush. spread pussy in
that position so i can get a good view. tons of spreading. tons
of fucking and pulling out brush out. fuck yourself really close
to the camera.move back and fuck yourself from afar so face is
in it. fuck yourself slow. fast. hard. soft. |


basically just do everything. and  back camera or i'll make you
redo.
```

      e.     Since at least 2012, hundreds of victims, mostly minors, complied with HERNANDEZ's demands and sent HERNANDEZ images and videos depicting themselves engaging in sexually explicit conduct.

      f.     HERNANDEZ typically began extorting victims when they were between the ages of twelve to fifteen years old.

      g.     Once HERNANDEZ received the sexually explicit images and videos from his victims, he continued to extort them, until they refused to comply.  If victims refused to comply,

HERNANDEZ frequently posted the sexually explicit images or videos of the victims online, or sent them to the victims' friends and family via the Internet.  HERNANDEZ also threatened to murder, rape, kidnap, and injure the victim and the victim's friends and family if the victim continued to refuse to comply with HERNANDEZ's demands.

h.      If a victim failed to comply with his precise demands within the time period set forth, HERNANDEZ frequently told his victims, "what a shame," or "it's a shame," and falsely claimed he was getting ready to stop extorting them after that one last demand.

i.      HERNANDEZ sexually exploited some of his victims for years, and continued to extort them even after they turned eighteen years old.

j.      HERNANDEZ also encouraged some of his victims to kill themselves.  In some instances, HERNANDEZ promised that he would disseminate their sexually explicit images at their funeral and "trash" their Facebook memorial page if they committed suicide.

### HERNANDEZ's Methods of Tradecraft to Evade Detection

24.     HERNANDEZ used the following sophisticated methods of tradecraft to mask and obfuscate his true identity and the true location of his Internet Protocol ("IP") address in an intentional effort to evade detection by law enforcement and obstruct justice:

a.      HERNANDEZ used aliases such as the following to hide his true identity:

> Brian Kil
> Brianna Killian
> Brian Mil
> Greg Martain
> Purge of Maine
> uygt9@hushmail.com
> jare9302@hushmail.com
> Dtvx1@hushmail.com
> Leaked_hacks1
> Closed Door
> Closed Color
> Clutter Removed

> Color Rain
> Plot Draw; and
> Invil Cable

b.      HERNANDEZ opened hundreds of e-mail and social media accounts using numerous aliases then quickly ceased using the accounts in an intentional effort to impede or delay law enforcement investigative action on those accounts.

c.      HERNANDEZ used multiple e-mail service providers located outside the United States that are commonly discussed in online communities as not having records readily available to United States law enforcement during the course of criminal investigations, and as a method of tradecraft for obfuscation.

d.      HERNANDEZ intentionally removed the password protection on his router to create an open Wi-Fi connection, which is commonly discussed in online communities as a method of tradecraft designed to create dissociation and obfuscation of identity during the course of a criminal investigation.

e.      HERNANDEZ removed the hard drive from his computer to impede the success of commonly used law enforcement forensic investigative techniques when used on that computer.

f.      HERNANDEZ used an operating system that runs in temporary volatile memory such that it can run from external storage media such as a USB drive.  As such, the data in memory is lost as soon as the operating system is shut down or the computer is powered off.  It is not necessary for a hard disc drive to be installed in a computer when running this operating system. Using this operating system allowed HERNANDEZ to remove the hard disc drive from his computer, which is commonly discussed in online communities as a method of tradecraft to protect against the accidental retention of metadata and forensic artifacts that could reveal to law enforcement evidence of criminal activities. HERNANDEZ did this from a thumb drive recovered

by criminal investigators from his residence.

g.      On multiple separate instances over a period of over eight months, HERNANDEZ engaged in the overt act of updating the operating system described above.  HERNANDEZ did this from a computer recovered by criminal investigators from his residence.

h.      HERNANDEZ used the Tor Network to mask his true IP address(es) and his location.  The Tor Network is an anonymity network that intentionally masks the user's true IP address and other forensic artifacts that are normally accessible to Websites, Electronic Service Providers, and someone monitoring network traffic, by directing Internet traffic through a circuit of several of more than six thousand relay servers.  The operating system HERNANDEZ used has several anonymity programs pre-installed, including the Tor Network.

i.      During his arrest on August 3, 2017, and just as law enforcement officers entered his room, HERNANDEZ intentionally removed a USB drive containing the operating system described above from his computer, thereby intentionally destroying metadata or forensic artifacts associated with use of this operating system that constitute evidence of criminality.

j.      HERNANDEZ encrypted multiple hard disc drives and created encrypted containers on external storage media in an intentional effort to prevent law enforcement from accessing evidence such as the child pornography and pornography he received through extortion.

### <u>HERNANDEZ Obtains Child Pornography from Victim 1 through Coercion</u>

25.      In 2014, Victim 1 was a minor who resided in Plainfield, Indiana, which is in the Southern District of Indiana.  Beginning in September 2014, and continuing until August 3, 2017, HERNANDEZ, using the means and methods described above, coerced Victim 1 to produce and distribute images and videos of child pornography of Victim 1 knowing that Victim 1 was a minor.

26.      HERNANDEZ first contacted Victim 1 via the Internet after searching for

publically available information regarding Victim 1, and falsely claimed to already possess sexually explicit images of Victim 1.  HERNANDEZ then threatened to post the sexually explicit images of Victim 1 on the Internet if Victim 1 refused to produce additional child pornography of Victim 1 and distribute it to HERNANDEZ.

27.     For at least 16 months, HERNANDEZ sexually extorted Victim 1, and obtained child pornography of Victim 1 as a result.  Throughout that time period, HERNANDEZ threatened to post Victim 1's child pornography on social media.

28.     HERNANDEZ also threatened to murder, rape, or injure Victim 1 and her family if Victim 1 either refused or expressed reluctance or hesitation to comply with his demands.

### HERNANDEZ Threatens to Kill Victim 1, Victim 1's Mother, and Others, and to Use Explosive Devices in Plainfield and Danville, Indiana

29.     On December 12, 2015, Victim 1's mother (Victim 7) discovered some of HERNANDEZ's messages to Victim 1 on Victim 1's cell phone.  Victim 1's mother used Victim 1's cellular phone to tell HERNANDEZ to stop extorting Victim 1, and advised that she intended to call the police.

30.     In response, HERNANDEZ retaliated against Victim 1 and Victim 7, and threatened to kill and injure Victim 1 and Victim 7, and threatened to post Victim 1's sexually explicit images and videos on social media.

31.     On or about December 17, 2015, and in retaliation for Victim 7's messages, HERNANDEZ, using the name "Brian Kil," posted on his Facebook account multiple images of Victim 1 that HERNANDEZ had obtained via extortion, including:

a.     An image depicting Victim 1 wearing black pants and a pink bra.  Victim 1 was holding onto her breasts with both hands.

b.     An image depicting Victim 1 nude from the waist up in a bedroom.  Victim 1's

breasts were blocked out using photo editing software.

      c.      An image depicting Victim 1 wearing pink shorts and a multi-colored shirt, standing in what appears to be a bathroom. One hand is on her hip while the other hand lifts up her shirt, exposing her breast.

      32.      HERNANDEZ, using the name "Brian Kil," also posted the following messages:

"(your time is running out.  You though the police would find me by now but they didn't.they have no clue.  The police are useless.  Some of you went and reported this and NOTHING happened.  The time is nearly here I'm shaking in excitement.  I want to leave a trail of death and fire and Plainfield.  I will simply WALK RIGHT IN UNDETECTED TOMORROW.  Once in I will wait a few classes before I start my assault.  I'm coming for you [Victim 1].  You're fucking dead you slutty bitch.  I will slaughter your entire class and save you for last.  I will lean over you as you scream and cry and beg for mercy right before I slit your fucking throat ear from ear.  The rest of you will be picked off as you try to run away.  Im coming.  Believe that.  I'd love to see the police try and intervene if they have the nuts to enter.  I'll add a dozen dead police to my tally.  FUCKING TRY ME PIGS I WILL FINISH YOU OFF AS WELL.)"

Tomorrow will be a fucking bloodbath at plainfield high.  I will open fire on all you sickening pieces of shit.

      I have in my possession
      3 home made pipe bombs,
      2 handguns, and
      1 semi auto rifle.

      I will be targeting this whore [Victim 1] personally.

      I know her exact schedule.  I will slaughter EVERY SINGLE Peron who happens to have class with her.  After I finish killing this whore [Victim 1] I wil turn my sights on her friends.  I will methodically pick you  off as you all run for your lives in the crowds.  Those that I miss will be be blown to hell with the pipe bombs I set around campus.  I plan on leaving no survivors.

      If you ever talked to [Victim 1], I swear to god I will put a bullet in your fucking skill.  I suggest you stay home tomorrow if you value your life.  If you think this is a joke then go to class tomorrow.  I dare you.  If you think the police have enough time to stop me this late at night then you know nothing about IP addresses.

      After I kill her friends I will begin to erase all the faggots and nigger at plainfield.  You sucking subhumans are ruining everything for everyone.  The world will thank me for removing you all.  You faggots will have to answer to God for your sins.

      If you want the nudes of [Victim 1] now is the time to get them.  I will be gone from this

earth tomorrow and so will hundreds of plainfield students."

33.     On December 17, 2015, HERNANDEZ, using the name Brian Kil, posted "danville is still open.  Maybe I'll settle on some faggots and niggers at Danville."

34.     On or about December 17, 2015, and as a result of HERNANDEZ's threats, school administrators evacuated and closed Plainfield and Danville High Schools.

35.     Between December 18, 2015, and December 20, 2015, HERNANDEZ continued to threaten to kill Victim 1, and Victim 1's family, friends, and classmates via the Internet.

36.     On December 20, 2015, HERNANDEZ, using the name "Brian Kil," posted the following threat on Facebook to fire bomb the Shops at Perry Crossing and Walmart, and to kill Victim 1, patrons, and first responders:



37.     First responders arrived at the Shops of Perry Crossing and Walmart and evacuated the buildings, including the movie theater.  Subsequently, HERNANDEZ used Facebook to post the following:



38.     HERNANDEZ then posted a video of Victim 1 engaging in sexually explicit conduct that he obtained from Victim 1 via sextortion.  HERNANDEZ commented on the video as follows: "I want a new rifle so I can catch (Victim 1) at Plainfield high School –brian."

39.     On January 3, 2016, Victim 10, a Plainfield High School Board Member, received the following threat from HERNANDEZ on Victim 10's publicly available E-mail account:

Hello Mr. [Victim 10]:

Want to see a bunch of people slaughtered like pigs in the slaughter house?  You should pay close attention to your schools because I'm coming mother fucker.

Why has [Victim 1] been given a free pass?  UNNACCEPTABLE.  I will make this right. I would love to murder you and [Victim 10's wife] before I go on my killing spree.  I'm looking you up your address as we speak. Bye.

**HERNANDEZ Obtains Child Pornography from Victim 2 through Coercion**

40.     Between in or about 2012 and on or about August 3, 2017, Victim 2 was a minor who resided in Brownstown Charter Township, Michigan.  Beginning sometime in 2012, and continuing until August 3, 2017, HERNANDEZ, using the means and methods described above, coerced Victim 2 to produce and distribute images and videos depicting Victim 2 engaging in

sexually explicit conduct knowing that Victim 2 was a minor. HERNANDEZ continued to sexually extort Victim 2 after she turned 18 in 2015.

41.     HERNANDEZ first contacted Victim 2 via the Internet after searching for publically available information regarding Victim 2, and falsely claimed to already possess sexually explicit images of Victim 2.  HERNANDEZ then threatened to post the sexually explicit images of Victim 2 on the Internet if Victim 2 refused to produce additional child pornography of Victim 2 and distribute it to HERNANDEZ.

42.     For nearly 5 years, HERNANDEZ sexually extorted Victim 2.  Throughout that time period, HERNANDEZ threatened to post Victim 2's child pornography or to murder, rape, or injure Victim 2 and her family if Victim 2 either refused or expressed reluctance or hesitation to comply with his demands.

43.     Between in or about 2012 and on or about August 3, 2017, HERNANDEZ distributed images and videos of other minor victims to Victim 2, and agents of the Federal Bureau of Investigation acting in an undercover capacity as Victim 2, to coerce Victim 2 to produce child pornography of Victim 2.  HERNANDEZ also sent the following messages to Victim 2:

> I know where you live.  I come at night.
>
> I come at night for all of my slaves eventually
>
> Have I ever made u cry?

44.     HERNANDEZ then sent Victim 2 images depicting several unknown victims, who appeared to be minors engaging in sexually explicit conduct as they cried.  HERNANDEZ messaged Victim 2 saying, "I make girls cry."  HERNANDEZ then distributed a sexually explicit image constituting child pornography of an unidentified victim, who is a minor, crying as she took

a sexually explicit "selfie" in the mirror.  Victim 2 said, "stop I don't wanna see that," but HERNANDEZ continued sending additional images depicting other minor victims nude or partially nude who were crying and said, "look at this one. She had a nervous breakdown knowing I would tell mommy and daddy."

### HERNANDEZ Obtains Pornography from Victim 3 through Coercion

45.     In September 2014, Victim 3 was 18 years old, and resided in Indianapolis, Indiana, which is in the Southern District of Indiana.  Beginning sometime in 2014, HERNANDEZ, using the means and methods described above, coerced Victim 3 to produce and distribute sexually explicit images and videos of Victim 3.  From at least 2014 to on or about August 3, 2017, HERNANDEZ sexually extorted Victim 3.

46.     HERNANDEZ first contacted Victim 3 via the Internet, using the same account he used to contact Victim 1, and falsely claimed to already possess sexually explicit images of Victim 3.  HERNANDEZ then threatened to post the sexually explicit images of Victim 3 on the Internet if Victim 3 refused to produce additional pornography of Victim 3 and distribute it to HERNANDEZ.

47.     For nearly three years, HERNANDEZ sexually extorted Victim 3.  Throughout that time period, HERNANDEZ threatened to post Victim 3's pornography or to murder, injure, or harm Victim 3 and her family if Victim 3 either refused or expressed reluctance or hesitation to comply with his demands.

### HERNANDEZ Compels Victim 3 to Attend and Record a Community Forum in Plainfield High School about the "Brian Kil" Investigation

48.     On January 5, 2016, HERNANDEZ used the Internet to communicate with Victim

3 about his sextortion of Victim 1 in a series of messages.  In one message, HERNANDEZ stated that, "[Victim 1] was cool, but a little difficult to work with, which is understandable.  She was snobby most of the time which I understand and she blew off dates a bunch as well.  But at the end of the day I knew I could trust her and she was cool whenever we did talk about stuff."  Another message sent approximately 40 minutes later continued the conversation about Victim 1 and ended with, "I've been in this situation a billion times with people I blackmail for money/info or girls for nudes.  A lot of times they just fake pretend to be a cop or family member to try and scare you, so I had to test it out…"  Additionally, HERNANDEZ wrote, "nah I hope not LMAO.  I still a lot more stealing and blackmailing to do.  I want become the worst cyber terrorist that ever lived."

49.    On January 6, 2016, HERNANDEZ sent a message to Victim 3 that said, "yeah. Well I deserve to be thrown in jail tbh.  If I ever do get caught just don't come forward with our stuff.  That will add another 10 years x.x".

50.    On January 12, 2016, HERNANDEZ sent the following messages via the Internet to Victim 3 relating to the community forum that was to be held on January 19, 2016, at Plainfield High School, organized by the Administration and law enforcement:

"theres gonna be a community forum/meeting at plainfield high next.  I need you to go to it.  n-_-n"

"I need you to go and tell me what they say.  Its Tuesday night at 7:30.  I need to know what the feds have to say."

"I can't go.  I fit the profile for the suspect.  They will be looking for me.  No ones gonna notice a black girl with an afro."

"you just gotta sit there for an hour and look pretty.  Laugh at all the angry moms and drive home."

"I 1000% need you to go."

"don't say "help" because then you become an accomplice.  You're being FORCED to do what I say or else.  Always remember that."

51.     On January 19, 2016, law enforcement held a community forum at Plainfield High School.  Members of the Federal Bureau of Investigation ("FBI"), the United States Attorney's Office, and Plainfield School Administrators spoke at the forum. Subsequent to the community forum, HERNANDEZ, using the name "Brianna Killian" and "Brian Mil," posted the following messages via the Internet about what occurred during the forum and who attended:

"ONLY 200 subpoenas.  What have you been doing for nearly 2 months?  Only 200. LMAO.  I'm going to kill 'Victim 1' and unload on her friends and you only did 200? *zzzZZZzzz*".

"Searching for the lady with the 9 year who talked.  Red scarf.  Short hair."

"another interesting thing before I go to bed.  The fat blonde lady with the glasses on top of her head and the tie-die shirt underneath a white west. "how do we know hes not here."  I was, and I learned a lot.  ONLY 200 subpoenas."

"what happens if hes not caught" -charity  I was shaking my damn head when you asked that charity. If I'm not found then i go on to make more threats and then I kill your kids.   Dumb bitch. you had an entire week to think of a question and thats what you ask?   "what if hes not caught? I'm so stupid please tell me what happens if hes not caught?"

"chicago lady spoke after him. She said nothing of importance. Shes useless. Shes coming back here to talk to us about staying safe online.   She also lied about why they are so tight lipped. she said it's because "they know best" Later someone asks a question like this and they flip flop. the real answer: They dont know shit 200 court orders later. They are imcompetent. arrested poor patrick for no reason."

### HERNANDEZ Threatens to Kill and Rape Victim 2 and Victim 2's Family

52.     On or about June 9, 2017, law enforcement interviewed Victim 2.  HERNANDEZ was still extorting Victim 2, and had been instructing Victim 2 to upload images and videos to a Dropbox.com account known to investigators.   The Dropbox.com account was not publicly accessible.

53.     On June 9, 2017, United States Magistrate Judge Debra McVicker Lynch entered

an order permitting the government to use an "employ" to identify the IP address associated with HERNANDEZ who was presently extorting Victim 2.  With the consent of Victim 2, law enforcement began communicating with HERNANDEZ as Victim 2 in an undercover capacity. During law enforcement's undercover communications with HERNANDEZ, and under the lawful authority given to them by the Court's order, the FBI uploaded a small piece of code to a video file produced by Victim 2, which did not contain any visual depictions of any minor engaged in sexually explicit activity.  As authorized, the FBI then uploaded the video file containing the code to the Dropbox.com account known only to HERNANDEZ and Victim 2.  When HERNANDEZ viewed the video containing the code on a computer, the code disclosed the true IP address associated with the computer used by HERNANDEZ.  Screenshots of the communications follow:



54.     After receiving the video, and in retaliation for not sending HERNANDEZ the desired sexually explicit images, HERNANDEZ began sending messages to the family of Victim

2 stating that HERNANDEZ was going to murder and rape them.

55.     Using the true IP address, law enforcement officers located HERNANDEZ at his residence in Bakersfield, California.

56.     During HERNANDEZ's August 3, 2017 arrest, and just as law enforcement officers entered his room, HERNANDEZ intentionally removed the thumb drive containing the operating system that was designed to erase itself upon removal from the computer in an intentional effort to destroy evidence.

57.     The devices used to create the child pornography of Victims 1, 4, and 5, were manufactured outside of the State of Indiana or contain parts that were manufactured outside of the State of Indiana, and therefore, traveled in interstate or foreign commerce.  HERNANDEZ used the Internet, which is a facility of interstate commerce to extort adult and minor victims, threaten to use explosive devices, and threaten to kill, rape, kidnap, and injure his victims.

## COUNTS 1 THROUGH 8

### 18 U.S.C. § 2251(a)
### (Sexual Exploitation of a Child)

58.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

59.     Between on or about September 5, 2014, and on or about November 15, 2014, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, did employ, use, persuade, induce, entice, and coerce Victims 1, 4, and 5, who were minors, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did aid and abet such conduct, and such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, as more particularly described below:

| Count | Date | Description |
|---|---|---|
| 1 | 9.5.2014 | An image labeled 10615859_774768432590051_1323014964_n.jpg, depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror. **Victim 1** is seen standing in front of the mirror, completely nude, and **Victim 1**'s face, breasts, and vagina are clearly visible. |
| 2 | 10.9.2014 | An image labeled 10617472_792430664157161_533669609_n.jpg, depicting **Victim 1** doing the splits on the floor of a bedroom facing away from the camera. **Victim 1** is only wearing a bra in the image, and **Victim 1**'s vagina and anus are clearly visible in the image. |
| 3 | 10.31.2014 | An image labeled 10751839_805529276180633_426746741_n.jpg, depicting **Victim 1** lying on her back on the floor wearing only a bra. **Victim 1**'s arms and legs are spread apart, and **Victim 1**'s vagina and anus are clearly visible. |
| 4 | 10.1.2014 | An image labeled 10751570_805528642847363_1586250829_n.jpg depicting **Victim** 1 standing in her bedroom wearing only her pants and underwear, which are pulled down around her knees. **Victim** 1 is otherwise completely nude. **Victim** 1's hands are at her waist. Her face, breasts, and vagina are clearly visible. A dresser and television are visible in the background of the image. |
| 5 | 9.12.2014 | An image labeled 10706587_777976262269268_1667471442_n.jpg depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror, completely nude. **Victim 1**'s face, breasts, and vagina are clearly visible in the image. |
| 6 | 10.8.2014 | A video file labeled MOV_8330.3gp depicting **Victim 4** standing in front of a bathroom sink wearing a white sleeveless t-shirt and black shorts. **Victim 4** then removes her shirt, sports bra, and shorts, revealing her breasts and vagina. **Victim 4**'s face is also visible. The video file is approximately 33 seconds in length. |
| 7 | 11.7.2014 | An image labeled 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |
| 8 | 11.15.2014 | An image labeled 20141115_220550.jpg which depicts **Victim 5** standing in front of a dresser. **Victim 5** is posed with her hand on her hip and is completely nude. Her breasts and vagina are clearly visible. |

Each Count of which is a separate violation of Title 18, United States Code, Section 2251(a) and 2.

20

## COUNTS 9 THROUGH 11

### 18 U.S.C. § 2422(b)
### (Coercion and Enticement of a Minor)

60.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

61.     Beginning in at least in or about 2014, and continuing until at least on or about August 3, 2017, the defendant, BUSTER HERNANDEZ, did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce, Victims 1, 4, and 5, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, production of child pornography as defined in IC 35-42-4-4 (a) and (c)(E), and sexual exploitation of a child as defined in 18 U.S.C. § 2251(a), as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 9 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 1**, a minor |
| 10 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 4**, a minor |
| 11 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 5**, a minor |

Each Count of which is a separate violation of Title 18, United States Code, Section 2422(b).

## COUNTS 12 THROUGH 17

### 18 U.S.C. § 2252A(a)(2)
### (Distributing and Receiving Child Pornography)

62.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

63.     Between on or about November 7, 2014, and on or about December 10, 2014, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ did

knowingly distribute and receive child pornography of Victims 1, 4, and 6, who were minors, using

a means or facility of interstate commerce, and that was transported in or affecting interstate

commerce by any means, including computer, as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 12 | 12.10.2014 | Image 10615859_774768432590051_1323014964_n.jpg, depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror. **Victim 1** is seen standing in front of the mirror, completely nude, and **Victim 1**'s face, breasts, and vagina are clearly visible. |
| 13 | 12.10.2014 | Image 10751839_805529276180633_426746741_n.jpg, depicting **Victim 1** lying on her back on the floor wearing only a bra.  **Victim 1**'s arms and legs are spread apart, and **Victim 1**'s vagina and anus are clearly visible. |
| 14 | 11.7.2014 | Image 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |
| 15 | 11.7.2014 | Image 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |
| 16 | 11.7.2014 | Video labeled video-1415402732.mp4 which depicts **Victim 6** using her hand to masturbate by rubbing her fingers on her vagina. |
| 17 | 11.7.2014 | Video labeled MOV_0656.3gp which depicts **Victim 6** using her hand to masturbate by rubbing her fingers on her vagina. |

Each Count of which is a separate violation of Title 18, United States Code, Section

2252A(a)(2).

**COUNTS 18 THROUGH 21**

**18 U.S.C. § 844(e)**
**(Threats to Use Explosive Devices)**

64.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

65.     Between in or about December 17, 2015, and on or about December 20, 2015, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, used an instrument of interstate or foreign commerce to willfully make threats, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, and other real or personal property by means of fire or an explosive, as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 18 | 12.17.2015 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 19 | 12.17.2015 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Danville Community High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| 20 | 12.20.2015 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 21 | 12.20.2015 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Walmart, located in Plainfield, Indiana, which is located within the Southern District of Indiana. |

Each Count of which is a separate violation of Title 18, United States Code, Section 844(e).

## COUNT 22

### 18 U.S.C. § 875(b)
### (Threats and Extortion)

66.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

67.     Between on or about September 11, 2014, and on or about August 3, 2017, within the Southern District of Indiana and elsewhere, the defendant, BUSTER HERNANDEZ, extorted Victim 3 using a facility of interstate commerce to threaten to kill, injure, or kidnap Victim 3 and Victim 3's family to extort from Victim 3 a thing of value, namely, images and videos of Victim 3 engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 875(b).

## COUNTS 23 THROUGH 32

### 18 U.S.C. § 875(c)
### (Threats to Kill, Kidnap, and Injure)

68.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

69.     Between on or about December 15, 2015, and on or about January 3, 2016, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, transmitted in interstate or foreign commerce communications containing threats to kidnap or injure the person of another, as more particularly described below:

| Count | Date | Description |
|---|---|---|
| 23 | 12.15.2015 | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill **Victim 1**'s mother **(Victim 7)**. |
| 24 | 12.15.2015 | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill **Victim** 1, and threatened to kidnap **Victim 1**'s minor sibling (**Victim 8**). |
| 25 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1.** |
| 26 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 27 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Danville High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| 28 | 12.20.2105 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1** and **Victim 1**'s former significant other (**Victim 9**). |
| 29 | 12.20.2015 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill patrons at The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 30 | 12.20.2015 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill police and first responders to The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 31 | 12.21.2015 | On or about December 21, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1** with a rifle. |
| 32 | 1.3.2016 | On or about January 3, 2016, defendant, using an account on yandex.com ("Brian Kil" at cop-killer-pipeb@yandex.com), E-mailed **Victim 10**, a Plainfield High School Board member, and threatened to kill **Victim 10**, **Victim 10**'s family, and students at Plainfield High School. |

Each Count of which is a separate violation of Title 18, United States Code, Section

875(c).

## COUNTS 33 THROUGH 38

### 18 U.S.C. § 1512(b)(3)
### (Witness Tampering)

70.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

71.     Between on or about 2012, and on or about August 3, 2017, within the Southern District of Indiana, and elsewhere, the defendant, BUSTER HERNANDEZ, used the threat of physical force against Victims 1, 3, 4, 5, 6, and 7 by threatening to kill, injure, kidnap, or disseminate images and videos depicting minors engaged in sexually explicit conduct, with the intent to hinder, delay, or prevent the communication to a state or federal law enforcement officer relating to the commission of a Federal offense, namely production, distribution, and possession of child pornography, as more particularly described below:

| Count | Date | Victim |
|---|---|---|
| 33 | 2012 to 8.3.2017 | **Victim 1** |
| 34 | 2012 to 8.3.2017 | **Victim 3** |
| 35 | 2012 to 8.3.2017 | **Victim 4** |
| 36 | 2012 to 8.3.2017 | **Victim 5** |
| 37 | 2012 to 8.3.2017 | **Victim 6** |
| 38 | 2012 to 8.3.2017 | **Victim 7** |

Each Count of which is a separate violation of Title 18, United States Code, Section 1512(b)(3).

26

## COUNT 39

### 18 U.S.C. 1512(c)
### (Obstruction of Justice)

72.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

73.     On or about August 3, 2017, in Bakersfield, California, and elsewhere, the defendant, BUSTER HERNANDEZ, corruptly altered, destroyed, mutilated, or concealed a record, document, or other object, that is, evidence of his criminality, or attempted to do so, with the intent to impair the object's integrity or availability for use in an official proceeding, namely, the federal criminal investigation of his conduct occurring in the Southern District of Indiana, in violation of Title 18, United States Code, Section 1512(c).

## COUNTS 40 THROUGH 41

### 18 U.S.C. § 1513(e)
### (Retaliating Against a Witness or Victim)

74.     Paragraphs 1 through 57 are re-alleged and incorporated as if fully set forth therein.

75.     Between on or about December 12, 2015, and on or about August 3, 2017, in the Southern District of Indiana and elsewhere, the defendant, BUSTER HERNANDEZ did knowingly, with the intent to retaliate, take an action harmful to Victims 1 and 7 for providing to a law enforcement officer truthful information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(e).

| Count | Date | Victim |
|-------|------|--------|
| 40 | 2012 to 8.3.2017 | **Victim 1** |
| 41 | 2012 to 8.3.2017 | **Victim 7** |

**<u>FORFEITURE</u>**

76.     The allegations in this Superseding Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

77.     In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant BUSTER HERNANDEZ of violations of Chapter 110, Title 18, United States Code, Sections 2251, 2252, 844, and 875 as set forth in Counts 1 through 41 of this Superseding Indictment, the defendant herein, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of the offenses set forth in the Superseding Indictment of which he is convicted.

78.     Such property includes, but is not limited to, hard drives, external hard drives, cellular phones, DVD players, Micro SD cards, flash drives, computers, laptops, and thumb drives, including those that contain images and videos of sexually explicit conduct seized on or about August 3, 2017.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By:   _____
        Tiffany J. Preston
        Assistant United States Attorney