UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>BUSTER HERNANDEZ,  )<br>Defendant.  ) | CAUSE NO. 1:17-cr-0183-TWP-TAB<br><br>- 01 |

**COURTROOM MINUTE FOR APRIL 25, 2019**
**HONORABLE DEBRA MCVICKER LYCN, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the superseding indictment filed on April 9, 2019. Defendant appeared in person and by FCD counsel Joseph Cleary and Loren Collins. Government represented by AUSA Tiffany Preston.

Financial affidavit approved on August 30, 2017.

Charges, rights and penalties were reviewed and explained.

Rule 16 disclosures to be made pursuant to Docket 26.

Defendant waived formal arraignment and reading of the superseding indictment.

Defendant waived his right to a detention on September 8, 2017 and that waiver stands.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 4/29/2019      _Debra McVicker Lynch_
                      Debra McVicker Lynch
                      United States Magistrate Judge
                      Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system