**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO DISMISS COUNTS**
**4, 5, 6, 9, 23, 24, 25 AND 26 FOR LACK OF VENUE**

This matter is before the Court on Defendant Buster Hernandez' Motion to Dismiss Counts 4, 5, 6, 9, 23, 24, 25 and 26 for Lack of Venue. (Filing No. 38).   In response to the Motion to Dismiss, the Government filed a Notice of Intent to Supersede the Indictment and Respond to Defendant's Motion to Dismiss (Filing No. 40).   On April 9, 2019, a Superseding Indictment was filed (Filing No. 44), and a corrected Superseding Indictment was filed on April 24, 2019 (Filing No. 57). The corrected Superseding Indictment addresses the deficiencies argued in the motion to dismiss.   Accordingly, Defendant's Motion to Dismiss (Filing No. 38) is **DENIED as moot.**

   **SO ORDERED.**

Date:   6/12/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Joseph M. Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Loren Collins
INDIANA FEDERAL COMMUNITY DEFENDERS
loren.collins@fd.org

Tiffany J. Preston
UNITED STATES ATTORNEY'S OFFICE
tiffany.preston@usdoj.gov