UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:17-cr-0183-LJM-TAB |
| BUSTER HERNANDEZ, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Comes now Mario Garcia and enters his appearance for and on behalf of the Defendant, Buster Hernandez, in the above entitled cause of action as CJA counsel.

Respectfully submitted,

BRATTAIN MINNIX GARCIA

By /s/Mario Garcia
Mario Garcia, #21638-49
One Indiana Square, #2625
Indianapolis, Indiana 46204
(317) 231-1750
Attorney for the Defendant
mgarcia@bmgindy.com

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2019, a copy of the foregoing was hand-filed with the Court. Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/Mario Garcia
Mario Garcia