# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
|     Defendant. | ) | |

## MOTION TO WITHDRAW APPEARANCES

Joseph M. Cleary and Loren Collins, Indiana Federal Community Defenders, moves the Court to withdraw his appearance and in support states the following:

1. Counsel recently learned from the government that the government became aware that a client of undersigned counsel Cleary was a potential witness for the government.   Once the government confirmed they intend to use this client as a witness, undersigned counsel had no choice but to move to withdraw from both cases.

2. CJA counsel has been obtained for Mr. Hernandez and he is being notified of this motion.

3. Undersigned counsel has contacted AUSA Tiffany Jacqueline Preston and she has no objection.

                                          Respectfully submitted,

                                          *Joseph M. Cleary*
                                          Joseph M. Cleary

*Loren M. Collins*
Loren M. Collins
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on July 1, 2019, a copy of the foregoing Motion to Withdraw Appearances was filed electronically.   Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*Joseph M. Cleary*
Joseph M. Cleary