**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| Defendant. | ) | |

**ORDER ON MOTION TO WITHDRAW APPEARANCES**

This matter is before the Court upon defense counsel's Motion to Withdraw Appearances, and the Court, being duly advised, now finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the appearances of Joseph M. Cleary and Loren M. Collins, Indiana Federal Community Defenders shall be withdrawn as counsel for the Defendant.

Dated: _____

_____
HON. Tanya Walton Pratt
DISTRICT JUDGE

Distribution to all registered counsel via electronic notification