# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   1:17-cr-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
|     Defendant. | ) |

## ORDER ON MOTION TO WITHDRAW APPEARANCES

This matter is before the Court upon defense counsel's Motion to Withdraw Appearances, and the Court, being duly advised, now finds that the Motion should be **GRANTED.**

**IT IS THEREFORE ORDERED** that the appearances of Joseph M. Cleary and Loren M. Collins, Indiana Federal Community Defenders shall be withdrawn as counsel for the Defendant.

Date: 7/2/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification