UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO.  1:17-cr-00183-TWP-TAB |
| | ) |
| vs. | ) |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL**

Defendant, Buster Hernandez, by counsel, Mario Garcia, for his *Unopposed Motion to Continue Final Pretrial Conference and Jury Trial*, respectfully represents to the Court as follows:

1. This matter is currently set for a Final Pretrial Conference on July 31, 2019 at 9:00 a.m. and for Jury Trial on August 19, 2019 at 9:00 a.m.

2. Mario Garcia, counsel for the Defendant, has recently been appointed CJA counsel for the Defendant after Defendant's counsel with the Indiana Federal Community Defender's office developed an unavoidable and unforeseen conflict of interest that the law required them to withdraw from this case.

3. As the Court is likely aware, the sheer volume of evidence in the case, the number of trial exhibits and upwards of 100+ witnesses,  make this a very complex and complicated case and one that may take two (2) weeks for a jury trial.

4. Given the allegations and complexity of the case, Defendant's counsel needs additional time to research, review and investigate the evidence in preparation for trial.  In order to ensure an effective representation of the Defendant pursuant to the Sixth Amendment of the Constitution, a continuation is needed.

5. The Plaintiff's counsel, Tiffany Preston does <u>not</u> object to this request.

6. The undersigned counsel met with the Defendant at the Marion County Jail and discussed the need for the continuance. The Defendant does not object to the continuance as well.

7. The Parties have conferred and confirmed availability starting on the following dates for trial: January 27, 2020, February 3rd, 10th and 17th, 2020.

8. The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial. Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. §3161 *et seq.*

WHEREFORE, Defendant, Buster Hernandez, by counsel, respectfully request that the Court grant his Unopposed Motion to Continue and for all other just proper relief.

Respectfully submitted,

BRATTAIN MINNIX GARCIA

By: /s/ Mario Garcia
Mario Garcia, #21638-49
Attorney for Defendant
One Indiana Square, #2625
Indianapolis, IN 46204
(317) 231-1750
mario@bmgindy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of July, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Mario Garcia
Mario Garcia