UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:17-cr-00183-TWP-TAB |
| | ) |
| vs. | ) |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON UNOPPOSED MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND JURY TRIAL**

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his Unopposed Motion to Continue Final Pretrial Conference and Jury Trial,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted. The ends of justice served by the continuance sought herein outweigh the best interests of the public and Defendant to a speedy trial. Thus, the delay in the trial date attributable to this request for continuance is excludable under 18 U.S.C. §3161 *et seq.* Accordingly, it is,

ORDERED that the Final Pretrial Conference set for July 31, 2019 be, and hereby is removed from the Court's calendar and reset for _____, 201__ at _____ __.M., and further it is

ORDERED that the Jury Trial set for August 19, 2019 be, and hereby is removed from the Court's calendar and reset for _____, 201__ at _____ __.M.

DATED: _____         _____
                                JUDGE, U.S. DISTRICT COURT

Distribution: All ECF Parties