UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Cause No.: 1:17-CR-0183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, ) | |
| Greg Martain, Purge of Maine, ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, ) | |
| Closed Door, Closed Color, Clutter Removed, ) | |
| Color Rain, Plot Draw, and Invil Cable) ) | |
| ) | |
| *Defendant*. ) | |

## MOTION TO DISMISS THE INDICTMENT

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, now moves to dismiss the original Indictment, and in support thereof states:

1. The original Indictment was filed on September 7, 2017 (dockets 13 and 14), charging the Defendant with Counts 1 through 6, Production of Child Pornography, in violation of 18 USC § 2251(a), Counts 7 through 9, Distributing Child Pornography, in violation of 18 USC § 2252A(a)(2), Counts 10 through 13, Threat to Use Explosive Device, in violation of 18 USC § 844(e), and Counts 14 through 26, Threats to Injure, in violation of 18 USC § 875 (c).

2. On April 9, 2019, a Superseding Indictment was filed (dockets 44 and 45), charging the Defendant with Counts 1 through 8, Production of Child Pornography, in violation of 18 USC § 2251(a),  Counts 9 through 11, Coercion and Enticement of a Minor, in violation of 18 USC

2422 (b), Counts 12 through 16: Distributing and Receiving Child Pornography, in violation of 18 USC § 2252A(a)(2), Counts 17 through 20, Threats to Use Explosive Devices, in violation of 18 USC § 844(e), Count 21, Threats and Extortion, in violation of 18 USC§ 875(b), Counts 22 through 31, Threats to Kill, Kidnap, and Injure, in violation of 18 USC § 875(c), Counts 32 through 37, Witness Tampering, in violation of 18 USC § 1512(b)(3), Count 38, Obstruction of Justice in violation of 18 USC § 1512 (c), and Counts 39 and 40, Retaliating Against a Witness or Victim, in violation of 18 USC § 1513 (e).

    3.    Because the Superseding Indictment has been filed, the government now moves to dismiss the original Indictment.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:    /s/ *Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, a copy of the foregoing Motion to Dismiss the Indictment was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's CM/ECF system.

                                                 By:    /s/*Tiffany J. Preston*
                                                          Tiffany J. Preston
                                                          Assistant United States Attorney
                                                          Office of the United States Attorney