UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
|    v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
|    *Defendant*. | ) |

**GOVERNMENT'S PRELIMINARY EXHIBIT LIST**

   Comes now the United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston and Kristina M. Korobov, Assistant United States Attorneys, and hereby submits to the Court the following lists of exhibits for the government's case in chief in the trial currently set on February 10, 2020:

| Exhibit Number | Group Description | Exhibit Description | |
|---|---|---|---|
| **Group Ex. 1** | **Data From Accounts** | **Usernames** | **Account ID/Platform** |
| | 1-1 through 1-200 | Amanda Von | 100012585907716 Facebook |
| | | Amanda Wick | 100011818624075 Facebook |
| | | Angie Polanco | 100008307797318 Facebook |
| | | Austin Palins | 100007541897084 Facebook |
| | | Ava Courneya | 100006375994549 Facebook |
| | | Be Here, amanda.carr.1401 | 100014453165617 Facebook |
| | | Bee Here, bee.here.351 | 100014413029095 Facebook |
| | | Been There, been.there.963 | 100014355223483 Facebook |
| | | blowout_ | 2874684907 Twitter |
| | | Bre Samson, bre.samson.3 | 100012023941094 Facebook |
| | | Brian Kil | 100010814987915 Facebook |
| | | Brian Kil | 100010933214415 Facebook |
| | | Brian Kil | 100010942786802 Facebook |
| | | Brian Kil | 100010950616854 Facebook |
| | | Brian Kil | 100010955730926 Facebook |
| | | Brian Kil, maddie.gile.7 | 100010957772926 Facebook |
| | | Brian Kil | 10010961130364 Facebook |
| | | Brian Kil, brian.kil.96 | 100011146412030 Facebook |
| | | Brian Kil, brian.kil.737 | 100011205363059 Facebook |
| | | Brian Kil, amy.brooks.7330763 | 100016102997596 Facebook |
| | | Brian Kilmore, Meghan Goss | 100010945808324 Facebook |
| | | Brian Kils | 10010908127372 Facebook |
| | | Brian Kils, brian.kils.9 | 100014405057040 Facebook |
| | | Brian_kil9 | 859202368470224896 Twitter |
| | | Brianna Davis | 100009932925631 Facebook |
| | | Brianna Kilian, brianna.lik | 100011039591590 Facebook |
| | | Brooke Arenas | 100007580057664 Facebook |
| | | Brooke Purge, brooke.purge | 100013013714201 Facebook |
| | | Call Dime, call.dime | 100013020935163 Facebook |
| | | Call Dime, call.dime.9 | 100013042567348 Facebook |

| Name | ID |
|---|---|
| Carlea Dafur | 100008295440232 Facebook |
| Catey Tracey, catey.tracey.5 | 100015660047049 Facebook |
| Catherine Tracy, catherine.tracy.37 | 100015666707793 Facebook |
| Chris Car, chris.car.14019 | 100011694597125 Facebook |
| Chris Walker | 100011875033745 Facebook |
| Clear Waters | 100009322978866 Facebook |
| Close Far | 100004558305629 Facebook |
| Closed Color | 100007985251407 Facebook |
| Closed Door | 100004326708345 Facebook |
| Closed Door | 100010149670095 Facebook |
| Closed Door | 100010159984554 Facebook |
| Closed Door | 100010182969013 Facebook |
| Closed Doors | 100005918267754 Facebook |
| Closed Left | 100006227325714 Facebook |
| Clutter Removed | 100008224770428 Facebook |
| Colain Greeny | 100012663216544 Facebook |
| Color Black, taryn.hardill | 100008251063963 Facebook |
| Color Black | 100009692743075 Facebook |
| Color Blacks | 100010147299243 Facebook |
| Color Blue | 100008134180459 Facebook |
| Color Close, riama.close | 100007267599339 Facebook |
| Color Green | 100004822057718 Facebook |
| Color Green | 100006719954716 Facebook |
| Color Mix | 100008311983983 Facebook |
| Color Moon | 100007679294763 Facebook |
| Color Rain | 100008337164543 Facebook |
| Color Red | 100006074238315 Facebook |
| Color Red, color.red.9678 | 100009922507215 Facebook |
| Color Reds | 100007740585546 Facebook |
| Color Slow | 100008160015457 Facebook |
| Color White | 100008162010935 Facebook |
| Colored Reds | 100009960991125 Facebook |
| Coloring Red, beth.harris.5492 | 100012457603935 Facebook |

| Name | ID |
|---|---|
| Colour Green | 100011530082704 Facebook |
| Coloured White | 100011509067403 Facebook |
| Colured Grey, diana.harris.37604 | 100011358293313 Facebook |
| Daisy Cosmeo | 100008033147167 Facebook |
| Diana May, diana.may.7967 | 100011362833817 Facebook |
| Draw Colors, jason.loras.9 | 100008337270135 Facebook |
| Drawn Line, drawn.line | 100014399889610 Facebook |
| During After, samantha.stary.3 | 100007958377219 Facebook |
| Emily Leak, emily.leak.397 | 100015675181834 Facebook |
| Emma Leaked, emma.leaked | 100013535403229 Facebook |
| Front Door | 100008375675524 Facebook |
| Garret Henry | 100007532865680 Facebook |
| Grean Colrng | 100013164570722 Facebook |
| Haase Brey, haase.brey | 100013389180996 Facebook |
| Hannah Leaked, hannah.leaked | 100013485963036 Facebook |
| Harmony Raines | 100007921367352 Facebook |
| Here Bee, here.bee.5 | 100014410236980 Facebook |
| hit me up (pytbv1@yandex.com), leaked_hacks1 | 4061920006 Instagram |
| Invil Cable | 100010461183746 Facebook |
| Jack Lime | 100005150417016 Facebook |
| jare930 | 827304929924628481 Twitter |
| Jared Jantil | 100004446646456 Facebook |
| Jayna Melton | 100005610254778 Facebook |
| Jillian Topur, jillian.topur | 100010981393281 Facebook |
| Journeyy Charna, journeyy.charna.7 | 100017094736583 Facebook |
| Journeyy Leaked, journeyy.leaked.3 | 100017166455896 Facebook |
| Katie Henderson | 100008214242433 Facebook |
| Kayla Bean | 100007297756268 Facebook |
| Kel May, kel.may.7798 | 100014808903459 Facebook |
| Kimmie Francis, kimmie.francis.3 | 100002610643385 Facebook |
| Larry Nembers | 100004569317055 Facebook |
| Listen Close | 100006810225759 Facebook |
| Lori Harris | 100011001696165 Facebook |

| | | |
|---|---|---|
| | Maddie Lauren, maddie.lauren.9 | 100011681628392 Facebook |
| | Madison Vangorder | 100006736098552 Facebook |
| | Madison Vangordern | 100005194369085 Facebook |
| | Maine Purge | 100010242488466 Facebook |
| | Maine Purge, maine.purge.73 | 100013068484150 Facebook |
| | Maine Purge | 100013197707135 Facebook |
| | Maine Purge, maine.purge.9887 | 100013804023323 Facebook |
| | Maria Villa | 100011754079411 Facebook |
| | May June | 100012173947496 Facebook |
| | May June | 100012606219451 Facebook |
| | Meghan Arnet | 100009708731179 Facebook |
| | Mel Chris, mel.chris.142 | 100013747447901 Facebook |
| | Millie Raymer, millie.raymer | 100001707042864 Facebook |
| | Missing Green, kasey.stary | 100008010159969 Facebook |
| | More Less | 100007367475467 Facebook |
| | Moved During, felin.stassy | 100007922016740 Facebook |
| | Moved Green | 100005518394676 Facebook |
| | Mya Jay, mya.jay.35 | 100000853969020 Facebook |
| | Nancy Casey, nancy.casey.102 | 100009975971771 Facebook |
| | Out Doors, megean.reed.3 | 100013332435619 Facebook |
| | Pers Dot, pers.dot.9 | 100013225998675 Facebook |
| | Plot Draw | 100008069378451 Facebook |
| | Purge Eva, purg.eva | 100013141568667 Facebook |
| | Purged Maine, purged.maine.1 | 100013748857863 Facebook |
| | Rebecca Slutofsky | 100005310284766 Facebook |
| | Red Light, rachel.leer.73 | 100013587341163 Facebook |
| | Ryan Vacay | 100010055987308 Facebook |
| | Sharp Turn | 100008138192245 Facebook |
| | Sierra Hanncock, amy.talmer | 100016077705089 Facebook |
| | Sierra Hanncock, brittany.kilgor | 100016229373050 Facebook |
| | Tangie Haris | 100008327566834 Facebook |
| | Tay Sines | 100011725468786 Facebook |
| | Taylor Sines | 100011867905395 Facebook |

| | |
|---|---|
| Taylor Sines, taylor.sines.792 | 100011911056154 Facebook |
| Terra Parish | 100010269517411 Facebook |
| Vanessa Ruiz | 100011759392472 Facebook |
| Verb Noun, verb.noun.58 | 100007932913898 Facebook |
| Warped Haste, derrin.hasty | 100007972267044 Facebook |
| We Uygt | 100010595772799 Facebook |
| Wendy Meen, wendy.meen.5 | 100015457904322 Facebook |
| Went Slowed | 100008160240888 Facebook |
| 148232212184674 | 148232212184674 Facebook |
| 1495085527469936 | 1495085527469936 Facebook |
| 1649536395316734 | 1649536395316734 Facebook |
| 1659147381006769 | 1659147381006769 Facebook |
| 396901027175660 | 396901027175660 Facebook |
| 421287848077695 | 421287848077695 Facebook |
| 174.134.134.97 | Brighthouse Internet Subscriber Data |
| briankil | Tumblr |
| brian-kil | Tumblr |
| closed78@hushmail.com | Hushmail |
| dmzx3@hush.ai | Hushmail |
| drawback8@hushmail.com | Hushmail |
| dtvx1@hushmail.com | Hushmail |
| dtvx2@hushmail.com | Hushmail |
| edwe0@hushmail.com | Hushmail |
| jare92o2@hushmail.com | Hushmail |
| jare9302@hushmail.com | Hushmail |
| uygt9@hushmail.com | Hushmail |
| amp98@hushmail.com | Hushmail |
| amp988@hushmail.com | Hushmail |
| ampy88@hushmail.com | Hushmail |
| close77@hushmail.com | Hushmail |
| closed77@hushmail.com | Hushmail |
| dkl6@hushmail.com | Hushmail |
| dmzx9@hush.ai | Hushmail |

| | | | |
|---|---|---|---|
| | | drawback88@hushmail.com | Hushmail |
| | | drawback888@hushmail.com | Hushmail |
| | | fire89@hush.ai | Hushmail |
| | | gfjy6@hushmail.com | Hushmail |
| | | hgz5@hushmail.com | Hushmail |
| | | idont698@hush.ai | Hushmail |
| | | ixze6@hush.ai | Hushmail |
| | | jare93o2@hushmail.com | Hushmail |
| | | jare9202@hushmail.com | Hushmail |
| | | jare9402@hushmail.com | Hushmail |
| | | jareht@hushmail.com | Hushmail |
| | | jaynawhore@hush.ai | Hushmail |
| | | kxze@hushmail.com | Hushmail |
| | | oo9777@hushmail.com | Hushmail |
| | | oo9779@hushmail.com | Hushmail |
| | | oo97777@hushmail.com | Hushmail |
| | | oo977777@hushmail.com | Hushmail |
| | | szxw7@hushmail.com | Hushmail |
| | | talkfa2qa@hushmail.com | Hushmail |
| | | taylor.la@hushmail.com | Hushmail |
| | | terminal343@hush.ai | Hushmail |
| | | tklw5@hushmail.com | Hushmail |
| | | tr3e@hushmail.com | Hushmail |
| | | trte4rr7t@hushmail.com | Hushmail |
| | | vrtyd99@hushmail.com | Hushmail |
| | | wder22@hushmail.com | Hushmail |
| | | yh56y@hushmail.com | Hushmail |
| | | yh65w@hushmail.com | Hushmail |
| | | yh65y@hushmail.com | Hushmail |
| | | yhj8@hushmail.com | Hushmail |
| | | ytrd4@hushmail.com | Hushmail |
| | | zxgot@hushmail.com | Hushmail |
| | | zxgots@hushmail.com | Hushmail |

|  |  | zza8000@hushmail.com | Hushmail |
|---|---|---|---|
|  |  | zza8800@hushmail.com | Hushmail |
|  |  | cop.killer.pipeb@yandex.com | Yandex |
|  |  | cop-killer-pipeb@yandex.com | Yandex |
| **Group Ex. 2** | **Photographs of Victims** | **Victim** | |
|  | 2-1 | Victim 1 | |
|  | 2-2 | Victim 2 | |
|  | 2-3 | Victim 3 | |
|  | 2-4 | Victim 4 | |
|  | 2-5 | Victim 5 | |
|  | 2-6 | Victim 6 | |
|  | 2-7 | Victim 7 | |
|  | 2-8 | Victim 8 | |
|  | 2-9 | Victim 9 | |
|  | 2-10 | Victim 10 | |
|  | 2-11 | Victim 11 | |
|  | 2-12 | Victim 2's Family | |
| **Group Ex. 3** | **Surveillance** | **Videos** | |
|  | 3-1 | Pole Camera Video 1 | |
|  | 3-2 | Pole Camera Video 2 | |
|  | 3-3 | Pole Camera Video 3 | |
| **Group Ex. 4** | **Expert Witness Demonstrative Evidence** | **Expert Demonstrative Exhibit Description** | |
|  | 4-1 | TAILS Demonstrative | |
|  | 4-2 | Tor Demonstrative | |
|  | 4-3 | NIT Demonstrative | |
|  | 4-4 | Cookies Demonstrative | |
|  | 4-5 | Encryption Demonstrative | |
| **Group Ex. 5** | **Summary Charts** | **Summary Chart Description** | |
|  | 5-1 | Charts and exhibits summarizing voluminous evidence of account data from Group Ex. 1 | |
|  | 5-2 | Charts and exhibits summarizing voluminous evidence of data collected from seized devices | |

| | | listed in Group Ex. 9. |
|---|---|---|
| Group Ex. 6 | Demonstrative Evidence | Demonstrative Exhibit Description |
| | 6-1 | Demonstrative Exhibits from SA Willmann's Testimony |
| | 6-2 | Demonstrative Exhibit Connecting Accounts |
| Group Ex. 7 | Search Warrant Photographs | Photograph Description |
| | 7-1 through 7- | Photographs of Defendant's residence from 8.3.17 |
| Group Ex. 8 | Bomb Site photographs | Site Description |
| | 8-1 | Danville High School |
| | 8-2 | Plainfield High School |
| | 8-3 | Plainfield Walmart |
| | 8-4 | The Shops at Perry Crossing |
| Group Ex. 9 | Devices | Device Description |
| | 9-1 through 9-22 | Western Digital Hard Drive, 80GB, Model: WB800BB-55JKA0, S/N: WCAMO2406221 |
| | | Seagate Hard Drive, 40GB, Model: ST340014A, S/N: 5JX62W8E |
| | | iPhone5 cellphone, IMEI: 013336009411128 |
| | | HTC Phone, IMEI: 357814049305405 |
| | | Sony DVD R+RW |
| | | Hitachi Hard drive, S/N: VNVC0ZG3DBEPYELT |
| | | Ziploc bag containing three SD cards- (1) SD Card, 2GB, silicone power( 2) Samsung Micro SD card, 8 GB; |
| | | (3) HC Micro SD card, 4GB. |
| | | Memorex CD's |
| | | Samsung Hard Drive, S/N: S25WJ9AB50615; 1- MSATA Memory card. |
| | | Flash drives. (1) SanDisk Cruiser glide, 64 GB, S/N: BH151025362B Verbatim flash drive |
| | | Flash drives. (1) SanDisk, 4GB; (2) Black in color flash drive |
| | | Memorex, 8 GB flash drive. |
| | | Cellphones: (1) Motorola cellphone, model: XP875, S/N: 990000838180380; (2) LG cellphone, IMEI: 013687004137070 |
| | | Stack of DVD+RW discs |
| | | HP computer, model: 635, S/N:5CB1220XLL |

|  |  |  |
|---|---|---|
|  |  | 2 Thumb drives |
|  |  | External hard drive, S/N: Y2IBTFEXTTT1 |
|  |  | Acer laptop, model: Aspire 5251-1513 S/N: LXPWJ02001017273671601 |
|  |  | HP Laptop Probook, model: 6475B, S/N: CNU3019SKC |
|  |  | Samsung Galaxy cell phone, model: N/A, S/N: N/A. |
|  |  | HP laptop, model: G7-1167 DX, S/N: CNF1231VMB. |
|  |  | White iPhone 6S S/N C76RJAM8GRYF |
|  |  | White iPhone 7+ S/N F2LT5BL9HFYC |
| **Group Ex. 11** | **Title III Evidence** | **T-III Data Description** |
|  | 11-1 | Data seized from Title III Internet Protocol Address Wire Tap |
| **Group Ex. 12** | **Physical Evidence** | **Physical Item Description** |
|  | 12-1<br>12-2 | Poems seized from the jail cell of Buster Hernandez |
| **Group Ex. 13** | **TAILS Evidence** | **TAILS Data Description** |
|  | 13-1<br>13-2<br>13-3 | Tails recreation videos<br>Tails thumb drive<br>Tails updating software evidence |
| **Group Ex. 14** | **NIT Evidence** | **NIT Item Description** |
|  | 14-1<br>14-2 | Victim 2 NIT Video<br>NIT employ |

| Group Ex. 15 | Child Pornography Counts 1-17 | Image or Video Description |
|---|---|---|
| | 15-1 through 15- | Count 1<br>9.5.2014<br>An image labeled 10615859_774768432590051_1323014964_n.jpg, depicting Victim 1 using a cellular telephone to take a picture of herself in a bathroom mirror. Victim 1 is seen standing in front of the mirror, completely nude, and Victim 1's face, breasts, and vagina are clearly visible (Count 1).<br>Count 2<br>10.9.2014<br>An image labeled 10617472_792430664157161_533669609_n.jpg, depicting Victim 1 doing the splits on the floor of a bedroom facing away from the camera. Victim 1 is only wearing a bra in the image, and Victim 1's vagina and anus are clearly visible in the image (Count 2).<br>Count 3<br>10.31.2014<br>An image labeled 10751839_805529276180633_426746741_n.jpg, depicting Victim 1 lying on her back on the floor wearing only a bra.  Victim 1's arms and legs are spread apart, and Victim 1's vagina and anus are clearly visible (Count 3).<br>Count 4<br>10.1.2014<br>An image labeled 10178228_788011164599111_598068341_n.jpg depicting Victim 1 standing in her bedroom wearing only her pants and underwear, which are pulled down around her knees. Victim 1 is otherwise completely nude. Victim 1's hands are at her waist. Her face, breasts, and vagina are clearly visible. A dresser and television are visible in the background of the image (Count 4).<br>Count 5<br>9.12.2014<br>An image labeled 10706587_777976262269268_1667471442_n.jpg depicting Victim 1 using a cellular telephone to take a picture of herself in a bathroom mirror, completely nude. Victim 1's face, breasts, and vagina are clearly visible in the image (Count 5).<br>Count 6<br>10.8.2014<br>A video file labeled MOV_8330.3gp depicting Victim 4 standing in front of a bathroom sink wearing a white sleeveless t-shirt and black shorts. Victim 4 then removes her shirt, sports bra, and shorts, revealing her |

11

breasts and vagina. Victim 4's face is also visible. The video file is approximately 33 seconds in length (Count 6).
Count 7
11.7.2014
An image labeled 10799404_1491164947803416_306017121_n.jpg which depicts Victim 4 sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. Victim 4 is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file (Count 7).
Count 8
11.15.2014
An image labeled 20141115_220550.jpg which depicts Victim 5 standing in front of a dresser. Victim 5 is posed with her hand on her hip and is completely nude. Her breasts and vagina are clearly visible (Count 8)
Count 9
2014 to 8.3.2017
Child Pornography of Victim 1
Count 10
2014 to 8.3.2017
Child Pornography of Victim 4
Count 11
2014 to 8.3.2014
Child Pornography of Victim 5
Count 12
12.10.2014
Image 10615859_774768432590051_1323014964_n.jpg, depicting Victim 1 using a cellular telephone to take a picture of herself in a bathroom mirror. Victim 1 is seen standing in front of the mirror, completely nude, and Victim 1's face, breasts, and vagina are clearly visible (Count 12).
Count 13
12.10.2014
Image 10751839_805529276180633_426746741_n.jpg, depicting Victim 1 lying on her back on the floor wearing only a bra. Victim 1's arms and legs are spread apart, and Victim 1's vagina and anus are clearly visible (Count 13).
Count 14
11.7.2014

| | | |
|---|---|---|
| | | Image 10799404_1491164947803416_306017121_n.jpg which depicts Victim 4 sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. Victim 4 is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file (Count 14). <br> <u>Count 15</u> <br> 11.7.2014 <br> Image 10799404_1491164947803416_306017121_n.jpg which depicts Victim 4 sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. Victim 4 is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file (Count 15). <br> <u>Count 16</u> <br> 11.7.2014 <br> Video labeled video-1415402732.mp4 which depicts Victim 6 using her hand to masturbate by rubbing her fingers on her vagina (Count 16). <br> <u>Count 17</u> <br> 11.7.2014 <br> Video labeled MOV_0656.3gp which depicts Victim 6 using her hand to masturbate by rubbing her fingers on her vagina (Count 17). <br> <u>Images of Minor Victims</u> <br> Child Pornography Images and Videos of Victims 1 through 6, and 11. |
| **Group Ex. 16** | **Threats to Use Explosive Devices Counts 18-21** | **Data Showing the Following**: |
| | 16-1 through 16- | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. <br><br> On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Danville Community High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |

| | | |
|---|---|---|
| | | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana.<br><br>On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Walmart, located in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| Group Ex. 17 | **Threats and Extortion of Victim 3 Count 22** | **Data showing the following**: |
| | 17-1 through 17- | Defendant's extortion of Victim 3 and to threaten to kill, injure, or kidnap Victim 3 and Victim 3's family to extort from Victim 3 a thing of value, namely, images and videos of Victim 3 engaged in sexually explicit conduct. |
| Group Ex. 18 | **Threats to Kill, Kidnap, and Injure Counts 23-32 and Victims 2 and 11** | **Data Showing the Following**: |
| | 18-1 through 18- | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill Victim 1's mother (Victim 7).<br><br>On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill Victim 1, and threatened to kidnap Victim 1's minor sibling (Victim 8).<br><br>On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1.<br><br>On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana.<br><br>On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students |

| | | |
|---|---|---|
| | | at Danville High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana.<br><br>On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1 and Victim 1's former significant other (Victim 9).<br><br>On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill patrons at The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana.<br><br>On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill police and first responders to The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana.<br><br>On or about December 21, 2015, defendant, using an account on Facebook.com, threatened to kill Victim 1 with a rifle.<br><br>On or about January 3, 2016, defendant, using an account on yandex.com ("Brian Kil" at cop-killer-pipeb@yandex.com), E-mailed Victim 10, a Plainfield High School Board member, and threatened to kill Victim 10, Victim 10's family, and students at Plainfield High School. |
| Group Ex. 19 | **Witness Tampering Evidence Counts 33-38 and Victims 2 and 11** | **Data showing the following**: |
| | 19-1 through 19- | Messages between 2012 to 8.3.2017 wherein the defendant used the threat of physical force against Victims 1, 3, 4, 5, 6, and 7 by threatening to kill, injure, kidnap, or disseminate images and videos depicting minors engaged in sexually explicit conduct, with the intent to hinder, delay, or prevent the communication to a state or federal law enforcement officer relating to the commission of a Federal offense, namely production, distribution, and possession of child pornography<br><br>January 2017 to August 3, 2017 Messages to kill Minor Victim 2, her family, and bomb local school. |

| | | |
|---|---|---|
| | | On or about June 10, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's minor sister attaching a photograph depicting an individual holding a buck knife.<br><br>On or about February 2, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's mother, to kill Victim 2's family, and to rape and kill Victim 2's minor sister.<br><br>On or about July 18, 2017, defendant transmitted in interstate or foreign commerce a threat to rape Victim 2's eighteen-year-old sister.<br>On or about July 20, 2017, defendant transmitted in interstate or foreign commerce a threat to kill Victim 2's family, and to kidnap and rape Victim 2's minor brother. |
| **Group Ex. 20** | **Obstruction of Justice Data Count 39** | **Data Description** |
| | 20-1 through 20- | Seized devices and software from 8.3.2017 including encrypted devices and TAILS thumb drive |
| **Group Ex. 21** | **Retaliating Against Witnesses Data Counts 40-41 and Victim 2** | **Data showing the following**: |
| | 21-1 through 21- | Messaging between on or about December 12, 2015, and on or about August 3, 2017, between the defendant and Victims 1, 2, and 7 in retaliation for providing to a law enforcement officer truthful in information relating to the commission of a Federal offense. |

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: /s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2020, a copy of the Government's Preliminary Exhibit List was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts system.

By: s:/Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5953
E-mail: tiffany.preston@usdoj.gov