UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
| *Defendant*. | ) |

## SECOND UNOPPOSED MOTION TO CORRECT SCRIVENER'S ERROR IN SUPERSEDING INDICTMENT

The United States of America, by and through its counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Tiffany J. Preston, Assistant United States Attorney, hereby petitions the Court to correct a scrivener's error in the Superseding Indictment in the above matter. In support of this request, the government proffers the following:

1. On or about August 1, 2017, a Criminal Complaint was filed against the above named defendant, On September 7, 2017, the grand jury returned an Indictment charging Buster Hernandez with Production of Child Pornography (Counts 1-6), in violation of 18 U.S.C. § 2251(a), Distributing Child Pornography (Counts 7-9), in violation of 18 U.S.C. § 2252A(a)(2), Threats to Use Explosive Devices (Counts 10-13), in violation of 18 U.S.C § 844(e) and Threats to Injure (Counts 14-26), in violation of 18 U.S.C. § 875(c).

2. On April 9, 2019, the grand jury returned a Superseding Indictment against the defendant.

3. Subsequent to the return on the Superseding Indictment, the United States realized that Count 4 contained a scrivener's error in that the image described is Count 4 as, "An image labeled 10751570_805528642847363_1586250829_n.jpg" should have been described as, "An image labeled 10178228_788011164599111_598068341_n.jpg." In other words, the there is an error in the title of the image.

3. The description of the image and the date it was produced is not impacted by the scrivener's error. The error was discovered during witness preparation and a review of the numerous images produced by the victim and distributed to the defendant on the same day.

4. Counsel for the Defendant has reviewed the image and its description confirming that only the title of the image will be edited for accuracy.

5. This was an inadvertent scrivener's error, and counsel for the Defendant does not oppose allowing the United States to correct it, rather than presenting the entire matter again before the Grand Jury before the February 10, 2020 trial date.

6. If so ordered, the United States will file the corrected Superseding Indictment with the Court prior to the January 21, 2020 Final Pretrial Conference. No other changes will be made to the Superseding Indictment.

WHEREFORE, counsel for the Government requests this Court to allow it to correct the scrivener's error in the Superseding Indictment.

        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney

By:    s/Tiffany J. Preston
        Tiffany J. Preston
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Tiffany.Preston@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, a copy of the foregoing Second Unopposed Motion to Correct a Scrivener's Error in the Superseding Indictment was filed electronically.  Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         By:     s/ Tiffany J. Preston
                                                                Tiffany J. Preston
                                                               Assistant United States Attorney