UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Cause No.: 1:17-CR-0183-TWP-TAB ) |
| BUSTER HERNANDEZ, (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable) | ) ) ) ) ) ) ) ) |
| *Defendant*. | ) |

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion by the United States to Correct a Scrivener's Error in the Superseding Indictment. This Court, having reviewed the motion and being duly informed in the matter, finds the Motion well taken and now GRANTS that motion.

Therefore, IT IS SO ORDERED:

1. The United States may correct the Superseding Indictment as follows: beginning with paragraph 63, "Count 11" will become Count 12, and every subsequent Count will increase by 1. The headings will also be edited to correspond to the correct count numbering. The forfeiture allegations will be corrected to reflect a total of 41 counts in the Superseding Indictment.

1

2. No other changes will be made to the Superseding Indictment without prior order of the Court.

3. The United States will present a corrected copy to the Magistrate Judge and Defense Counsel prior to the April 17, 2019 Initial Appearance on the Superseding Indictment.

4. The United States will file a corrected copy of the Superseding Indictment prior to the August 19, 2019 Jury Trial, and pursuant to the Court's order to file a redacted indictment for the Jury.

SO ORDERED at Indianapolis, Indiana, this _____ day of January, 2020.

_____
Tanya Walton Pratt
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.