UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
| *Defendant*. | ) |

**ORDER**

THIS MATTER comes before the Court on the Second Unopposed Motion by the United States to Correct a Scrivener's Error in the Superseding Indictment. This Court, having reviewed the motion and being duly informed in the matter, finds the Motion well taken and now GRANTS that motion.

Therefore, IT IS SO ORDERED:

1. The United States may correct the Superseding Indictment as follows: the description of the image shall be corrected to read, "An image labeled 10178228_788011164599111_598068341_n.jpg.

2. No other changes will be made to the Superseding Indictment without prior order of the Court.

3.  The United States will file a corrected copy of the Superseding Indictment prior to the January 21, 2020 final pretrial converence, and pursuant to the Court's order to file a redacted indictment for the Jury.

SO ORDERED at Indianapolis, Indiana, this _____ day of January, 2020.

_____
Tanya Walton Pratt
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.