UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CAUSE NO.1:17-CR-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) | |
| Greg Martain, Purge of Maine, | ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) | |
| Closed Door, Closed Color, Clutter Removed, | ) | |
| Color Rain, Plot Draw, and Invil Cable) | ) | |
| | ) | |
| *Defendant.* | ) | |

## GOVERNMENT'S PROPOSED VERDICT FORM

The United States of America, by counsel, Josh J. Minkler, United States

Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina M.

Korobov, Assistant United States Attorneys, hereby files its Proposed Verdict

Forms in the above-captioned matter.

The below verdict forms have reviewed by defense counsel, and counsel for

the defense has no objection to the forms.

The government reserves the right to supplement such further instructions as may become necessary.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: /s/ *Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney

## **VERDICT**

## **COUNT 1**

With respect to the charge of Sexual Exploitation of a Child as described in Count 1 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                **NOT GUILTY** _____

## **COUNT 2**

With respect to the charge of Sexual Exploitation of a Child as described in Count 2 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                **NOT GUILTY** _____

## **COUNT 3**

With respect to the charge of Sexual Exploitation of a Child as described in Count 3 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                **NOT GUILTY** _____

## **COUNT 4**

With respect to the charge of Sexual Exploitation of a Child as described in Count 4 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                **NOT GUILTY** _____

## **COUNT 5**

With respect to the charge of Sexual Exploitation of a Child as described in Count 5 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                **NOT GUILTY** _____

## COUNT 6

With respect to the charge of Sexual Exploitation of a Child as described in Count 6 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                    **NOT GUILTY** _____

## COUNT 7

With respect to the charge of Sexual Exploitation of a Child as described in Count 7 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                    **NOT GUILTY** _____

## COUNT 8

With respect to the charge of Sexual Exploitation of a Child as described in Count 8 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                    **NOT GUILTY** _____

## COUNT 9

With respect to the charge of Coercion and Enticement of a Minor as described in Count 9 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                    **NOT GUILTY** _____

## COUNT 10

With respect to the charge of Coercion and Enticement of a Minor as described in Count 10 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____                    **NOT GUILTY** _____

## COUNT 11

With respect to the charge of Coercion and Enticement of a Minor as described in Count 11 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 12

With respect to the charge of Distributing Child Pornography as described in Count 12 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 13

With respect to the charge of Distributing Child Pornography as described in Count 13 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 14

With respect to the charge of Distributing Child Pornography as described in Count 14 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 15

With respect to the charge of Distributing Child Pornography as described in Count 15 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 16

With respect to the charge of Receiving Child Pornography as described in Count 16 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 17

With respect to the charge of Receiving Child Pornography as described in Count 17 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 18

With respect to the charge of Threats to Use Explosive Devices as described in Count 18 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 19

With respect to the charge of Threats to Use Explosive Devices as described in Count 19 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 20

With respect to the charge of Threats to Use Explosive Devices as described in Count 20 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 21

With respect to the charge of Threats to Use Explosive Devices as described in Count 21 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 22

With respect to the charge of Threats and Extortion as described in Count 22 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 23

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 23 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 24

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 24 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 25

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 25 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 26

With respect to the charge of threats to Threats to Kill, Kidnap, and Injure as described in Count 26 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 27

With respect to the charge of threats to Threats to Kill, Kidnap, and Injure as described in Count 27 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 28

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 28 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 29

With respect to the charge of threats to Threats to Kill, Kidnap, and Injure as described in Count 29 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 30

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 30 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 31

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 31 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 32

With respect to the charge of Threats to Kill, Kidnap, and Injure as described in Count 32 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 33

With respect to the charge of Witness Tampering as described in Count 33 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 34

With respect to the charge of Witness Tampering as described in Count 34 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 35

With respect to the charge of Witness Tampering as described in Count 35 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY** _____          **NOT GUILTY** _____

## COUNT 36

With respect to the charge of Witness Tampering as described in Count 36 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 37

With respect to the charge of Witness Tampering as described in Count 37 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 38

With respect to the charge of Witness Tampering as described in Count 38 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 39

With respect to the charge of Obstruction of Justice as described in Count 39 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 40

With respect to the charge of Retaliating Against a Witness or Victim as described in Count 40 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

## COUNT 41

With respect to the charge of Retaliating Against a Witness or Victim as described in Count 41 of the Superseding Indictment, we, the jury, unanimously find the defendant, Buster Hernandez, as follows:

**GUILTY _____**                    **NOT GUILTY _____**

When you have reached a verdict as to all of the counts of the Superseding Indictment and answered any related additional questions, the FOREPERSON should sign and date in the lines below and contact the bailiff.

_____                              _____

**DATE**                                **FOREPERSON**