UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>   *Plaintiff*,                                    )<br>                                                          )<br>   v.                                                  ) Cause No.: 1:17-CR-0183-TWP-TAB<br>                                                          )<br>BUSTER HERNANDEZ,                     )<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil,     )<br>Greg Martain, Purge of Maine,              )<br>uygt9@hushmail.com, jare9302@hushmail.com,  )<br>Dtvx1@hushmail.com, Leaked_hacks1,      )<br>Closed Door, Closed Color, Clutter Removed,  )<br>Color Rain, Plot Draw, and Invil Cable)       )<br>                                                          )<br>   *Defendant*.                                  ) | |

**GOVERNMENT'S PROPOSED ADDITIONS TO THE
COURT'S PROPOSED *VOIR DIRE* QUESTIONS**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Marie Korobov, Assistant United States Attorneys ("the Government"), hereby files its Proposed Additions to the Court's Proposed *Voir Dire* Questions in preparation for the February 10, 2020 trial.

Pursuant to the Court's Order, the parties have met and conferred prior to this filing. The defense has no objections to the government's Proposed Voir Dire.

1. The Defendant has been charged with Sexual Exploitation of a Child, Coercion and Enticement of a Minor, Distributing and Receiving Child Pornography, Threats to Use Explosive Devices, Threats and Extortion, Threats to Kill, Kidnap, and Injure, Witness Tampering, Obstruction of Justice, and Retaliating Against a Witness or Victim. These charges stem from an

investigation that began in Plainfield, Indiana in 2015.  Without telling us what you have learned, has any member of the jury panel seen or heard anything about these charges?

2. The charges in this case involve Sexual Exploitation of a Child, Coercion and Enticement of a Minor, Distributing and Receiving Child Pornography, Threats to Use Explosive Devices, Threats and Extortion, Threats to Kill, Kidnap, and Injure, Witness Tampering, Obstruction of Justice, and Retaliating Against a Witness or Victim.  Is there anything about these charges that would prevent you from weighing the evidence impartially in arriving at a verdict in this case?

3. Have any of you, or any relatives or close friends of yours, had any experiences involving sexual offenses, sexual exploitation, sextortion, sexual abuse, threats of violence, or cybercrimes that would prevent you from weighing the evidence impartially in arriving at a verdict in this case?

4. Part of the evidence in this case will be the images themselves, which the United States alleges: (a) constitute sexually explicit material involving minors; and (b) that the defendant produced, distributed, and received.  These images may be distasteful, offensive, and unpleasant to view. However, the prospect of having to see distasteful, offensive, or unpleasant evidence is not a basis to avoid the responsibility of jury service. If we excused prospective jurors on the ground that jury duty makes demands—including some unpleasant demands—then we could not function. Moreover, the parties have the right to expect that prospective jurors will not seek to avoid jury service simply because they would rather not serve, or because they would like to avoid some unpleasantness. Having said that, is there anyone who honestly believes there is some compelling reason why he or she could not be an impartial juror—that is to consider all of the

evidence and follow the law—simply because images depicting alleged child pornography will be presented as evidence in this trial?

5. How do you feel about our laws regarding child pornography? Does anyone on the panel believe that child pornography should not be prosecuted criminally? Does anyone on the panel believe that there should not be laws restricting access to any type of pornography? Does anyone believe that Americans should have the right to possess child pornography in their own homes? Do you feel that laws related to child pornography should be enforced any more or less vigorously than other laws? Are you opposed to current federal or state laws that prohibit the possession of child pornography or prohibit sexual relations between adults and minors? What about sexually explicit images of teenaged minors? Does anyone think that those laws should be different because the minors are older?

6. Do you believe that the Internet should be completely unregulated, so that anything at all that is said or done on the Internet remains private? Do any of you believe that privacy on the Internet should extend to all Internet activities?

7. Some people are of the mistaken belief that the receipt or possession of child pornography is an activity that is protected by the Free Speech Clause of the First Amendment to our Constitution, or may otherwise be Constitutionally protected activity. Congress has passed laws that make it a criminal offense to advertise about, to receive, to distribute, and to possess child pornography. Does anyone believe that child pornography should be protected by the Constitution as free speech?

8. Does anyone on the panel belong to a group or organization dedicated to reforming pornography laws, specifically child pornography laws (e.g., North American Man Boy Lovers

Association, a/k/a NAMBLA, or North American Man Girl Lovers Association, a/k/a NAMGLA)? Would that affect your ability to be impartial in this case?

9. Have you, a family member, or a close friend ever been the victim(s) of any child pornography offense?

10. Have you, a family member, or a close friend ever been the victim(s) of a sex offense?

11. Have you, a family member, or a close friend ever been accused of any child pornography offense? If yes, please answer at sidebar.

12. Have you or a family member or close friend ever had allegations of a sexual offense, to include child pornography, made against them? What were the circumstances? Was the matter reported to authorities? Did the matter go to court and, if so, what was the result? Would that experience influence you in the present case such that you could not sit as a fair and impartial juror? We need to ask about victims of sex offenses

13. During the trial, evidence will be introduced consisting of sexually explicit images and videos of teenaged children. Would any of you not be able to view and evaluate this evidence fairly and objectively?

14. Do any of you work in the field of computers, information technology, software programming, or any other computer programming field?

15. Do any of you have special training or expertise in computers? Does anyone feel they would rely on their own expertise with respect to computers and the Internet and not be able to evaluate the case based on the evidence presented at trial?

16. Does anyone not use the Internet or computer on a regular basis? Does anyone feel they are so unfamiliar with computers that they would not be able to fairly evaluate the evidence?

17. Have any of you ever had an unfavorable experience with a police officer, federal law enforcement agent, or a prosecutor? If so, would that experience cause you to have any animosity towards any of the officers who may testify in this case? Would anything about that experience prevent you from serving as a fair juror in this case? Could you weigh the testimony of a law enforcement officer in the same manner as any other witness?

18. Have any of you ever been employed by a law enforcement agency? Do any of you have a family member, relative, or friend who has been employed as a law enforcement officer?

19. Anyone here have training in law enforcement, such as criminal justice or investigative techniques, that would give you background to the case that the ordinary person might not have?

20. Have you, or any family member, close relation or friend ever been the victim of a crime or been a witness in a criminal case? If so, would this affect your ability to be fair and impartial?

21. Have any of you or any close relatives or friends of yours been charged with a criminal offense, either a misdemeanor or a felony (other than a minor traffic offense), or had other experience with the criminal justice system? If so, is there anything about the experience that would prevent you from serving as a fair juror in this case?

22. Have any of you ever accepted calls from a jail or prison? Ever put money on an inmate's books or commissary? Ever sent money to someone in jail? Ever gone to a jail or prison to visit someone? What is your relationship to that person?

23. Do any of you hold any opinions about courts, defense attorneys, prosecutors, or law enforcement officers that would prevent you from fairly considering and deciding this case solely on the evidence? Has anyone ever served as a juror in a criminal or civil case or as a member

of a grand jury in either federal or state court?  What were the facts of the case?  Did you enjoy your experience?  Did you get along with fellow jurors?  What was the result of the case?  Were you the foreperson?  If so, did anything happen during your service which would influence you in any way in this case?

24. This case was primarily investigated by the Federal Bureau of Investigation. Do any of you have negative opinions about the Federal Bureau of Investigation, its Special Agents, or employees?  If so, would that experience cause you to have any animosity towards any of the agents or employees who may testify in this case? Would anything about that experience prevent you from serving as a fair juror in this case? Could you weigh the testimony of an FBI Special Agent or FBI employee in the same manner as any other witness?

25. Have you, any member of your family or any of your close friends ever been employed by, had dealings with, or been involved in any dispute with a law enforcement agency?  If so, what was the nature of the dispute and would this fact affect your ability to act impartially in hearing this case?

26. Some of the evidence presented during the trial may come from searches for evidence performed by law enforcement officers, some pursuant to search warrants.  Do you have any experiences or opinions concerning searches by law enforcement personnel that would affect your ability to render a fair and impartial verdict in this case?

27. Do you, any member of your family, or any of your close friends hold any personal belief, conviction or prejudice against the criminal laws of the United States such that you could not sit as a fair and impartial juror in this case?  Do you have any reservations concerning the administration of criminal justice in the courts that would prevent you from rendering a fair and impartial verdict in this case?

28. Does anyone on the panel believe the judicial system in general is unfair? Would these feelings prevent you from being fair and impartial in this case?

29. Have you or any member of your family had any problems, disputes with, or claims against any department of the United States Government?

30. Do you have any personal feelings for or against the federal government or any part of it for any reason?

31. Do you harbor any ill feelings for any reason toward local, state, or federal law enforcement rights?

32. Do all of you understand that the issue of punishment is to be decided solely by the Judge and should not be considered by you in any way in arriving at your verdict? Do any of you feel that you would be unable to remove the consideration of punishment from your deliberations?

33. Your role as jurors is to determine the facts of this case and apply it to the law. At the end of trial, the Judge will advise you on the law. Will all of you follow the Judge's instructions on the law? Even if you don't necessarily agree with it?

34. The government must prove beyond a reasonable doubt that defendant committed the offense with which he is charged. If the government proves the crimes beyond a reasonable doubt, are there any of you who would have any problem or hesitation in finding the defendant guilty?

35. Is there anything not covered by the parties or the Court that you believe could affect your ability to be a fair and impartial juror in this case?

36. Do you feel that, upon listening the evidence, you could render a verdict that is completely fair to both the defendant and the Government?

37. Will all of you use your common sense in evaluating the evidence in this case?

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

January 14, 2020                              */s/ Tiffany J. Preston*

DATE                                          Tiffany J. Preston
                                              Kristina Korobov
                                              Assistant United States Attorneys