UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CAUSE NO.1:17-CR-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, ) | |
| Greg Martain, Purge of Maine, ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, ) | |
| Closed Door, Closed Color, Clutter Removed, ) | |
| Color Rain, Plot Draw, and Invil Cable) ) | |
| ) | |
| *Defendant.* ) | |

GOVERNMENT'S MOTION TO MAINTAIN UNDER SEAL

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina M. Korobov, Assistant United States Attorneys, hereby files this Motion to Maintain Under Seal and offers the following in support of its motion:

1. The Government filed its Victim Identification Submission on January 15, 2020 (Dkt. 89)

2. The above mentioned document include sensitive and identifying victim information, and should remain sealed.

1

The United States of America, by counsel respectfully requests the Court issue an Order permitting Dkt. Number 89 to remain under seal.

        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney

By:   *s/ Tiffany J. Preston*
       Tiffany J. Preston

       *s/ Kristina M. Korobov*
       Kristina M. Korobov
       Assistant United States Attorneys
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333

CERTIFICATE OF SERVICE

This is to certify that I filed a copy of the foregoing Motion to Maintain Under Seal electronically on January 15, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Tiffany J. Preston*
Tiffany J. Preston

*s/ Kristina M. Korobov*
Kristina M. Korobov
Assistant United States Attorneys
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333