UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) | |
| Greg Martain, Purge of Maine, | ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) | |
| Closed Door, Closed Color, Clutter Removed, | ) | |
| Color Rain, Plot Draw, and Invil Cable) | ) | |
| | ) | |
| *Defendant.* | ) | |

## STIPULATION OF THE PARTIES

The United States of America, by counsel, and the Defendant, by and through counsel, submit to the Court the following stipulations of fact, agreed upon by the parties, to be read to the jury and treated by the jury as proved:

The Government has introduced data obtained from records provided by Hushmail Communications Canada, Inc., Facebook, Inc., Instagram, Inc., Tumblr, Inc., Brighthouse, Inc., Twitter, Inc., Yandex, Dropbox, Inc., Motherless, and 4Chan in Government Exhibits 1-199. The parties stipulate that those companies:

1)      Maintain E-mail or social media accounts, as well as records of account activity.

2)      Received lawful process from a law enforcement officer requesting the accounts and records;

3)      Produced the requested accounts and records to the requesting law enforcement officer;

4)      That the accounts and records in Government Exhibits 1-199 are originals or copies produced in response to the law enforcement officer's request.

5)      That the accounts and records in Government Exhibits 1-199 are authentic records that were generated by an Electronic Process or System that produced an accurate result.

The parties stipulate that the accounts and records in Government's Exhibits 1-199 are authentic and meet the authentication requirements under FRE 902(13), but the parties reserve the right to challenge Government Exhibits 1-199 on hearsay or any other grounds permitted.

By affixing their signatures hereto, the United States and the Defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.


Tiffany J. Preston
Kristina M. Korobov
Assistant United States Attorneys


Mario Garcia
Defendant
Counsel for Defendant