UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ | ) | |
| a/k/a BRIAN KIL | ) | |
| a/k/a BRIANNA KILLIAN | ) | |
| a/k/a BRIAN MIL | ) | |
| a/k/a GREG MARTAIN | ) | |
| a/k/a PURGE OF MAINE | ) | |
| a/k/a UYGT9@HUSHMAIL.COM | ) | |
| a/k/a JARE9302@HUSHMAIL.COM | ) | |
| a/k/a DTVX1@HUSHMAIL.COM | ) | |
| a/k/a LEAKED_HACKS1 | ) | |
| a/k/a CLOSED DOOR | ) | |
| a/k/a CLOSED COLOR | ) | |
| a/k/a CLUTTER REMOVED | ) | |
| a/k/a COLOR RAIN | ) | |
| a/k/a PLOT DRAW | ) | |
| a/k/a INVIL CABLE, | ) | -01 |
| | ) | |
| Defendant. | ) | |

## ENTRY FOR JANUARY 21, 2020
## THE HONORABLE TANYA WALTON PRATT

The Government appeared by Kristina Korobov and Tiffany Preston, Assistant United States Attorneys. The Defendant appeared in person, in custody, and by CJA counsel Mario Garcia. Andrew Willman and Ryan Barrett attended as agents for the Government. David Moxley was the Court Reporter. Parties appeared for final pretrial conference at the Indianapolis Courthouse.

Discussion held regarding pending motions, anticipated witnesses and exhibits. The Court will issue a separate Entry consistent with Federal Rule of Criminal Procedure 17.1.

This matter remains set for trial by jury on <u>February 10, 2020 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

IT IS SO ORDERED.

Date:   1/21/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov