UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 1:17-cr-0183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SEAL DOCKET NUMBER 82
DEFENDANT'S SECOND MOTION IN LIMINE

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his Unopposed Motion to Seal Docket Number 82, Defendant's Second Motion in Limine,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken.  Accordingly, it is

ORDERED that the Defendant's Second Motion in Limine filed on January 13, 2020, be and hereby is sealed.

Date: 1/22/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All CM/ECF parties.