UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>BUSTER HERNANDEZ, )<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil, )<br>Greg Martain, Purge of Maine, )<br>uygt9@hushmail.com, jare9302@hushmail.com, )<br>Dtvx1@hushmail.com, Leaked_hacks1, )<br>Closed Door, Closed Color, Clutter Removed, )<br>Color Rain, Plot Draw, and Invil Cable) )<br>)<br>*Defendant*. ) | Cause No.: 1:17-CR-0183-TWP-TAB |

## **STIPULATION OF THE PARTIES**

The United States of America, by counsel, and the Defendant, by and through counsel, submit to the Court the following stipulations of fact, agreed upon by the parties, to be read to the jury and treated by the jury as proved:

The parties stipulate that the following towns are located within the Southern District of Indiana:

1) Plainfield, Indiana

2) Indianapolis, Indiana

3) Monrovia, Indiana

4) New Albany, Indiana

5) Fortville, Indiana

By affixing their signatures hereto, the United States and the Defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.

_____
Tiffany J. Preston
Kristina M. Korobov
Assistant United States Attorneys

_____
Mario Garcia
Defendant
Counsel for Defendant