UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) Cause No.: 1:17-CR-0183-TWP-TAB ) |
| BUSTER HERNANDEZ, (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable) | ) ) ) ) ) ) ) ) ) |
| *Defendant*. | ) |

## STIPULATION OF THE PARTIES

The United States of America, by counsel, and the Defendant, by and through counsel, submit to the Court the following stipulations of fact, agreed upon by the parties, to be read to the jury and treated by the jury as proved beyond a reasonable doubt:

1. The parties agree that if called to testify, Wanda Belt, her husband, Jurgen Belt, and their son Richard Belt, would say:

    A. The Belt family lived in the residence directly to the East of Buster Hernandez during the summer of 2017, at 9651 Eucalyptus Drive, Bakersfield, California. They moved into the home in approximately 1999.

    B. During the summer of 2017 and continuing to the present, Jurgen Belt went to work from approximately 8:15 a.m. to 6:00 p.m., five days a week. During the time, Mr. Belt was at work the Government was surveilling Hernandez's residence using a pole camera, electronic surveillance, and was conducting undercover communication with

Jare9302 (Twitter) while posing as Victim 2.

    C.    During the beginning of summer 2017, and continuing until the end of June 2017, Wanda Belt worked full time until she went on medical disability. At the end of June 2017, and continuing after August 3, 2017, Wanda's son Richard drove Wanda from Bakersfield to Los Angeles (approximately 3 hours each way) for regular doctor appointments, including a two-week period during which Wanda Belt received IV treatments that lasted all day. Accordingly, Ms. Belt's medical treatment, and her transportation with Richard to and from said treatment, occurred while the Government was surveilling Hernandez's residence using a pole camera, electronic surveillance, and conducting undercover communication with Jare9302 (Twitter) while posing as Victim 2.

    2.    The parties agree that if called to testify, Michael Forsythe, his wife, Diane Forsythe, and their son Dan Forsythe, would say:

    A.    The Forsyth family lived in the residence directly to the West of Buster Hernandez's residence in Bakersfield, CA, at 9551 Eucalyptus Drive, Bakersfield, California. They moved into the home in 2003.

    B.    Dan Forsythe would testify that during June and July of 2017, he worked for his grandparents remodeling their rental property on the other side of Bakersfield. Dan's grandfather would drive Dan to and from the rental property, as well as to and from businesses (such as Lowes) to purchase materials. Accordingly, Dan Forsythe was not present in the home while the Government was surveilling Hernandez's residence using a pole camera, electronic surveillance, and conducting undercover communication with Jare9302 (Twitter) while posing as Victim 2.

    C.    Michael Forsythe would testify that between June and August of 2017, he worked for Patrick Dadigan, in Fresno, California and Jason Forsythe, in Edgewater, Colorado. Michael Forsythe would also testify that he went on vacation to Reno, Nevada

during the second week of July 2017. Accordingly, Dan Forsythe was not present in the home while the Government was surveilling Hernandez's residence using a pole camera, electronic surveillance, and conducting undercover communication with Jare9302 (Twitter) posing as Victim 2.

D. Diane Forsythe would testify that she is married to Michael Forsyth. She would testify that during June and July of 2017, she worked for a medical billing company called Clinix, and her daily work hours were 8:00 a.m. until 6:00pm. Accordingly, Diane Forsythe was working while the Government was surveilling Hernandez's residence with a pole camera, electronic surveillance, and conducting undercover communication with Jare9302 (Twitter) while posing as Victim 2.

By affixing their signatures hereto, the United States and the Defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.

_____
Tiffany J. Preston
Kristina M. Korobov
Assistant United States Attorneys

_____
Mario Garcia
Counsel for Defendant