## UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                Plaintiff, )<br>                             )<br>   vs.                           ) CASE NO. 1:17−cr−00183−TWP−TAB<br>                             )<br>BUSTER HERNANDEZ )<br>                Defendant(s) ) | |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Redact this transcript, after which the parties have twenty−one (21) calendar days from the filing of the transcript to file the Redaction Statement. A Redaction Statement must include the page and line of the transcript where the redaction is being requested. If neither a Notice of Intent to Redact nor a Redaction Statement is filed, the unredacted transcript will be made electronically available to the public after ninety (90) calendar days.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the Clerk's Office public terminal.

DATE: <u>January 28, 2020</u>　　　　　　　<u>　s/   David Moxley　　　</u>
　　　　　　　　　　　　　　　　　　　　　Court Reporter

### Certificate of Service

I hereby certify that on the date noted above a copy of the foregoing Notice of Filing Official Transcript was served on the parties in this matter by operation of the Court's CM/ECF electronic filing system as to all registered attorneys, and/or I mailed the document to non−registered participants by first−class U.S. Mail, postage prepaid.

　　　　　　　　　　　　　　　　　　　　　<u>s/   David Moxley　　　</u>
　　　　　　　　　　　　　　　　　　　　　Court Reporter