UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CAUSE NO.1:17-CR-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

The Court, having reviewed the Government's Motion to Maintain Under Seal, and for the reasons set forth in the Government's motion, hereby GRANTS the motion.

It is therefore ORDERED that Dkt. Number 112 shall remain UNDER SEAL.

It is SO ORDERED this _____ day of _____, 2020.

_____
TANYA WALTON PRATT
U.S. District Court Judge
Southern District of Indiana

Copies to:   All counsel of record

1