UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> BUSTER HERNANDEZ </br>   a/k/a BRIAN KIL </br>   a/k/a BRIANNA KILLIAN </br>   a/k/a BRIAN MIL </br>   a/k/a GREG MARTAIN </br>   a/k/a PURGE OF MAINE </br>   a/k/a UYGT9@HUSHMAIL.COM </br>   a/k/a JARE9302@HUSHMAIL.COM </br>   a/k/a DTVX1@HUSHMAIL.COM </br>   a/k/a LEAKED_HACKS1 </br>   a/k/a CLOSED DOOR </br>   a/k/a CLOSED COLOR </br>   a/k/a CLUTTER REMOVED </br>   a/k/a COLOR RAIN </br>   a/k/a PLOT DRAW </br>   a/k/a INVIL CABLE, </br></br> Defendant. | No. 1:17-cr-00183-TWP-TAB -01 |

## ORDER FOR EXPEDITED BRIEFING

On January 28, 2020, Plaintiff United States of America ("the Government") filed its Second Notice of Intent to Use Uncharged Conduct Evidence as Direct Evidence and Evidence Admissible Under F.R.E. 414 and 404 (Filing No. 111). Due to the fast-approaching jury trial in this matter, Defendant Buster Hernandez is ordered to file a Response Brief, if any, by **Friday, January 31, 2020 at noon**. No reply brief is needed.

**SO ORDERED.**

Date:  1/29/2020

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE
tiffany.preston@usdoj.gov