UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.  1:17-cr-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S NOTICE OF SUBMISSION OF THE
## TRIAL VERSION OF THE SUPERSEDING INDICTMENT

The United States hereby submits the following Trial Version of the Superseding Indictment.  This version complies with the Court's orders allowing the correction to Count 4 for the scrivener's error (Dkt. 87) and the Court's order regarding Defendant's Motion to Strike for Surplusage (Dkt. 98).  The defense has reviewed this version, and has no objection.


Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   *s/ Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, a copy of the foregoing Government's Notice of Submission of the Trial Version of the Superseding Indictment was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:   January 29, 2020   Respectfully submitted,

                                                 JOSH J. MINKLER
                                                 United States Attorney

By:   *s/ Tiffany J. Preston*
      Tiffany J. Preston
      Assistant United States Attorney
      10 West Market Street, Suite 2100
      Indianapolis, IN  46204-3048
      Telephone:  317-226-6333
      Fax:  317-229-6125
      Email:  tiffany.preston@usdoj.gov