UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Cause No.  1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ,   ) | |
| ) | |
| Defendant.   ) | |

### **GOVERNMENT'S UNOPPOSED NOTICE REGARDING VICTIM TESTIMONY**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Korobov, Assistant United States Attorneys, hereby files its Unopposed Notice Regarding Victim Testimony.

1. During the Final Pretrial Conference on January 21, 2020, the Government discussed its proposal for Victim testimony to the Court and Counsel. Following the hearing, the United States submitted its proposal in writing to the defendant, and the defendant has no objection to proceedings as follows:

    a. The United States will call the Victim to testify in her direct examination.

    b. The Victim will leave the courtroom, and the United States will publish, through readers, portions of messages between the Victim

    and accounts that the Government asserts belonged to the defendant.

   c. The Victim will then come back into the Courtroom, and will be made available for cross-examination by the defense. If admissible, the defense may use messages authored by the Victim during cross-examination.

   d. The Government will then re-direct the Victim, and if excused, the Victim will leave the Courtroom.

   e. The Government will call an Agent from the Federal Bureau of Investigation to admit and publish the Victim's child pornography.

2. The defendant has no objection to the Government's proposal. The Government has proposed this process for the reasons stated during the Final Pretrial Conference.

                                        Respectfully submitted,

                                        JOSH J. MINKLER
                                        United States Attorney

                                By: *s/ Tiffany J. Preston*
                                        Tiffany J. Preston
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, a copy of the foregoing Government's Notice of Intent to Use Evidence under F.R.E. 414 and 404 was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:   January 29, 2020                Respectfully submitted,

                                        JOSH J. MINKLER
                                        United States Attorney


                                By:     *s/ Tiffany J. Preston*
                                        Tiffany J. Preston
                                        Assistant United States Attorney
                                        10 West Market Street, Suite 2100
                                        Indianapolis, IN  46204-3048
                                        Telephone:  317-226-6333
                                        Fax:  317-229-6125
                                        Email:  tiffany.preston@usdoj.gov