UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S AMENDMENT TO F.R.E. 414 / 404(b) FILING (Dkt 117)**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Korobov, Assistant United States Attorneys, hereby notify the Court of the *withdrawal* of its Intent to Offer Evidence Under Federal Rules of Evidence 414 (Dkt.117).  The Government still intends to offer evidence pursuant to Federal Rule of Evidence 404(b) under the theories, facts, and law in its Notices filed at Docket 117 and 70.

F.R.E. 414 requires that the Defendant be charged with an act of child molesting.  While this Defendant is charged with multiple acts that fall under the definition of child molesting, the charged victims were all at least 14 years of age at the time of the offenses.  For this reasons, the Government is *withdrawing* its request to admit evidence pursuant to Rule 414.  The Government is seeking to admit all

"other acts" evidence under Federal Rule of Evidence 404(b) under the theories listed in its Motions at Dockets 117 (Replacing the filing at Dkt. 111) and 70 (Original Notice of Intent to Offer Evidence Under F.R.E.414 / 404(b)).

WHEREFORE the Government requests that this Court issue rulings as to the admissibility of other acts evidence from the uncharged victims in the Government's case-in-chief pursuant to Federal Rule of Evidence 404(b).

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  *s/ Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2020, a copy of the foregoing Government's Notice of Intent to Use Evidence under F.R.E. 414 and 404 was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:  January 30, 2020      Respectfully submitted,

                                        JOSH J. MINKLER
                                      United States Attorney

By:  *s/ Tiffany J. Preston*
       Tiffany J. Preston
       Assistant United States Attorney
       10 West Market Street, Suite 2100
       Indianapolis, IN  46204-3048
       Telephone:  317-226-6333
       Fax:  317-229-6125
       Email:  tiffany.preston@usdoj.gov