UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
|   v. | ) Cause No.: 1:17-CR-0183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, | ) |
| Greg Martain, Purge of Maine, | ) |
| uygt9@hushmail.com, jare9302@hushmail.com, | ) |
| Dtvx1@hushmail.com, Leaked_hacks1, | ) |
| Closed Door, Closed Color, Clutter Removed, | ) |
| Color Rain, Plot Draw, and Invil Cable) | ) |
| | ) |
|    *Defendant*. | ) |

**GOVERNMENT'S PROPOSED WRITTEN QUESTION TO JURY PANEL**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Marie Korobov, Assistant United States Attorneys ("the Government"), hereby files its Proposed Written Questions to Jury Panel in preparation for the February 10, 2020 trial.  **These questions have been submitted to counsel for the Defendant, who has also contributed and does not object to these questions**:

1. Have you or anyone close to you been the victim of a crime involving sexual contact or online sexual exploitation, even if there were no charges filed or no police investigation?

2. Have you or anyone close to you been accused of committing a crime involving sexual contact or online sexual exploitation, even if there were no charges filed or no police investigation?

3. Have you ever received unsolicited emails or messages from someone online you did not know harassing you or threatening you in any way? If so, how did this person harass or threaten you and how did you respond to the contact?

4. Have you ever visited an inmate in jail / prison, put money on an inmate account, or written letters to or received letters from an inmate?

5. Is there anything in your background that would make you unable to be a fair and impartial juror in a case in which the Defendant is accused of using the internet to have sexual contact with minors and threatening contact with adults, other than a general dislike of the nature of the case?

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

January 30, 2020

DATE

*/s/ Tiffany J. Preston*

Tiffany J. Preston
Kristina Korobov
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, a copy of the foregoing Government's Proposed Written Questions was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:  January 30, 2020         Respectfully submitted,

                                             JOSH J. MINKLER
                                             United States Attorney

                            By:  *s/ Tiffany J. Preston*
                                     Tiffany J. Preston
                                     Assistant United States Attorney
                                     10 West Market Street, Suite 2100
                                     Indianapolis, IN  46204-3048
                                     Telephone: 317-226-6333
                                     Fax:  317-229-6125
                                     Email:  tiffany.preston@usdoj.gov