UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BUSTER HERNANDEZ,<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil,<br>Greg Martain, Purge of Maine,<br>uygt9@hushmail.com, jare9302@hushmail.com,<br>Dtvx1@hushmail.com, Leaked_hacks1,<br>Closed Door, Closed Color, Clutter Removed,<br>Color Rain, Plot Draw, and Invil Cable)<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Cause No.: 1:17-CR-0183-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF THE PARTIES

The United States of America, by counsel, and the Defendant, by and through counsel, submit to the Court the following stipulations of fact, agreed upon by the parties, to be read to the jury and treated by the jury as proved beyond a reasonable doubt:

1. The parties agree that if called to testify, Deputy Benjamin Boyles, Kern County, California Sheriff's Office, would say:

2. Deputy Boyles was the school resource officer at Orangewood Elementary School, located at 9600 Eucalyptus Drive, Bakersfield, California. On August 3, 2017 school was not in session at the elementary school. It was possible that some teachers or staff were onsite to prepare for the coming school year. No staff stayed at the school after 9 p.m. Janitorial staff were usually the last to leave each night. There were no reports of any person parked in the school parking lots late at night or outside of normal school hours.

3. The school parking lot is at least 50 yards away from the defendant's home in

Bakersfield, CA.

By affixing their signatures hereto, the United States and the Defendant agree to this stipulation and that said stipulation may be entered into evidence during the course of the trial in the above cause.

_____
Tiffany J. Preston
Kristina M. Korobov
Assistant United States Attorneys

_____
Mario Garcia
Counsel for Defendant