UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     *Plaintiff*, | ) ) ) |
| v. | ) ) Cause No.: 1:17-CR-0183-TWP-TAB |
| BUSTER HERNANDEZ, | ) ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable) | ) ) ) ) ) ) ) |
|     *Defendant*. | ) |

## STIPULATION OF THE PARTIES

The United States of America, by counsel, and the Defendant, by and through counsel, submit to the Court the following stipulation of facts, agreed upon by the parties, to be read to the jury and treated by the jury as proved beyond a reasonable doubt:

The following Government Exhibits were seized from Buster Hernandez's residence at 9617 Eucalyptus Drive, in Bakersfield, California, on August 3, 2017, and from the residence at 4208 Pioneer Drive, in Bakersfield, California, on April 18, 2019.

| Exhibit | Device Description |
|---|---|
| 1000 | Western Digital Hard Drive, 80GB, Model: WB800BB-55JKA0, S/N: WCAMO2406221 (FBI 1B24) |
| 1001 | Seagate Hard Drive, 40GB, Model: ST340014A, S/N: 5JX62W8E (FBI 1B23) |
| 1002 | iPhone5 cellphone, IMEI: 013336009411128 (FBI 1B22) |
| 1003 | HTC Phone, IMEI: 357814049305405 (FBI 1B21) |
| 1004 | Sony DVD R+RW (FBI 1B20) |
| 1005 | Hitachi Hard drive, S/N: VNVC0ZG3DBEPYELT (FBI 1B19) |
| 1006 | Ziploc bag containing three SD cards- (1) SD Card, 2GB, silicone power( 2) Samsung Micro SD card, 8 GB; (3) HC Micro SD card, 4GB (FBI 1B18) |
| 1007 | Memorex CD's (FBI 1B17) |

| 1008 | Samsung Hard Drive, S/N: S25WJ9AB50615; 1- MSATA Memory card (FBI 1B16) |
| 1009 | Flash drives. (1) SanDisk Cruiser glide, 64 GB, S/N: BH151025362B Verbatim flash drive (FBI 1B15) |
| 1010 | Flash drives. (1) SanDisk, 4GB; (2) Black in color flash drive (FBI 1B14) |
| 1011 | Memorex, 8 GB flash drive (FBI 1B13) |
| 1012 | Cellphones: (1) Motorola cellphone, model: XP875, S/N: 990000838180380; (2) LG cellphone, IMEI: 013687004137070 (FBI 1B12) |
| 1013 | Stack of DVD+RW discs (FBI 1B11) |
| 1014 | HP computer, model: 635, S/N:5CB1220XLL (FBI 1B10) |
| 1015 | 2 Thumb drives (FBI 1B9) |
| 1016 | External hard drive, S/N: Y2IBTFEXTTT1 (1B8) |
| 1017 | Acer laptop, model: Aspire 5251-1513 S/N: LXPWJ02001017273671601 (1B7) |
| 1018 | HP Laptop Probook, model: 6475B, S/N: CNU3019SKC (1B6) |
| 1019 | Samsung Galaxy cell phone, model: N/A, S/N: N/A. (FBI 1B5) |
| 1020 | HP laptop, model: G7-1167 DX, S/N: CNF1231VMB. (FBI 1B4) |
| 1021 | White iPhone 6S S/N C76RJAM8GRYF (FBI 1B3) |
| 1022 | White iPhone 7+ S/N F2LT5BL9HFYC (1B2) |
| 1023 | Quantum Fireball Hard Drive (1B30) |

The parties stipulate that the exhibits listed above were properly placed into evidence with the Federal Bureau of Investigation.

The parties stipulate that the exhibits listed above were manufactured outside the State of Indiana, and therefore, were materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means.

The parties stipulate that the items were seized lawfully pursuant to a federal search warrant.

The parties stipulate that, if called to testify, experts in the field of digital evidence preservation, examination, and extraction would say that they examined the exhibits listed above. These exhibits had been properly stored and preserved from the time that they were seized from the Defendant's residence until the time that they were examined by these experts. Evidence was properly extracted from these exhibits using principles that are relied upon by these experts during their everyday course of business. The methods used to examine this evidence meets the standards set forth under Federal Rules of Evidence 702 and 901.

By affixing their signatures hereto, the United States and the Defendant agree to this

stipulation and that said stipulations may be entered into evidence during the course of the trial in the above cause.

_____
Tiffany J. Preston
Kristina M. Korobov
Assistant United States Attorneys

_____
Mario Garcia
Counsel for Defendant