> The Court will allow questions 1, 2 and 3 in a questionnaire that will be submitted and filled out the morning of jury selection. Questions 4 and 5 can be explored during voir dire examination.
> TWP
> 2-3-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Cause No.: 1:17-CR-0183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, ) | |
| Greg Martain, Purge of Maine, ) | |
| uygt9@hushmail.com, jare9302@hushmail.com, ) | |
| Dtvx1@hushmail.com, Leaked_hacks1, ) | |
| Closed Door, Closed Color, Clutter Removed, ) | |
| Color Rain, Plot Draw, and Invil Cable) ) | |
| ) | |
| *Defendant*. ) | |

## GOVERNMENT'S PROPOSED WRITTEN QUESTION TO JURY PANEL

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Marie Korobov, Assistant United States Attorneys ("the Government"), hereby files its Proposed Written Questions to Jury Panel in preparation for the February 10, 2020 trial. **These questions have been submitted to counsel for the Defendant, who has also contributed and does not object to these questions**:

1. Have you or anyone close to you been the victim of a crime involving sexual contact or online sexual exploitation, even if there were no charges filed or no police investigation?

2. Have you or anyone close to you been accused of committing a crime involving sexual contact or online sexual exploitation, even if there were no charges filed or no police investigation?