## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ | ) | |
|    a/k/a BRIAN KIL | ) | |
|    a/k/a BRIANNA KILLIAN | ) | |
|    a/k/a BRIAN MIL | ) | |
|    a/k/a GREG MARTAIN | ) | |
|    a/k/a PURGE OF MAINE | ) | |
|    a/k/a UYGT9@HUSHMAIL.COM | ) | |
|    a/k/a JARE9302@HUSHMAIL.COM | ) | |
|    a/k/a DTVX1@HUSHMAIL.COM | ) | |
|    a/k/a LEAKED_HACKS1 | ) | |
|    a/k/a CLOSED DOOR | ) | |
|    a/k/a CLOSED COLOR | ) | |
|    a/k/a CLUTTER REMOVED | ) | |
|    a/k/a COLOR RAIN | ) | |
|    a/k/a PLOT DRAW | ) | |
|    a/k/a INVIL CABLE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER

Counsel are notified that the venire will be given name tags with their juror number prior to arriving in the courtroom. During voir dire, counsel shall refer to each individual juror by their number only. Although counsel will have access to names, juror names are not to be used on the record.

IT IS SO ORDERED.

Date:   2/5/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov