UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg | ) | |
| Martain, Purge of Maine, uygt9@hushmail.com, | ) | |
| jare9302@hushmail.com, Dtvx1@hushmail.com, | ) | |
| Leaked_hacks1, Closed Door, Closed Color, Clutter | ) | |
| Removed, Color Rain, Plot Draw, and Invil Cable), | ) | |
| | ) | |
| Defendant. | ) | |

## **Stipulated Factual Basis for Plea of Guilty**

1.    The parties stipulate and agree that the following facts establish a factual basis for the defendant's plea of guilty to the offenses set forth in the Superseding Indictment and that the Defendant acknowledges that the Government would be able to establish the following facts beyond a reasonable doubt in the event this cause was to proceed to trial.

The Defendant, BUSTER HERNANDEZ (hereinafter "HERNANDEZ" or "the Defendant"), was a resident of Bakersfield, California, who was born in 1990.

Victim 1 was a girl living in Plainfield, Indiana, who was born in May 1998.

Victim 2 was a girl living in Brownstown Charter Township, Michigan, who was born in September 1997.

Victim 3 was an 18-year-old girl living in Indianapolis, Indiana, who was born in April 1996.

Victim 4 was a girl living in Monrovia, Indiana, who was born in March 1999. Victim 5 was a girl living in the Southern District of Indiana, who was born in April 1999.

Victim 6 was a girl living in Fortville, Indiana, who was born in March 1999.

Victim 11 was a girl living in Florida, who was born in 1998.

Victim 12 was a girl living in Virginia, who was born in 2001.

## The Defendant's Sexual Exploitation of Victims through Extortion

From at least 2012, and through and including August 3, 2017, Buster HERNANDEZ used the following means and methods to coerce his victims to produce sexually explicit images and videos of themselves, through extortion:

a.      Using various social media accounts, HERNANDEZ contacted individuals (typically minors) by sending a private message, and saying, for example, "Hi [Victim Name,] I have to ask you something. Kinda important." HERNANDEZ then told the prospective victim, "How many guys have you sent dirty pics to cause I have some of you?" The prospective victim either ignored HERNANDEZ or engaged in further conversation.

b.      If the potential victim responded, HERNANDEZ demanded that they send him sexually explicit images or videos of themselves, or else  HERNANDEZ would send the sexually explicit images or videos that he claimed were in his possession to the potential victim's friends and family (also known as "sextortion").

c.      HERNANDEZ also threatened to murder, rape, kidnap, and injure the victim and the victim's friends and family if the victim refused to comply, or if the

victim was unable to send the images and videos as quickly as HERNANDEZ
demanded.

     d.     HERNANDEZ sent victims specific instructions on precisely what kind
of images and videos he wanted them to produce against their will. HERNANDEZ
typically sent his instructions via the Internet using several screen shots, including
the following instruction:

```
k 2 vids.

1. strip vid first. wear a suggestive outfit.

2. a long vid of you fucking every hole. use a nice fat brush. I
wanna see everything there is to see in this 1 vid. make it
extra graphic and extra long. leave nothing for me to want to
see ever again.

you have to talk dirty in it as well. dont care how much trouble
you could get in if you get heard.

and do a bunch of positions in it. lay on side and spread that
ass and pussy. also lean back on your elbow and lift your legs
up and back so you can get deep with the brush. spread pussy in
that position so i can get a good view. tons of spreading. tons
of fucking and pulling out brush out. fuck yourself really close
to the camera.move back and fuck yourself from afar so face is
in it. fuck yourself slow. fast. hard. soft. |


basically just do everything. and  back camera or i'll make you
redo.
```

     e.     HERNANDEZ typically began extorting victims when they were
between the ages of twelve to fifteen years old.

     g.     Once HERNANDEZ received the sexually explicit images and videos
from his victims, he continued to extort them, until they refused to comply.  If victims
refused to comply, HERNANDEZ frequently posted the sexually explicit images or

videos of the victims online, or sent them to the victims' friends and family via the Internet. HERNANDEZ also threatened to murder, rape, kidnap, and injure the victim and the victim's friends and family if the victim continued to refuse to comply with HERNANDEZ's demands.

      h.     If a victim failed to comply with his precise demands within the time period set forth, HERNANDEZ frequently told his victims, "what a shame," or "it's a shame," and falsely claimed he was getting ready to stop extorting them after that one last demand.

      i.     HERNANDEZ sexually exploited some of his victims for years, and continued to extort them even after they turned eighteen years old.

      j.     HERNANDEZ also encouraged some of his victims to kill themselves. In some instances, HERNANDEZ promised that he would disseminate their sexually explicit images at their funeral and "trash" their Facebook memorial page if they committed suicide.

### HERNANDEZ's Methods of Tradecraft to Evade Detection

      HERNANDEZ used the following sophisticated methods of tradecraft to mask and obfuscate his true identity and the true location of his Internet Protocol ("IP") address in an intentional effort to evade detection by law enforcement and obstruct justice:

a.     HERNANDEZ used aliases such as the following to hide his true ident

  identity:

Brian Kil Brianna
Killian Brian Mil
Greg Martain Purge of

Maine
uygt9@hushmail.com
jare9302@hushmail.com
Dtvx1@hushmail.com
Leaked_hacks1
Closed Door Closed Color
Clutter Removed Color
Rain
Plot Draw; and Invil
Cable

b.      HERNANDEZ opened hundreds of e-mail and social media accounts
using numerous aliases then quickly ceased using the accounts in an intentional
effort to impede or delay law enforcement investigative action on those accounts.

c.      HERNANDEZ used multiple e-mail service providers located outside
the United States that are commonly discussed in online communities as not having
records readily available to United States law enforcement during the course of
criminal investigations, and as a method of tradecraft for obfuscation.

d.      HERNANDEZ intentionally removed the password protection on his
router to create an open Wi-Fi connection, which is commonly discussed in online
communities as a method of tradecraft designed to create dissociation and obfuscation
of identity during the course of a criminal investigation.

e.      HERNANDEZ removed the hard drive from his computer to impede the
success of commonly used law enforcement forensic investigative techniques when
used on that computer.

f.      HERNANDEZ used an operating system that runs in temporary volatile
memory such that it can run from external storage media such as a USB drive. As
such, the data in memory is lost as soon as the operating system is shut down or the

computer is powered off. It is not necessary for a hard disc drive to be installed in a computer when running this operating system. Using this operating system allowed HERNANDEZ to remove the hard disc drive from his computer, which is commonly discussed in online communities as a method of tradecraft to protect against the accidental retention of metadata and forensic artifacts that could reveal to law enforcement evidence of criminal activities. HERNANDEZ did this from a thumb drive recovered by criminal investigators from his residence.

g.      On multiple separate instances over a period of over eight months, HERNANDEZ engaged in the overt act of updating the operating system described above. HERNANDEZ did this from a computer recovered by criminal investigators from his residence.

h.      HERNANDEZ used the Tor Network to mask his true IP address(es) and his location. The Tor Network is an anonymity network that intentionally masks the user's true IP address and other forensic artifacts that are normally accessible to Websites, Electronic Service Providers, and someone monitoring network traffic, by directing Internet traffic through a circuit of several of more than six thousand relay servers. The operating system HERNANDEZ used has several anonymity programs pre-installed, including the Tor Network.

i.      During his arrest on August 3, 2017, and just as law enforcement officers entered his room, HERNANDEZ intentionally removed a USB drive containing the operating system described above from his computer, thereby intentionally destroying metadata or forensic artifacts associated with use of this operating system that constitute evidence of criminality.

j.      HERNANDEZ encrypted multiple hard disc drives and created encrypted containers on external storage media in an intentional effort to prevent law enforcement from accessing evidence such as the child pornography and pornography he received through extortion.

**k.**      HERNANDEZ acknowledges that the online accounts set forth in the attached addendum, were used by Hernandez in the commission of these offenses.

### HERNANDEZ Obtains Child Pornography from Victim 1 through Coercion

In 2014, Victim 1 was a minor who resided in Plainfield, Indiana, which is in the Southern District of Indiana. Beginning in September 2014, and continuing until August 3, 2017, HERNANDEZ, using the means and methods described above, coerced Victim 1 to produce and distribute images and videos of child pornography of Victim 1 knowing that Victim 1 was a minor.

HERNANDEZ first contacted Victim 1 via the Internet after searching for publically available information regarding Victim 1, and falsely claimed to already possess sexually explicit images of Victim 1. HERNANDEZ then threatened to post the sexually explicit images of Victim 1 on the Internet if Victim 1 refused to produce additional child pornography of Victim 1 and distribute it to HERNANDEZ. For at least 16 months, HERNANDEZ sexually extorted Victim 1, and obtained child pornography of Victim 1 as a result. Throughout that time period, HERNANDEZ threatened to post Victim 1's child pornography on social media. HERNANDEZ also threatened to murder, rape, or injure Victim 1 and her family if Victim 1 either refused or expressed reluctance or hesitation to comply with his demands.

HERNANDEZ further, through the same means and methods described above, produced child pornography of Victims 2 through 6 and 11 and 12.

As set forth in Counts 1 through 8, between on or about 2014, and on or about November 15, 2014, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, did employ, use, persuade, induce, entice, and coerce Victims 1, 4, and 5, who were minors, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did aid and abet such conduct, and such visual depiction was produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, as more particularly described below:

| Count | Date | Description |
|---|---|---|
| 1 | 9.5.2014 | An image labeled 10615859_774768432590051_1323014964_n.jpg, depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror. **Victim 1** is seen standing in front of the mirror, completely nude, and **Victim 1**'s face, breasts, and vagina are clearly visible. |
| 2 | 10.9.2014 | An image labeled 10617472_792430664157161_533669609_n.jpg, depicting **Victim 1** doing the splits on the floor of a bedroom facing away from the camera. **Victim 1** is only wearing a bra in the image, and **Victim 1**'s vagina and anus are clearly visible in the image. |
| 3 | 10.31.2014 | An image labeled 10751839_805529276180633_426746741_n.jpg, depicting **Victim 1** lying on her back on the floor wearing only a bra. **Victim 1**'s arms and legs are spread apart, and **Victim 1**'s vagina and anus are clearly visible. |
| 4 | 10.1.2014 | An image labeled 10178228_788011164599111_598068341_n.jpg depicting **Victim 1** standing in her bedroom wearing only her pants and underwear, which are pulled down around her knees. **Victim 1** is otherwise completely nude. **Victim 1**'s hands are at her waist. Her face, breasts, and vagina are clearly visible. A dresser and television are visible in the background of the image. |
| 5 | 9.12.2014 | An image labeled 10706587_777976262269268_1667471442_n.jpg depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror, completely nude. **Victim 1**'s face, breasts, and vagina are clearly visible in the image. |

| 6 | 10.8.2014 | A video file labeled MOV_8330.3gp depicting **Victim 4** standing in front of a bathroom sink wearing a white sleeveless t-shirt and black shorts. **Victim 4** then removes her shirt, sports bra, and shorts, revealing her breasts and vagina. **Victim 4**'s face is also visible. The video file is approximately 33 seconds in length. |
| 7 | 11.7.2014 | An image labeled 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |
| 8 | 11.15.2014 | An image labeled 20141115_220550.jpg which depicts **Victim 5** standing in front of a dresser. **Victim 5** is posed with her hand on her hip and is completely nude. Her breasts and vagina are clearly visible. |

As set forth in Counts 12 through 17, between on or about November 7, 2014, and on or about December 10, 2014, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ did knowingly distribute and receive child pornography of Victims 1, 4, and 6, who were minors, using a means or facility of interstate commerce, and that was transported in or affecting interstate commerce by any means, including computer, as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 12 | 12.10.2014 | Image 10615859_774768432590051_1323014964_n.jpg, depicting **Victim 1** using a cellular telephone to take a picture of herself in a bathroom mirror. **Victim 1** is seen standing in front of the mirror, completely nude, and **Victim 1**'s face, breasts, and vagina are clearly visible. |
| 13 | 12.10.2014 | Image 10751839_805529276180633_426746741_n.jpg, depicting **Victim 1** lying on her back on the floor wearing only a bra. **Victim 1**'s arms and legs are spread apart, and **Victim 1**'s vagina and anus are clearly visible. |
| 14 | 11.7.2014 | Image 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |

| 15 | 11.7.2014 | Image 10799404_1491164947803416_306017121_n.jpg which depicts **Victim 4** sitting on the floor wearing a pink, blue, and yellow tie died shirt with the word Missouri written across the chest. She is not wearing any underwear. **Victim 4** is sitting with her legs spread apart and using her hand to insert a hair brush into her exposed vagina. The image appears to be a screenshot of a separate video file. |
| 16 | 11.7.2014 | Video labeled video-1415402732.mp4 which depicts **Victim 6** using her hand to masturbate by rubbing her fingers on her vagina. |
| 17 | 11.7.2014 | Video labeled MOV_0656.3gp which depicts **Victim 6** using her hand to masturbate by rubbing her fingers on her vagina. |

Additionally, and as set forth in Counts 9 through 11, beginning in at least in or about 2014, and continuing until at least on or about August 3, 2017, the defendant, BUSTER HERNANDEZ, did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce, Victims 1, 4, and 5, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, production of child pornography as defined in IC 35-42-4-4 (a) and (c)(E), and sexual exploitation of a child as defined in 18 U.S.C. § 2251(a), as more particularly described below:

| Count | Date | Description |
|---|---|---|
| 9 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 1**, a minor |
| 10 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 4**, a minor |
| 11 | 2014 to 8.3.2017 | Coerced and Enticed **Victim 5**, a minor |

HERNANDEZ further admits that using the means and methods described above, coerced Victims 2 through 6 and 11 and 12 to produce images and videos of child pornography of Victim 2 through 6 and 11 and 12 knowing that Victims 2

through 6 and 11 and 12 were minors.

## HERNANDEZ Threatens to Kill Victim 1, Victim 1's Mother, and Others, and to Use Explosive Devices in Plainfield and Danville, Indiana

On December 12, 2015, Victim 1's mother (Victim 7) discovered some of HERNANDEZ's messages to Victim 1 on Victim 1's cell phone. Victim 1's mother used Victim 1's cellular phone to tell HERNANDEZ to stop extorting Victim 1, and advised that she intended to call the police.

In response, HERNANDEZ retaliated against Victim 1 and Victim 7, and threatened to kill and injure Victim 1 and Victim 7, and threatened to post Victim 1's sexually explicit images and videos on social media.

On or about December 17, 2015, and in retaliation for Victim 7's messages, HERNANDEZ, using the name "Brian Kil," posted on his Facebook account multiple images of Victim 1 that HERNANDEZ had obtained via extortion, including:

a.      An image depicting Victim 1 wearing black pants and a pink bra. Victim 1 was holding onto her breasts with both hands.

b.      An image depicting Victim 1 nude from the waist up in a bedroom. Victim 1's breasts were blocked out using photo editing software.

c.      An image depicting Victim 1 wearing pink shorts and a multi-colored shirt, standing in what appears to be a bathroom. One hand is on her hip while the other hand lifts up her shirt, exposing her breast.

HERNANDEZ, using the name "Brian Kil," also posted the following messages:

"(your time is running out. You though the police would find me by now but they didn't.they have no clue. The police are useless. Some of you went and reported this and NOTHING happened. The time is nearly here I'm shaking in excitement. I want to leave a trail of death and fire and Plainfield. I will simply WALK RIGHT IN

UNDETECTED TOMORROW. Once in I will wait a few classes before I start my assault. I'm coming for you [Victim 1]. You're fucking dead you slutty bitch. I will slaughter your entire class and save you for last. I will lean over you as you scream and cry and beg for mercy right before I slit your fucking throat ear from ear. The rest of you will be picked off as you try to run away. Im coming. Believe that. I'd love to see the police try and intervene if they have the nuts to enter.  I'll add a dozen dead police to my tally. FUCKING TRY ME PIGS I WILL FINISH YOU OFF AS WELL.)"

Tomorrow will be a fucking bloodbath at plainfield high. I will open fire on all you sickening pieces of shit.

I have in my possession
3 home made pipe bombs, 2
handguns, and
1 semi auto rifle.

I will be targeting this whore [Victim 1] personally.

I know her exact schedule. I will slaughter EVERY SINGLE Peron who happens to have class with her. After I finish killing this whore [Victim 1] I wil turn my sights on her friends. I will methodically pick you off as you all run for your lives in the crowds. Those that I miss will be be blown to hell with the pipe bombs I set around campus. I plan on leaving no survivors.

If you ever talked to [Victim 1], I swear to god I will put a bullet in your fucking skill. I suggest you stay home tomorrow if you value your life. If you think this is a joke then go to class tomorrow. I dare you. If you think the police have enough time to stop me this late at night then you know nothing about IP addresses.

After I kill her friends I will begin to erase all the faggots and nigger at plainfield. You sucking subhumans are ruining everything for everyone. The world will thank me for removing you all. You faggots will have to answer to God for your sins.

If you want the nudes of [Victim 1] now is the time to get them. I will be gone from this earth tomorrow and so will hundreds of plainfield students."

On December 17, 2015, HERNANDEZ, using the name Brian Kil, posted

"danville is still open. Maybe I'll settle on some faggots and niggers at Danville."

On or about December 17, 2015, and as a result of HERNANDEZ's threats, school

administrators evacuated and closed Plainfield and Danville High Schools.

Between December 18, 2015, and December 20, 2015, HERNANDEZ continued to

threaten to kill Victim 1, and Victim 1's family, friends, and classmates via the Internet.

On December 20, 2015, HERNANDEZ, using the name "Brian Kil," posted the following threat on Facebook to fire bomb the Shops at Perry Crossing and Walmart, and to kill Victim 1, patrons, and first responders:

https://m.facebook.com

Brian Kil added 2 new photos – with Cage Mace and 107 others

Tonight you will all witness a large number of causalities at Perry Crossing thanks to [redacted] and nothing will be done to stop me.

If you're relying on the police to keep you safe just rememoer these are the same police who cannot make an arrest after 4 days. useless. the police have made total tools of themselves, its embarrassing to watch. I said I'd attack the mall this WEEKEND. What do the stupid police do in response? They close the mal on a WEEKDAY. Not very smart. So thank you for sweeping the mall Friday. You have shown me exactly how you will respond tonight, relying primarily on k9 help. Unfortunately your dogs are as useless as their owners since they picked up on NOTHING even when I went inside a number of shops friday afternoon covered in diesel fuel residue and Im sure some traces of gunpowder on my clothes as well. Are the FBI and State police in charge complete morons? looks like It's open season on all of you worthless fucks tonight. I will spare no one. You all could have prevented this. I asked for a simple apology from [redacted] and a her disgusting cunt mother. In return I said I'd turn myself in peacefully. WHERE IS MY FUCKING APOLOGY"? You have never lifted a finger to help me. in return I'll be sure to never lift my finger off the trigger to help any of you

Ill be at the mall tonight. carrying two fully loaded 9mm glock 19's tucked underneath my sweater. combat knife, and a bag with half a dozen homemade fire bombs made of gasoline mixed with dish soap inside glass bottles. My truck will be loaded with extra ammo and the pipe bombs I originally made for Plainfield High. I would suggest anyone reading this to avoid the mall because I WILL there tonight and I will be heavily armed and looking to inflict as much death as physically possible. My goal is to injure and kill as many people who know [redacted] as possible and then turn my attention to the pathetic police.

They cannot close everything again tonight and I know this for a fact. they cant afford it and also they already played that card friday. That means NOTHING will stand in my way tonight. If I see large crowds or long lines then that's a good opportunity to trap a large number of people and I will not hesitate to take advantage of this, wiping you idiots from existence as you try to run. Afterwards, I can then take my time hacking up any unlucky ones who were trampled and injured. Finally I can hunt down any kids who tried hiding before I turn my attention to the police. If you're a first responder you are as good as dead tonight. You will never see your loved ones again and thats a promise you fucking pigs.

fat star wars "geeks" as they try to wobble their ways towards the exits.

If the police attempt to close the mall again then I only need to go down street to Walmart. This is a perfect place to use pipe bombs as well. before opening fire I will go into the restrooms and kill anyone who enters just to get an early taste. I always wanted to gut a human and this opportunity will be perfect. Once I ambushed the first 7 or 8 in the mens, I will make my way to the womens restroom for a little fun. I'll use my imagination on the first blond I see. She can play the part [redacted] as I saw her head off her body. I will rip open the insides of anything moving and see what a 9 inch blade does to a pussy.

EVERYONE IS A TARGET TONIGHT!

You did this to [redacted] I hope you kill yourself after you see what I do on the news. I'm done trying to make peace with you. I pray the pain this inflicts haunts you to your grave you stupid bitch. If tonight doesn't work out then I promise I will rip away whatever life is left in you PERSONALLY when school starts. If you switch schools then I'll targ[redacted] and make this more painful then it has to be. I never hated anyone as much as I hate you. My life is over because of you and you show no remorse

as for the shit talkers who commented in on my posts the past few days. Talk is cheap. I'd love to see you pussies show up at the mall tonight. please do dumb asses. You better come armed as fuck and ready for a war.

Mom if you're reading this then I've been killed and identified. You know I wouldn't do this unless I had a

First responders arrived at the Shops of Perry Crossing and Walmart and evacuated the buildings, including the movie theater. Subsequently, HERNANDEZ used Facebook to post the following:

https m.facebook.com

Brian Kil with Caesar Trump and 99 others.

After the events tonight I just had to update this graph of you all losing
Plainfield Police Department
FBI - Federal Bureau of Investigation

You guys are clueless. No possiblty of stopping me. I'll just continue to waste your resources in the meantime. Its not the mall im after [redacted] and Plainfield High School (Plainfield, Indiana)

you really think I'd announce my killing unironcially just so you guys could hurry on down? Of course I wouldnt. Or maybe I would.

Think you can stop me before next semester starts? you better try harder because there is no doubt Im out to kill and when i do you wont have a warning. good luck!



HERNANDEZ then posted a video of Victim 1 engaging in sexually explicit conduct that he obtained from Victim 1 via sextortion. HERNANDEZ commented on the video as follows: "I want a new rifle so I can catch (Victim 1) at Plainfield high School –brian."

On January 3, 2016, Victim 10, a Plainfield High School Board Member, received the following threat from HERNANDEZ on Victim 10's publicly available E-mail account:

Hello Mr. [Victim 10]:

Want to see a bunch of people slaughtered like pigs in the slaughter house? You should pay close attention to your schools because I'm coming mother fucker.

Why has [Victim 1] been given a free pass? UNNACCEPTABLE. I will make this right. I would love to murder you and [Victim 10's wife] before I go on my killing spree. I'm looking you up your address as we speak. Bye.

As set forth in Counts 18 through 21, between in or about December 17, 2015, and on or about December 20, 2015, and within the Southern District of Indiana and elsewhere, the defendant BUSTER HERNANDEZ, used an instrument of interstate or foreign commerce to willfully make threats, or maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, and other real or personal property by means of fire or an explosive, as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 18 | 12.17.2015 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 19 | 12.17.2015 | On or about December 17, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Danville Community High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| 20 | 12.20.2015 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 21 | 12.20.2015 | On or about December 20, 2015, the defendant used the internet, namely an account on Facebook.com, to threaten to bomb Walmart, located in Plainfield, Indiana, which is located within the Southern District of Indiana. |

HERNANDEZ further received and distributed child pornography of Victims 1, and 4 through 6 using the means and methods discussed above.

**HERNANDEZ Obtains Child Pornography from Victim 2 through Coercion**

Between in or about 2012 and on or about August 3, 2017, Victim 2 was a minor who resided in Brownstown Charter Township, Michigan. Beginning sometime in 2012, and continuing until August 3, 2017, HERNANDEZ, using the means and methods described above, coerced Victim 2 to produce and distribute images and videos depicting Victim 2 engaging in sexually explicit conduct knowing that Victim 2 was a minor. HERNANDEZ continued to sexually extort Victim 2 after she turned 18 in 2015.

HERNANDEZ first contacted Victim 2 via the Internet after searching for publically available information regarding Victim 2, and falsely claimed to already possess sexually explicit images of Victim 2. HERNANDEZ then threatened to post

the sexually explicit images of Victim 2 on the Internet if Victim 2 refused to produce additional child pornography of Victim 2 and distribute it to HERNANDEZ.

For nearly 5 years, HERNANDEZ sexually extorted Victim 2. Throughout that time period, HERNANDEZ threatened to post Victim 2's child pornography or to murder, rape, or injure Victim 2 and her family if Victim 2 either refused or expressed reluctance or hesitation to comply with his demands.

Between in or about 2012 and on or about August 3, 2017, HERNANDEZ distributed images and videos of other minor victims to Victim 2, and agents of the Federal Bureau of Investigation acting in an undercover capacity as Victim 2, to coerce Victim 2 to produce child pornography of Victim 2. HERNANDEZ also sent the following messages to Victim 2:

*I know where you live. I come at night.*
*I come at night for all of my slaves eventually Have I*
*ever made u cry?*

HERNANDEZ then sent Victim 2 images depicting several unknown victims, who appeared to be minors engaging in sexually explicit conduct as they cried. HERNANDEZ messaged Victim 2 saying, "I make girls cry." HERNANDEZ then distributed a sexually explicit image constituting child pornography of an unidentified victim, who is a minor, crying as she took a sexually explicit "selfie" in the mirror. Victim 2 said, "stop I don't wanna see that," but HERNANDEZ continued sending additional images depicting other minor victims nude or partially nude who were crying and said, "look at this one. She had a nervous breakdown knowing I

would tell mommy and daddy."

## HERNANDEZ Obtains Pornography from Victim 3 through Coercion

In September 2014, Victim 3 was 18 years old, and resided in Indianapolis, Indiana, which is in the Southern District of Indiana. Beginning sometime in 2014, HERNANDEZ, using the means and methods described above, coerced Victim 3 to produce and distribute sexually explicit images and videos of Victim 3. From at least 2014 to on or about August 3, 2017, HERNANDEZ sexually extorted Victim 3.

HERNANDEZ first contacted Victim 3 via the Internet, using the same account he used to contact Victim 1, and falsely claimed to already possess sexually explicit images of Victim 3. HERNANDEZ then threatened to post the sexually explicit images of Victim 3 on the Internet if Victim 3 refused to produce additional pornography of Victim 3 and distribute it to HERNANDEZ.

For nearly three years, HERNANDEZ sexually extorted Victim 3. Throughout that time period, HERNANDEZ threatened to post Victim 3's pornography or to murder, injure, or harm Victim 3 and her family if Victim 3 either refused or expressed reluctance or hesitation to comply with his demands.

Accordingly, and as set forth in Count 22, between on or about September 11, 2014, and on or about August 3, 2017, within the Southern District of Indiana and elsewhere, the defendant, BUSTER HERNANDEZ, extorted Victim 3 using a facility of interstate commerce to threaten to kill, injure, or kidnap Victim 3 and Victim 3's family to extort from Victim 3 a thing of value, namely, images and videos of Victim

3 engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 875(b).

## HERNANDEZ Compels Victim 3 to Attend and Record a Community Forum in Plainfield High School about the "Brian Kil" Investigation

On January 5, 2016, HERNANDEZ used the Internet to communicate with Victim 3 about his sextortion of Victim 1 in a series of messages. In one message, HERNANDEZ stated that, "[Victim 1] was cool, but a little difficult to work with, which is understandable. She was snobby most of the time which I understand and she blew off dates a bunch as well. But at the end of the day I knew I could trust her and she was cool whenever we did talk about stuff." Another message sent approximately 40 minutes later continued the conversation about Victim 1 and ended with, "I've been in this situation a billion times with people I blackmail for money/info or girls for nudes. A lot of times they just fake pretend to be a cop or family member to try and scare you, so I had to test it out..." Additionally, HERNANDEZ wrote, "nah I hope not LMAO. I still a lot more stealing and blackmailing to do. I want become the worst cyber terrotist that ever lived."

On January 6, 2016, HERNANDEZ sent a message to Victim 3 that said, "yeah. Well I deserve to be thrown in jail tbh.  If I ever do get caught just don't come forward with our stuff. That will add another 10 years x.x".

On January 12, 2016, HERNANDEZ sent the following messages via the Internet to Victim 3 relating to the community forum that was to be held on January 19, 2016, at Plainfield High School, organized by the Administration and law enforcement:

"theres gonna be a community forum/meeting at plainfield high next. I need you to go to it. n-_-n"

"I need you to go and tell me what they say. Its Tuesday night at 7:30. I need to know what the feds have to say."

"I can't go. I fit the profile for the suspect. They will be looking for me. No ones gonna notice a black girl with an afro."

"you just gotta sit there for an hour and look pretty. Laugh at all the angry moms and drive home."

"I 1000% need you to go."

"don't say "help" because then you become an accomplice. You're being FORCED to do what I say or else. Always remember that."

On January 19, 2016, law enforcement held a community forum at Plainfield

High School. Members of the Federal Bureau of Investigation ("FBI"), the United

States Attorney's Office, and Plainfield School Administrators spoke at the forum.

Subsequent to the community forum, HERNANDEZ, using the name "Brianna

Killian" and "Brian Mil," posted the following messages via the Internet about what

occurred during the forum and who attended:

"ONLY 200 subpoenas. What have you been doing for nearly 2 months? Only 200. LMAO. I'm going to kill 'Victim 1' and unload on her friends and you only did 200? zzzZZZzzz".

"Searching for the lady with the 9 year who talked. Red scarf. Short hair." "another

interesting thing before I go to bed. The fat blonde lady with the glasses on top of her head and the tie-die shirt underneath a white west. "how do we know hes not here." I was, and I learned a lot. ONLY 200 subpoenas."

"what happens if hes not caught" -charity I was shaking my damn head when you asked that charity. If I'm not found then i go on to make more threats and then I kill your kids. Dumb bitch. you had an entire week to think of a question and thats what you ask? "what if hes not caught? I'm so stupid please tell me what happens if hes not caught?"

"chicago lady spoke after him. She said nothing of importance. Shes useless. Shes coming back here to talk to us about staying safe online. She also lied about why they are so tight lipped. she said it's because "they know best" Later someone asks a question like this and they flip flop. the real answer: They dont know shit 200 court orders later. They are imcompetent. arrested poor patrick for no reason."

As set forth in Counts 23 through 32, Between on or about December 15, 2015, and on

or about January 3, 2016, and within the Southern District of Indiana and

elsewhere, the defendant BUSTER HERNANDEZ, transmitted in interstate or

foreign commerce communications containing threats to kidnap or injure the person

of another, as more particularly described below:

| Count | Date | Description |
|-------|------|-------------|
| 23 | 12.15.2015 | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill **Victim 1**'s mother **(Victim 7)**. |
| 24 | 12.15.2015 | On or about December 15, 2015, the defendant, using a facility of interstate commerce, threatened to kill **Victim 1**, and threatened to kidnap **Victim 1**'s minor sibling **(Victim 8)**. |
| 25 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1.** |
| 26 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Plainfield High School, located at 1 Red Pride Drive, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 27 | 12.17.2015 | On or about December 17, 2015, defendant, using an account on Facebook.com, threatened to kill students at Danville High School, located at 100 Warrior Way, in Danville, Indiana, which is located within the Southern District of Indiana. |
| 28 | 12.20.2105 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1** and **Victim 1**'s former significant other **(Victim 9)**. |
| 29 | 12.20.2015 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill patrons at The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |
| 30 | 12.20.2015 | On or about December 20, 2015, defendant, using an account on Facebook.com, threatened to kill police and first responders to The Shops at Perry Crossing, located at 2499 Perry Crossing Way, in Plainfield, Indiana, which is located within the Southern District of Indiana. |

| 31 | 12.21.2015 | On or about December 21, 2015, defendant, using an account on Facebook.com, threatened to kill **Victim 1** with a rifle. |
| 32 | 1.3.2016 | On or about January 3, 2016, defendant, using an account on yandex.com ("Brian Kil" at cop-killer-pipeb@yandex.com), E-mailed **Victim 10**, a Plainfield High School Board member, and threatened to kill **Victim 10**, **Victim 10**'s family, and students at Plainfield High School. |

## HERNANDEZ Threatens to Kill and Rape Victim 2 and Victim 2's Family

On or about June 9, 2017, law enforcement interviewed Victim 2. HERNANDEZ was still extorting Victim 2, and had been instructing Victim 2 to upload images and videos to a Dropbox.com account known to investigators. The Dropbox.com account was not publicly accessible.

On June 9, 2017, United States Magistrate Judge Debra McVicker Lynch entered an order permitting the government to use an "employ" to identify the IP address associated with HERNANDEZ who was presently extorting Victim 2. With the consent of Victim 2, law enforcement began communicating with HERNANDEZ as Victim 2 in an undercover capacity. During law enforcement's undercover communications with HERNANDEZ, and under the lawful authority given to them by the Court's order, the FBI uploaded a small piece of code to a video file produced by Victim 2, which did not contain any visual depictions of any minor engaged in sexually explicit activity. As authorized, the FBI then uploaded the video file containing the code to the Dropbox.com account known only to HERNANDEZ and Victim 2. When HERNANDEZ viewed the video containing the code on a computer,

the code disclosed the true IP address associated with the computer used by

HERNANDEZ. Screenshots of the communications follow:



After receiving the video, and in retaliation for not sending HERNANDEZ the

desired sexually explicit images, HERNANDEZ began sending messages to the

family of Victim 2 stating that HERNANDEZ was going to murder and rape them.

Using the true IP address, law enforcement officers located HERNANDEZ at his

residence in Bakersfield, California.

During HERNANDEZ's August 3, 2017 arrest, and just as law enforcement

officers entered his room, HERNANDEZ intentionally removed the thumb drive

containing the operating system that was designed to erase itself upon removal from

the computer in an intentional effort to destroy evidence.

As set forth in Count 39, on or about August 3, 2017, in Bakersfield, California, and elsewhere, the defendant, BUSTER HERNANDEZ, corruptly altered, destroyed, mutilated, or concealed a record, document, or other object, that is, evidence of his criminality, or attempted to do so, with the intent to impair the object's integrity or availability for use in an official proceeding, namely, the federal criminal investigation of his conduct occurring in the Southern District of Indiana, in violation of Title 18, United States Code, Section 1512(c).

Additionally, and as set forth in Counts 33 through 38, between on or about 2012, and on or about August 3, 2017, within the Southern District of Indiana, and elsewhere, the defendant, BUSTER HERNANDEZ, used the threat of physical force against Victims 1, 3, 4, 5, 6, and 7 by threatening to kill, injure, kidnap, or disseminate images and videos depicting minors engaged in sexually explicit conduct, with the intent to hinder, delay, or prevent the communication to a state or federal law enforcement officer relating to the commission of a Federal offense, namely production, distribution, and possession of child pornography, as more particularly described below:

| Count | Date | Victim |
|-------|------|--------|
| 33 | 2012 to 8.3.2017 | Victim 1 |
| 34 | 2012 to 8.3.2017 | Victim 3 |
| 35 | 2012 to 8.3.2017 | Victim 4 |
| 36 | 2012 to 8.3.2017 | Victim 5 |
| 37 | 2012 to 8.3.2017 | Victim 6 |

| 38 | 2012 to 8.3.2017 | Victim 7 |
|----|------------------|----------|
|    |                  |          |

As set forth in Counts 40 and 41, between on or about December 12, 2015, and on or about August 3, 2017, in the Southern District of Indiana and elsewhere, the defendant, BUSTER HERNANDEZ did knowingly, with the intent to retaliate, take an action harmful to Victims 1 and 7 for providing to a law enforcement officer truthful information relating to the commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(e).

| Count | Date | Victim |
|-------|------|--------|
| 40 | 2012 to 8.3.2017 | Victim 1 |
| 41 | 2012 to 8.3.2017 | Victim 7 |

### Victims 11 and 12

HERNANDEZ further admits that between in or about 2013 and on or about August 3, 2017, Victims 11 and 12 were minors who resided in Florida and Virginia, respectively. Beginning sometime in 2013, and continuing until August 3, 2017, HERNANDEZ, using the means and methods described above, coerced Victims 11 and 12 to produce and distribute images and videos depicting Victims 11 and 12 engaging in sexually explicit conduct knowing that Victims 11 and 12 were minors. HERNANDEZ continued to sexually extort Victim 11 after she turned 18. The devices used to create the child pornography of Victims 1-6, 11 and 12, were manufactured outside of the State of Indiana or contain parts that were manufactured outside of the State of Indiana, and therefore, traveled in interstate or

foreign commerce. HERNANDEZ used the Internet, which is a facility of interstate commerce to extort adult and minor victims, threaten to use explosive devices, and threaten to kill, rape, kidnap, and injure his victims.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

2/6/20
DATE

Tiffany J. Preston
Assistant United States Attorney

2/6/20
DATE

Steven D. DeBrota
Deputy Chief

2.6.20
DATE

Buster Hernandez
Defendant

2-6-2.
DATE

Mario Garcia
Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:17 CR-0183- TWP-TAB |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## ADDENDUM TO STATEMENT OF FACTS

| Group Description | Exhibit Description | |
|---|---|---|
| Data From Accounts | Usernames | Account ID/Platform |
| 1 | Amanda Von | 100012585907716 Facebook |
| 2 | Amanda Wick | 100011818624075 Facebook |
| 3 | Angie Polanco | 100008307797318 Facebook |
| 4 | Austin Palins | 100007541897084 Facebook |
| 5 | Ava Courneya | 100006375994549 Facebook |
| 6 | Be Here, amanda.carr.1401 | 100014453165617 Facebook |
| 7 | Bee Here, bee.here.351 | 100014413029095 Facebook |
| 8 | Been There, been.there.963 | 100014355223483 Facebook |
| 9 | blowout_ | 2874684907 Twitter |
| 10 | Bre Samson, bre.samson.3 | 100012023941094 Facebook |
| 11 | Brian Kil | 100010814987915 Facebook |
| 12 | Brian Kil | 100010933214415 Facebook |
| 13 | Brian Kil | 100010942786802 Facebook |
| 14 | Brian Kil | 100010950616854 Facebook |

| | | |
|---|---|---|
| 15 | Brian Kil | 100010955730926 Facebook |
| 16 | Brian Kil, maddie.gile.7 | 100010957772926 Facebook |
| 17 | Brian Kil | 100010961130364 Facebook |
| 18 | Brian Kil, brian.kil.96 | 100011146412030 Facebook |
| 19 | Brian Kil, brian.kil.737 | 100011205363059 Facebook |
| 20 | Brian Kil, amy.brooks.7330763 | 100016102997596 Facebook |
| 21 | Brian Kilmore, Meghan Goss | 100010945808324 Facebook |
| 22 | Brian Kils | 100010908127372 Facebook |
| 23 | Brian Kils, brian.kils.9 | 100014405057040 Facebook |
| 24 | Brian_kil9 | 859202368470224896 Twitter |
| 25 | Brianna Davis | 100009932925631 Facebook |
| 26 | Brianna Kilian, brianna.lik | 100011039591590 Facebook |
| 27 | Brooke Arenas | 100007580057664 Facebook |
| 28 | Brooke Purge, brooke.purge | 100013013714201 Facebook |
| 29 | Call Dime, call.dime | 100013020935163 Facebook |
| 30 | Call Dime, call.dime.9 | 100013042567348 Facebook |
| 31 | Carlea Dafur | 100008295440232 Facebook |
| 32 | Catey Tracey, catey.tracey.5 | 100015660047049 Facebook |
| 33 | Catherine Tracy, catherine.tracy.37 | 100015666707793 Facebook |
| 34 | Chris Car, chris.car.14019 | 100011694597125 Facebook |
| 35 | Chris Walker | 100011875033745 Facebook |
| 36 | Clear Waters | 100009322978866 Facebook |
| 37 | Close Far | 100004558305629 Facebook |
| 38 | Closed Color | 100007985251407 Facebook |
| 39 | Closed Door | 100004326708345 Facebook |
| 40 | Closed Door | 100010149670095 Facebook |
| 41 | Closed Door | 100010159984554 Facebook |
| 42 | Closed Door | 100010182969013 Facebook |
| 43 | Closed Doors | 100005918267754 Facebook |
| 44 | Closed Left | 100006227325714 Facebook |
| 45 | Clutter Removed | 100008224770428 Facebook |
| 46 | Colain Greeny | 100012663216544 Facebook |
| 47 | Color Black, taryn.hardill | 100008251063963 Facebook |
| 48 | Color Black | 100009692743075 Facebook |
| 49 | Color Blacks | 100010147299243 Facebook |
| 50 | Color Blue | 100008134180459 Facebook |
| 51 | Color Close, riama.close | 100007267599339 Facebook |
| 52 | Color Green | 100004822057718 Facebook |
| 53 | Color Green | 100006719954716 Facebook |
| 54 | Color Mix | 100008311983983 Facebook |
| 55 | Color Moon | 100007679294763 Facebook |
| 56 | Color Rain | 100008337164543 Facebook |
| 57 | Color Red | 100006074238315 Facebook |
| 58 | Color Red, color.red.9678 | 100009922502715 Facebook |
| 59 | Color Reds | 100007740585546 Facebook |
| 60 | Color Slow | 100008160015457 Facebook |

| 61 | Color White | 100008162010935 Facebook |
| 62 | Colored Reds | 100009960991125 Facebook |
| 63 | Coloring Red, beth.harris.5492 | 100012457603935 Facebook |
| 64 | Colour Green | 100011530082704 Facebook |
| 65 | Coloured White | 100011509067403 Facebook |
| 66 | Colured Grey, diana.harris.37604 | 100011358293313 Facebook |
| 67 | Daisy Cosmeo | 100008033147167 Facebook |
| 68 | Diana May, diana.may.7967 | 100011362833817 Facebook |
| 69 | Draw Colors, jason.loras.9 | 100008337270135 Facebook |
| 70 | Drawn Line, drawn.line | 100014399889610 Facebook |
| 71 | During After, samantha.stary.3 | 100007958377219 Facebook |
| 72 | Emily Leak, emily.leak.397 | 100015675181834 Facebook |
| 73 | Emma Leaked, emma.leaked | 100013535403229 Facebook |
| 74 | Front Door | 100008375675524 Facebook |
| 75 | Garret Henry | 100007532865680 Facebook |
| 76 | Grean Colrng | 100013164570722 Facebook |
| 77 | Haase Brey, haase.brey | 100013389180996 Facebook |
| 78 | Hannah Leaked, hannah.leaked | 100013485963036 Facebook |
| 79 | Harmony Raines | 100007921367352 Facebook |
| 80 | Here Bee, here.bee.5 | 100014410236980 Facebook |
| 81 | hit me up (pytbv1@yandex.com), leaked_hacks1 | 4061920006 Instagram |
| 82 | Invil Cable | 100010461183746 Facebook |
| 83 | Jack Lime | 100005150417016 Facebook |
| 84 | jare930 | 827304929924628481 Twitter |
| 85 | Jared Jantil | 100004446646456 Facebook |
| 86 | Jayna Melton | 100005610254778 Facebook |
| 87 | Jillian Topur, jillian.topur | 100010981393281 Facebook |
| 88 | Journeyy Charna, journeyy.charna.7 | 100017094736583 Facebook |
| 89 | Journeyy Leaked, journeyy.leaked.3 | 100017166455896 Facebook |
| 90 | Katie Henderson | 100008214242433 Facebook |
| 91 | Kayla Bean | 100007297756268 Facebook |
| 92 | Kel May, kel.may.7798 | 100014808903459 Facebook |
| 93 | Larry Nembers | 100004569317055 Facebook |
| 94 | Listen Close | 100006810225759 Facebook |
| 95 | Lori Harris | 100011001696165 Facebook |
| 96 | Maddie Lauren, maddie.lauren.9 | 100011681628392 Facebook |
| 97 | Madison Vangorder | 100006736098552 Facebook |
| 98 | Madison Vangordern | 100005194369085 Facebook |
| 99 | Maine Purge | 100010242488466 Facebook |
| 100 | Maine Purge, maine.purge.73 | 100013068484150 Facebook |
| 101 | Maine Purge | 100013197707135 Facebook |
| 102 | Maine Purge, maine.purge.9887 | 100013804023323 Facebook |
| 103 | Maria Villa | 100011754079411 Facebook |
| 104 | May June | 100012173947496 Facebook |
| 105 | May June | 100012606219451 Facebook |
| 106 | Meghan Arnet | 100009708731179 Facebook |

| 107 | Mel Chris, mel.chris.142 | 100013747447901 Facebook |
| 108 | Missing Green, kasey.stary | 100008010159969 Facebook |
| 109 | More Less | 100007367475467 Facebook |
| 110 | Moved During, felin.stassy | 100007922016740 Facebook |
| 111 | Moved Green | 100005518394676 Facebook |
| 112 | Nancy Casey, nancy.casey.102 | 100009975971771 Facebook |
| 113 | Out Doors, megean.reed.3 | 100013332435619 Facebook |
| 114 | Pers Dot, pers.dot.9 | 100013225998675 Facebook |
| 115 | Plot Draw | 100008069378451 Facebook |
| 116 | Purge Eva, purg.eva | 100013141568667 Facebook |
| 117 | Purged Maine, purged.maine.1 | 100013748857863 Facebook |
| 118 | Rebecca Slutofsky | 100005310284766 Facebook |
| 119 | Red Light, rachel.leer.73 | 100013587341163 Facebook |
| 120 | Ryan Vacay | 100010055987308 Facebook |
| 121 | Sharp Turn | 100008138192245 Facebook |
| 122 | Sierra Hanncock, amy.talmer | 100016077705089 Facebook |
| 123 | Sierra Hanncock, brittany.kilgor | 100016229373050 Facebook |
| 124 | Tangie Haris | 100008327566834 Facebook |
| 125 | Tay Sines | 100011725468786 Facebook |
| 126 | Taylor Sines | 100011867905395 Facebook |
| 127 | Taylor Sines, taylor.sines.792 | 100011911056154 Facebook |
| 128 | Terra Parish | 100010269517411 Facebook |
| 129 | Vanessa Ruiz | 100011759392472 Facebook |
| 130 | Verb Noun, verb.noun.58 | 100007932913898 Facebook |
| 131 | Warped Haste, derrin.hasty | 100007972267044 Facebook |
| 132 | We Uygt | 100010595772799 Facebook |
| 133 | Wendy Meen, wendy.meen.5 | 100015457904322 Facebook |
| 134 | Went Slowed | 100008160240888 Facebook |
| 135 | 148232212184674 | 148232212184674 Facebook |
| 136 | 1495085527469936 | 1495085527469936 Facebook |
| 137 | 1649536395316734 | 1649536395316734 Facebook |
| 138 | 1659147381006769 | 1659147381006769 Facebook |
| 139 | 396901027175660 | 396901027175660 Facebook |
| 140 | 421287848077695 | 421287848077695 Facebook |
| 141 | 174.134.134.97 | Brighthouse Internet Subscriber Data |
| 142 | briankil | Tumblr |
| 143 | brian-kil | Tumblr |
| 144 | closed78@hushmail.com | Hushmail |
| 145 | dmzx3@hush.ai | Hushmail |
| 146 | drawback8@hushmail.com | Hushmail |
| 147 | dtvx1@hushmail.com | Hushmail |
| 148 | dtvx2@hushmail.com | Hushmail |
| 149 | edwe0@hushmail.com | Hushmail |
| 150 | jare92o2@hushmail.com | Hushmail |
| 151 | jare9302@hushmail.com | Hushmail |
| 152 | uygt9@hushmail.com | Hushmail |

| 153 | amp98@hushmail.com | Hushmail |
| 154 | amp988@hushmail.com | Hushmail |
| 155 | ampy88@hushmail.com | Hushmail |
| 156 | close77@hushmail.com | Hushmail |
| 157 | closed77@hushmail.com | Hushmail |
| 158 | dkl6@hushmail.com | Hushmail |
| 159 | dmzx9@hush.ai | Hushmail |
| 160 | drawback88@hushmail.com | Hushmail |
| 161 | drawback888@hushmail.com | Hushmail |
| 162 | fire89@hush.ai | Hushmail |
| 163 | gfjy6@hushmail.com | Hushmail |
| 164 | hgz5@hushmail.com | Hushmail |
| 165 | idont698@hush.ai | Hushmail |
| 166 | ixze6@hush.ai | Hushmail |
| 167 | jare93o2@hushmail.com | Hushmail |
| 168 | jare9202@hushmail.com | Hushmail |
| 169 | jare9402@hushmail.com | Hushmail |
| 170 | jareht@hushmail.com | Hushmail |
| 171 | jaynawhore@hush.ai | Hushmail |
| 172 | kxze@hushmail.com | Hushmail |
| 173 | oo9777@hushmail.com | Hushmail |
| 174 | oo9779@hushmail.com | Hushmail |
| 175 | oo97777@hushmail.com | Hushmail |
| 176 | oo977777@hushmail.com | Hushmail |
| 177 | szxw7@hushmail.com | Hushmail |
| 178 | talkfa2qa@hushmail.com | Hushmail |
| 179 | taylor.la@hushmail.com | Hushmail |
| 180 | terminal343@hush.ai | Hushmail |
| 181 | tklw5@hushmail.com | Hushmail |
| 182 | tr3e@hushmail.com | Hushmail |
| 183 | trte4rr7t@hushmail.com | Hushmail |
| 184 | vrtyd99@hushmail.com | Hushmail |
| 185 | wder22@hushmail.com | Hushmail |
| 186 | yh56y@hushmail.com | Hushmail |
| 187 | yh65w@hushmail.com | Hushmail |
| 188 | yh65y@hushmail.com | Hushmail |
| 189 | yhj8@hushmail.com | Hushmail |
| 190 | ytrd4@hushmail.com | Hushmail |
| 191 | zxgot@hushmail.com | Hushmail |
| 192 | zxgots@hushmail.com | Hushmail |
| 193 | zza8000@hushmail.com | Hushmail |
| 194 | zza8800@hushmail.com | Hushmail |
| 195 | cop.killer.pipeb@yandex.com | Yandex |
| 196 | cop-killer-pipeb@yandex.com | Yandex |