# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-cr-00183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ ) | |
|   a/k/a BRIAN KIL ) | |
|   a/k/a BRIANNA KILLIAN ) | |
|   a/k/a BRIAN MIL ) | |
|   a/k/a GREG MARTAIN ) | |
|   a/k/a PURGE OF MAINE ) | |
|   a/k/a UYGT9@HUSHMAIL.COM ) | |
|   a/k/a JARE9302@HUSHMAIL.COM ) | |
|   a/k/a DTVX1@HUSHMAIL.COM ) | |
|   a/k/a LEAKED_HACKS1 ) | |
|   a/k/a CLOSED DOOR ) | |
|   a/k/a CLOSED COLOR ) | |
|   a/k/a CLUTTER REMOVED ) | |
|   a/k/a COLOR RAIN ) | |
|   a/k/a PLOT DRAW ) | |
|   a/k/a INVIL CABLE, ) -01 | |
| ) | |
| Defendant. ) | |

## ENTRY FOR FEBRUARY 6, 2020
## THE HONORABLE TANYA WALTON PRATT

The Government appeared by Tiffany Preston, Assistant United States Attorney. The Defendant appeared in person, in custody, and by CJA counsel Mario Garcia. Andrew Willmann and Ryan Barrett attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish

if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was established for each count and accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's plea of guilty without the benefit of a plea agreement was accepted by the Court and Defendant was adjudged guilty of Count 1 through 41 as charged in the Superseding Indictment.

This matter was set for sentencing on <u>May 21, 2020 at 12:00 p.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

The U.S. Probation Office is directed to prepare a presentence investigation report.

The trial by jury set to commence on February 10, 2020 was **VACATED**.

IT IS SO ORDERED.

Date:  2/7/2020

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov