UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BUSTER HERNANDEZ, )<br>)<br>Defendant. ) | CASE NO. 1:17-cr-0183-TWP-TAB |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND/OR CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT ("PSIR")

The Defendant, Buster Hernandez, by counsel, Mario Garcia, for his Motion for Extension of Time to File Objections and/or Corrections to Presentence Investigation Report ("PSIR"), states as follows:

1. The PSIR was issued on March 19, 2020.

2. The Defendant's objections and/or corrections are currently due on April 2, 2020.

3. This is the Defendant's first Motion for Extension of Time to File Objections and/or Corrections to PSIR.

4. The undersigned counsel has not yet been able to discuss the PSIR with the Defendant.

5. The undersigned counsel requests an extension of time of fourteen (14) days, up to and including April 16, 2020, to file objections and/or corrections to the PSIR.

6. This Motion is not filed for the purpose of harassment or delay.

7. On information and belief, Assistant United States Attorneys, Kristina Korobov and Tiffany Preston do not object to this Motion.

WHEREFORE, the Defendant, Buster Hernandez, by counsel, respectfully requests the Court for an extension of time to file objections and/or corrections to the PSIR, up to and including April 16, 2020, and for all other just and proper relief.

Respectfully submitted,
BRATTAIN MINNIX GARCIA

By: /s/ Mario Garcia
Mario Garcia, #21638-49
Attorney for Defendant
One Indiana Square, Suite 2625
Indianapolis, IN 46204
(317) 231-1750

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made available by operation of the Court's CM/ECF system.

/s/ Mario Garcia
Mario Garcia