UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 1:17-cr-0183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
OBJECTIONS AND/OR CORRECTIONS TO PRESENTENCE
INVESTIGATION REPORT ("PSIR")

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his Motion for

Extension of Time to File Objections and/or Corrections to the PSIR,

And the Court, having reviewed the Motion and being duly advised, now finds that the

Motion is well taken and should be GRANTED.  Accordingly, it is

ORDERED, that the Defendant, be and hereby is granted a short extension of fourteen (14)

days up to and including April 16, 2020, in which to file objections and/or corrections to the PSIR.

DATED: _____

_____
JUDGE, U.S. DISTRICT COURT

DISTRIBUTION:  All ECF Parties