UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, 　　　　　)<br>　vs.　　　　　　　　　　　　　　　) 　　CASE NO. 1:17-cr-0183-TWP-TAB<br>　　　　　　　　　　　　　　　　　)<br>BUSTER HERNANDEZ, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　　)| |

## ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND/OR CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT ("PSIR")

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his Motion for Extension of Time to File Objections and/or Corrections to the PSIR,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be GRANTED.  Accordingly, it is

ORDERED, that the Defendant, be and hereby is granted a short extension of fourteen (14) days up to and including April 16, 2020, in which to file objections and/or corrections to the PSIR.

Date: 3/26/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:  All ECF Parties