UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>BUSTER HERNANDEZ, )<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg )<br>Martain, Purge of Maine, uygt9@hushmail.com, )<br>jare9302@hushmail.com, Dtvx1@hushmail.com, )<br>Leaked_hacks1, Closed Door, Closed Color, Clutter )<br>Removed, Color Rain, Plot Draw, and Invil Cable, )<br>)<br>    Defendant. ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |

## ORDER

This matter is before the Court upon the parties' Motion to continue the sentencing hearing presently set in this cause, and the Court, being duly advised, now finds as follows:

1. This case was scheduled for sentencing on May 21, 2020;

2. A continuance is necessary to stem the spread of COVID-19. *See generally In re: Court Operations Under the Exigent Circumstances Created by Covid-19 and Related Coronavirus*, General Order (S.D. Ind. Apr. 13, 2020).

3. Consistent with the facts and circumstances of this case and the measures outlined in the Court's General Order, a continuance serves the ends of justice and protects the public.

4. The Court hereby makes particularized findings in this matter that a continuance serves the ends of justice, and such action outweighs the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7); *Zedner v. United States*, 547 U.S. 489, 509 (2006).

The Court finds further that the ends of justice served by the continuance outweigh the best

interests of the public and Defendant, and that the Motion should be **GRANTED** for the reasons set forth in the Parties' April 17, 2020 Motion.

IT IS THEREFORE ORDERED that the sentencing hearing on May 21, 2020 is VACATED and will be rescheduled to July 10, 2020 at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: _____.

_____
Tonya Walton Pratt
United States District Judge
Southern District of Indiana

Distribution to the Parties