UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BUSTER HERNANDEZ, )<br>)<br>Defendant. ) | CASE NO. 1:17-cr-0183-TWP-TAB |

SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND/OR CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT ("PSIR")

The Defendant, Buster Hernandez, by counsel, Mario Garcia, for his Second Unopposed Motion for Extension of Time to File Objections and/or Corrections to Presentence Investigation Report ("PSIR"), states as follows:

1. The PSIR was issued on March 19, 2020.

2. The Defendant's objections and/or corrections were due on April 16, 2020.

3. This is the Defendant's Second Motion for Extension of Time to File Objections and/or Corrections to PSIR.

4. Undersigned counsel is having ongoing discussions over the Report with Probation and the Assistant United States Attorney and needs additional time.

5. The undersigned counsel requests an extension of time of fourteen (14) days, up to and including April 30, 2020, to file objections and/or corrections to the PSIR.

6. This Motion is not filed for the purpose of harassment or delay.

7. On information and belief, Assistant United States Attorneys, Kristina Korobov and Tiffany Preston do not object to this Motion.

WHEREFORE, the Defendant, Buster Hernandez, by counsel, respectfully requests the Court for an extension of time to file objections and/or corrections to the PSIR, up to and including April 30, 2020, and for all other just and proper relief.

        Respectfully submitted,
        BRATTAIN MINNIX GARCIA

        By:/s/ Mario Garcia
        Mario Garcia, #21638-49
        Attorney for Defendant
        One Indiana Square, Suite 2625
        Indianapolis, IN 46204
        (317) 231-1750

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made available by operation of the Court's CM/ECF system.

        /s/ Mario Garcia
        Mario Garcia