UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:17-cr-00183-TWP-TAB |
| | ) |
| vs. | ) |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Buster Hernandez, by counsel, Mario Garcia, for his *Unopposed Motion to Continue Sentencing Hearing*, respectfully represents to the Court as follows:

1. This matter is currently set for a Sentencing Hearing on September 11, 2020 at 9:00 a.m.

2. Due to the uncertainty of travel and availability for the multitude of the Government's Witnesses, undersigned counsel would respectfully ask that the Court continue the Defendant's Sentencing hearing to December 11, 2020, which date is available and agreeable to the parties.

3. Additionally, the Defendant continues to engage in post-conviction fact-finding which has led to a substantial amount of information which the Court may find relevant when weighting the Section 3553(a) factors at sentencing. Due to the ongoing pandemic, the parties have been unable to complete this investigation.

4. The Plaintiff's counsel, Tiffany Preston does not object to this request.

5. Undersigned counsel has discussed the need for this continuance with the Defendant, and the Defendant agrees to the continuance.

WHEREFORE, Defendant, Buster Hernandez, by counsel, respectfully request that the Court grant his Unopposed Motion to Continue the Sentencing Hearing and for all other just proper relief.

Respectfully submitted,

BRATTAIN MINNIX GARCIA

By: /s/ Mario Garcia
Mario Garcia, #21638-49
Attorney for Defendant
One Indiana Square, #2625
Indianapolis, IN 46204
(317) 231-1750
mario@bmgindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mario Garcia
Mario Garcia