UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO.  1:17-cr-00183-TWP-TAB |
| | ) |
| vs. | ) |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING</u>**

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his *Unopposed Motion to Continue Sentencing Hearing*,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted.  Accordingly, it is,

ORDERED that the Sentencing Hearing set for September 11, 2020 be, and hereby is removed from the Court's calendar and reset for _____, 20___ at _____ __.M.


DATED: _____                                  _____
                                                                                JUDGE, U.S. DISTRICT COURT




Distribution:  All ECF Parties