UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:17-cr-00183-TWP-TAB |
| | ) |
| vs. | ) |
| | ) |
| BUSTER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his *Unopposed Motion to Continue Sentencing Hearing*,

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted. Accordingly, it is,

ORDERED that the Sentencing Hearing set for September 11, 2020 be, and hereby is removed from the Court's calendar and reset for December 11, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Because of the age of this case, the parties should anticipate **no further continuances.**

Date: 8/4/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution: All ECF Parties