UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:17-cr-00183-TWP-TAB ) |
| BUSTER HERNANDEZ,<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable, | ) ) ) ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, with the defendant, Buster Hernandez, through his counsel, Mario Garcia, jointly moves the Court, pursuant to Local Rule 7-1, for a continuance of the sentencing hearing in this case. In support of this request, the government proffers the following:

1. This matter is currently set for a Sentencing Hearing on December 11, 2020, at 9:00 a.m.

2. On September 18, 2020, the Government disclosed to the Defense that it intends to call an expert witness in clinical psychiatry at the sentencing hearing. The Government's expert witness is in the process of reviewing voluminous material in preparation for preparing and his expert report.

3. In response, the Defense has disclosed that is too seeks to retain an expert witness to testify at the sentencing.

4. Though the parties have been working diligently, both sides are engaging in Rule 16 expert witness disclosures and need additional time to complete this process.

5. Additionally, the Government recently learned that several of its testifying victims have an unanticipated conflict with the December 11, 2020 sentencing hearing date. The conflict is due to the ongoing pandemic, delays in the start of school, and the complications of travel from other states.

6. Pursuant to 18 U.S.C. 3771 (a), a victim of a crime has the right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

7. Accordingly, the undersigned counsel would respectfully ask that the Court continue the Defendant's Sentencing hearing to a date that is available and agreeable to the parties.

8. This motion is not brought for the purpose of delay, but rather, so that both parties can adequately present expert testimony at the sentencing hearing, and so that the Government can meet its obligations under the Crime Victims' Rights Act.  Mr. Hernandez and his counsel join in this motion and waive any objection to the continuance.

9. For the reasons above, the parties respectfully request an order from the Court continuing the plea and sentencing hearing in this case in the interest of justice.

        Respectfully submitted,

        JOSH J. MINKLER

        United States Attorney

By:    s/*Tiffany J. Preston*
        Tiffany J. Preston
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Tiffany.Preston@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, a copy of the foregoing Agreed Motion to Continue was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: 317-226-6333

By:   s/*Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney