UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUSTER HERNANDEZ, )<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg )<br>Martain, Purge of Maine, uygt9@hushmail.com, )<br>jare9302@hushmail.com, Dtvx1@hushmail.com, )<br>Leaked_hacks1, Closed Door, Closed Color, Clutter )<br>Removed, Color Rain, Plot Draw, and Invil Cable, )<br>)<br>Defendant. ) | CAUSE NO. 1:17-cr-00183-TWP-TAB |

## **ORDER**

This matter is before the Court upon the parties' Motion to continue the sentencing hearing presently set in this cause, and the Court, being duly advised, now finds as follows:

1. This case was scheduled for sentencing on December 11, 2020.

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted.

Accordingly, IT IS THEREFORE ORDERED that the sentencing hearing on December 11, 2020 is VACATED and will be rescheduled to _____ at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Date: _____.

_____
Tonya Walton Pratt
United States District Judge
Southern District of Indiana

Distribution to the Parties