UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:17-cr-00183-TWP-TAB ) |
| BUSTER HERNANDEZ, (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg Martain, Purge of Maine, uygt9@hushmail.com, jare9302@hushmail.com, Dtvx1@hushmail.com, Leaked_hacks1, Closed Door, Closed Color, Clutter Removed, Color Rain, Plot Draw, and Invil Cable, | ) ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court upon the parties' Motion to continue the sentencing hearing presently set in this cause, and the Court, being duly advised, now finds as follows:

1. This case was scheduled for sentencing on December 11, 2020.

And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken and should be granted.

Accordingly, IT IS THEREFORE ORDERED that the sentencing hearing on December 11, 2020 is VACATED and will be rescheduled to March 12, 2021 at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana.

Absent extremely good cause, absolutely no further continuances of the sentencing hearing will be granted.

**SO ORDERED.**

Date: 10/30/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to the Parties