UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>    *Plaintiff*,                                    )<br>                                                             )<br>    v.                                                  ) Cause No.: 1:17-CR-0183-TWP-TAB<br>                                                             )<br>BUSTER HERNANDEZ,                            )<br>(a.k.a. Brian Kil, Brianna Killian, Brian Mil, )<br>Greg Martain, Purge of Maine,              )<br>uygt9@hushmail.com, jare9302@hushmail.com, )<br>Dtvx1@hushmail.com, Leaked_hacks1, )<br>Closed Door, Closed Color, Clutter Removed, )<br>Color Rain, Plot Draw, and Invil Cable)   )<br>                                                             )<br>    *Defendant*.                                   ) | |

**UNOPPOSED MOTION TO ALLOW GOVERNMENT EXPERT TO APPEAR VIRTUALLY AT SENTENCING HEARING**

The United States of America, by counsel, John E. Childress, Acting United States Attorney for the Southern District of Indiana, Tiffany J. Preston and Kristina Marie Korobov, Assistant United States Attorneys ("the Government"), hereby files an Unopposed Motion to Seeking to allow the Government's Expert Witness to appear Virtually at the March 12, 2021 Sentencing Hearing. In furtherance of its Motion, the Government states as follows:

1. On April 9, 2019, the defendant was charged by Superseding Indictment with Production of Child Pornography, Coercion and Enticement of a Minor, Distributing and Receiving Child Pornography, Threat to Use Explosive Device, Threats and Extortion, Threats to Kill, Kidnap, and Injure, Witness Tampering, Obstruction of Justice, and Retaliation Against a Witness or Victim. [DKT 44].

2. On February 7, 2020, the defendant filed a petition to plead guilty to the above-referenced charges. [DKT 132].

3. The sentencing hearing is scheduled for March 12, 2021, at 9:00 a.m.

4. The Government has retained and intends to call Dr. Reid Meloy as an expert witness during the sentencing hearing. Dr. Meloy is a forensic psychologist.

5. Dr. Meloy resides in Southern California, and is in a high-risk category for complications associated with COVID-19.

5. Accordingly, the Government requests permission to allow Dr. Meloy to avoid the risks associated with travel during a pandemic, and appear via live Video Teleconferencing Capability ("VTC") at the sentencing hearing.

7. The defendant does not object to this request.

8. The defendant will have an opportunity to confront and cross-examine Dr. Meloy using VTC.

9. This motion is not brought for purposes of delay, and indeed, Dr. Meloy is willing to travel if necessary, to attend the March 12, 2021 hearing in person.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

January 25, 2021     /s/ Tiffany J. Preston

DATE

Tiffany J. Preston
Kristina Korobov
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, a copy of the foregoing UNOPPOSED MOTION TO ALLOW GOVERNMENT EXPERT TO APPEAR VIRTUALLY AT SENTENCING HEARING was filed electronically.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:   January 25, 2021                    Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   s/ Tiffany J. Preston
Tiffany J. Preston
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone:  317-226-6333
Fax:  317-229-6125
Email:  tiffany.preston@usdoj.gov