UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:17-cr-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) |
| (a.k.a. Brian Kil, Brianna Killian, Brian Mil, Greg | ) |
| Martain, Purge of Maine, uygt9@hushmail.com, | ) |
| jare9302@hushmail.com, Dtvx1@hushmail.com, | ) |
| Leaked_hacks1, Closed Door, Closed Color, Clutter | ) |
| Removed, Color Rain, Plot Draw, and Invil Cable, | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is before the Court upon the Government's Unopposed Motion To Allow Government Expert To Appear Virtually At Sentencing Hearing, and the Court, being duly advised, now finds as follows:

The Court finds further that the ends of justice are served by allowing the Government's expert witness to appear virtually at the March 12, 2021 sentencing hearing for the reasons set forth in the Government's Unopposed Motion.

The Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Government's Expert Witness, Dr. Reid Meloy, may appear virtually during the March 12, 2021 sentencing hearing.

**SO ORDERED.**

Date: _____.

_____
Tonya Walton Pratt
United States District Judge
Southern District of Indiana

Distribution to the Parties