UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ | ) | |
|   a/k/a BRIAN KIL | ) | |
|   a/k/a BRIANNA KILLIAN | ) | |
|   a/k/a BRIAN MIL | ) | |
|   a/k/a GREG MARTAIN | ) | |
|   a/k/a PURGE OF MAINE | ) | |
|   a/k/a UYGT9@HUSHMAIL.COM | ) | |
|   a/k/a JARE9302@HUSHMAIL.COM | ) | |
|   a/k/a DTVX1@HUSHMAIL.COM | ) | |
|   a/k/a LEAKED_HACKS1 | ) | |
|   a/k/a CLOSED DOOR | ) | |
|   a/k/a CLOSED COLOR | ) | |
|   a/k/a CLUTTER REMOVED | ) | |
|   a/k/a COLOR RAIN | ) | |
|   a/k/a PLOT DRAW | ) | |
|   a/k/a INVIL CABLE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is set for an in-person sentencing hearing on March 12, 2021 at 9:00 a.m. in the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana, Courtroom #344. Due to the ongoing Covid-19 pandemic and the need for social distancing, seating in Courtroom 344 is extremely limited. Only those pre-approved by the Court may view the hearing in Courtroom 344. All other members of the public may view the proceedings from Room 434.

IT IS SO ORDERED.

Date: 3/1/2021

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov