UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-CR-0183-TWP-TAB |
| ) | |
| BUSTER HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the United States' Motion to Seal Designated Sentencing Memorandum Exhibits.

The Court, being duly advised, now GRANTS said motion for the reasons set forth in the motion.

IT IS THEREFORE ORDERED that the Government may file the following exhibits under seal and said exhibits will remain under seal:

    a. (3) Exhibit 2002, # (4) Exhibit 2003, # (5) Exhibit 2004, # (6) Exhibit 2005, (12) Exhibit 209, # (13) Exhibit 210, # (14) Exhibit 211, # (15) Exhibit 201, # (16) Exhibit 207, # (17) Exhibit 200, # (18) Exhibit 213, # (19) Exhibit 214, # (20) Exhibit 208, # (21) Exhibit 2417, # (22) Exhibit 2418, # (23) Exhibit 2419, # (24) Exhibit 204, # (25) Exhibit 206, # (26) Exhibit 216, # (27) Exhibit 202, # (28) Exhibit 203, # (29) Exhibit 205, # (30) Exhibit 148, # (31) Exhibit 149, # (32)

Exhibit 2404, # (33) Exhibit 2405, # (34) Exhibit 2406, # (35) Exhibit 2407, # (36) Exhibit 2408, # (37) Exhibit 2409, # (38) Exhibit 2410, # (39) Exhibit 2411, # (40) Exhibit 1900, # (41) Exhibit 1901, # (42) Exhibit 1902, # (43) Exhibit 1903, # (44) Exhibit 1904, # (45) Exhibit 1905, # (46) Exhibit 1906, # (47) Exhibit 1907, # (48) Exhibit 1908, # (49) Exhibit 1909, # (50) Exhibit 2200, # (51) Exhibit 1700, # (52) Exhibit 1701, # (53) Exhibit 1702, # (54) Exhibit 1703).

Date: 3/3/2021

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.