# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ | ) | |
|   a/k/a BRIAN KIL | ) | |
|   a/k/a BRIANNA KILLIAN | ) | |
|   a/k/a BRIAN MIL | ) | |
|   a/k/a GREG MARTAIN | ) | |
|   a/k/a PURGE OF MAINE | ) | |
|   a/k/a UYGT9@HUSHMAIL.COM | ) | |
|   a/k/a JARE9302@HUSHMAIL.COM | ) | |
|   a/k/a DTVX1@HUSHMAIL.COM | ) | |
|   a/k/a LEAKED_HACKS1 | ) | |
|   a/k/a CLOSED DOOR | ) | |
|   a/k/a CLOSED COLOR | ) | |
|   a/k/a CLUTTER REMOVED | ) | |
|   a/k/a COLOR RAIN | ) | |
|   a/k/a PLOT DRAW | ) | |
|   a/k/a INVIL CABLE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## CLERK'S NOTICE OF APPEAL

Pursuant to Fed. R. Crim. P. 32(j)(2) and at the request of Defendant made in open court at the conclusion of the sentencing hearing, the Clerk hereby files this notice of appeal on behalf of Defendant.

Date: 3/12/2021

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov