

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

### Roger A. G. Sharpe, Clerk of Court

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

March 17, 2021

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE
10 West Market Street
Suite 2100
Indianapolis, IN 46204

Mario Garcia
BRATTAIN MINNIX GARCIA
One Indiana Square
Suite 2625
Indianapolis, IN 46204

RE:  UNITED STATES OF AMERICA v. BUSTER HERNANDEZ

CAUSE NO:  1:17-cr-00183-TWP-TAB-1

Dear Appellant and Appellee:

Please be advised that the Notice of Appeal filed in 1:17-cr-00183-TWP-TAB-1 has been forwarded to the United States Court of Appeals for the Seventh Circuit. The Clerk of the Seventh Circuit will assign an appellate case number, docket the appeal, and notify case participants of the Seventh Circuit case number assigned to this matter.

Please review Seventh Circuit Rule 10 (enclosed) for guidance regarding record preparation.

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Roger A. G. Sharpe
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## Selected Rules for Reference

**CIRCUIT RULE 10. Preparation and Accessibility of Record in District Court Appeals**

**(a) Record Preparation Duties.**

**(1) Within 14 days of filing the notice of appeal the district court must ensure the district court docket is complete and made available electronically to the court of appeals.**

**(2) The clerk of the district court must prepare and hold any confidential record or exhibit not available electronically on the district court docket until requested by the court of appeals.**

**(3) Counsel must ensure, within 21 days of filing the notice of appeal, that all electronic and non electronic documents necessary for review on appeal are on the district court docket.**

(b) *Correction or Modification of Record.* A motion to correct or modify the record pursuant to Rule 10(e), Fed. R. App. P., or a motion to strike matter from the record on the ground that it is not properly a part thereof must be presented first to the district court. That court's order ruling on the motion must be included as part of the record and a notice of the order must be sent to the court of appeals.

(c) *Order or Certification with Regard to Transcript.* Counsel and court reporters are to utilize the form prescribed by this court when ordering transcripts or certifying that none will be ordered. For specific requirements, see Rules 10(b) and 11(b), Fed. R. App. P.

(d) *Ordering Transcripts in Criminal Cases.*

(1) *Transcripts in Criminal Justice Act Cases.* At the time of the return of a verdict of guilty or, in the case of a bench trial, an adjudication of guilt in a criminal case in which the defendant is represented by counsel appointed under the Criminal Justice Act (C.J.A.), counsel for the defendant must request a transcript of testimony and other relevant proceedings by completing a C.J.A. Form No. 24 and giving it to the district judge. If the district judge believes an appeal is probable, the judge must order transcribed so much of the proceedings as the judge believes necessary for an appeal. The transcript must be filed with the clerk of the district court within 40 days after the return of a verdict of guilty or, in the case of a bench trial, the adjudication of guilt or within seven days after sentencing, whichever occurs later. If the district judge decides not to order the transcript at that time, the judge must retain the C.J.A. Form No. 24 without ruling. If a notice of appeal is filed later, appointed counsel or counsel for a defendant allowed after trial to proceed on appeal in forma pauperis must immediately notify the district judge of the filing of a notice of appeal and file or renew the request made on C.J.A. Form No. 24 for a free transcript.

(2) *Transcripts in Other Criminal Cases.* Within 14 days after filing the notice of appeal in other criminal cases, the appellant or appellant's counsel must deposit with the court reporter the estimated cost of the transcript ordered pursuant to Rule 10(b), Fed. R. App. P., unless the district court orders that the transcript be paid for by the United States. A non-indigent appellant must pay a pro rata share of the cost of a transcript prepared at the request of an indigent co-defendant under the Criminal Justice Act unless the district court determines that fairness requires a different division of the cost. Failure to comply with this paragraph will be cause for dismissal of the appeal.

(e) *Indexing of Transcript.* The transcript of proceedings to be part of the record on appeal (and any copies prepared for the use of the court or counsel in the case on appeal) must be bound by the reporter, with the pages consecutively numbered throughout. The transcript of proceedings must contain a suitable index, as well as the following information:

(1) An alphabetical list of witnesses, giving the pages on which the direct and each other examination of each witness begins.

(2) A list of exhibits by number, with a brief description of each exhibit indicating the nature of its contents, and with a reference to the pages of the transcript where each exhibit has been identified, offered, and received or rejected.

(3) A list of other significant portions of the trial such as opening statements, arguments to the jury, and instructions, with a reference to the page where each begins.

When the record includes transcripts of more than one trial or other distinct proceeding, and it would be cumbersome to apply this paragraph to all the transcripts taken together as one, the rule may be applied separately to each transcript of one trial or other distinct proceeding.

(f) *Presentence Reports*. The presentence report is part of the record on appeal in every criminal case. The district court must maintain this report under seal, unless it has already been placed in the public record in the district court. If the report is under seal, the report may not be included in the appendix to the brief or the separate appendix under Fed. R. App. P. 30 and Circuit Rule 30. Counsel of record may review the presentence report but may not review the probation officer's written comments and any other portion submitted in camera to the trial judge.

(g) *Effect of Omissions from the Record on Appeal.* When a party's argument is countered by a contention of waiver for failure to raise the point in the trial court or before an agency, the party opposing the waiver contention must give the record cite where the point was asserted and also ensure that the record before the court of appeals contains the relevant document or transcript.

NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf



# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Roger A. G. Sharpe, Clerk of Court**

Birch Bayh Federal Building
& U.S. Courthouse, Room 105
46 East Ohio Street
Indianapolis, IN  46204
(317) 229-3700

U.S. Courthouse, Room 104
921 Ohio Street
Terre Haute, IN 47807
(812) 231-1840

Winfield K. Denton Federal Building
& U. S. Courthouse, Room 304
101 NW Martin Luther King Blvd.
Evansville, IN 47708
(812) 434-6410

Lee H. Hamilton Federal Building
& U.S. Courthouse, Room 210
121 West Spring Street
New Albany, IN 47150
(812) 542-4510

March 17, 2021

RE:  UNITED STATES OF AMERICA v. BUSTER HERNANDEZ

CAUSE NO:  1:17-cr-00183-TWP-TAB-1

Dear Appellant:

A Notice of Appeal was filed in the above case on March 12, 2021. However, a "Docketing Statement" was <u>not</u> <u>filed</u> along with the Notice of Appeal, as required by <u>Circuit Rule 3(c)</u> of the U.S. Court of Appeals for the Seventh Circuit. A copy of the rule is attached for reference.

Pursuant to the Seventh Circuit Rule 3(c), the appellant must serve on all parties a docketing statement and file said statement with the Clerk of the Seventh Circuit within seven (7) days of the filing of the Notice of Appeal.

<u>IMPORTANT</u>: Please do not submit the docketing statement to the U.S. District Court. The docketing statement must be filed electronically with the Seventh Circuit pursuant to Circuit Rule 25.  If the appellant is proceeding pro se, then the docketing statement should be filed on paper by mailing the same to the address below:

> Christopher Conway, Clerk
> United States Court of Appeals
> 219 South Dearborn Street, Suite 2722
> Chicago, IL 60604

Please contact the Clerk's office with any questions or concerns.

Sincerely,
Roger A. G. Sharpe,
Clerk of Court

By Laura Townsend, Deputy Clerk
812-542-4511

## **Selected Rules for Reference**

CIRCUIT RULE 3. Notice of Appeal, Docketing Fee, Docketing Statement, and Designation of Counsel of Record

  (a) *Forwarding Copy of Notice of Appeal.* When the clerk of the district court sends to the clerk of this court a copy of the notice of appeal, the district court clerk shall include any docketing statement. In civil cases the clerk of the district court shall include the judgments or orders under review, any transcribed oral statement of reasons, opinion, memorandum of decision, findings of fact, and conclusions of law. The clerk of the district court shall also complete and include the Seventh Circuit Appeal Information Sheet in the form prescribed by this court.

  (b) *Dismissal of Appeal for Failure to Pay Docketing Fee.* If a proceeding is docketed without prepayment of the docketing fee, the appellant shall pay the fee within 14 days after docketing. If the appellant fails to do so, the clerk is authorized to dismiss the appeal.

  (c)(1) *Docketing Statement.* The appellant must serve on all parties a docketing statement and file it with the clerk of the district court at the time of the filing of the notice of appeal or with the clerk of this court within seven days of filing the notice of appeal. The docketing statement must comply with the requirements of Circuit Rule 28(a). If there have been prior or related appellate proceedings in the case, or if the party believes that the earlier appellate proceedings are sufficiently related to the new appeal, the statement must identify these proceedings by caption and number. The statement also must describe any prior litigation in the district court that, although not appealed, (a) arises out of the same criminal conviction, or (b) has been designated by the district court as satisfying the criteria of 28 U.S.C. §1915(g). If any of the parties to the litigation appears in an official capacity, the statement must identify the current occupant of the office. The docketing statement in a collateral attack on a criminal conviction must identify the prisoner's current place of confinement and its current warden; if the prisoner has been released, the statement must describe the nature of any ongoing custody (such as supervised release) and identify the custodian. If the docketing statement is not complete and correct, the appellee must provide a complete one to the court of appeals clerk within 14 days after the date of the filing of the appellant's docketing statement.

  (2) Failure to file the docketing statement within 14 days of the filing of the notice of appeal will lead to the imposition of a $100 fine on counsel. Failure to file the statement within 28 days of the filing of the notice of appeal will be treated as abandonment of the appeal, and the appeal will be dismissed. When the appeal is docketed, the court will remind the litigants of these provisions.

  (d) *Counsel of Record.* The attorney whose name appears on the docketing statement or other document first filed by that party in this court will be deemed counsel of record, and a separate notice of appearance need not be filed. If the name of more than one attorney is shown, the attorney who is counsel of record must be clearly identified. (There can be only one counsel of record.) If no attorney is so identified, the court will treat the first listed as counsel of record. The court will send documents only to the counsel of record for each party, who is responsible for transmitting them to other lawyers for the same party. The docketing statement or other document must provide the post office address and telephone number of counsel of record. The names of other members of the Bar of this Court and, if desired, their post office addresses, may be added but counsel of record must be clearly identified. An attorney representing a party who will not be filing a document shall enter a separate notice of appearance as counsel of record indicating the name of the party represented. Counsel of record may not withdraw, without consent of the court, unless another counsel of record is simultaneously substituted.

  NOTE:   The complete Federal Rules of Appellate Procedure & Rules of the 7th Circuit Court of Appeals
  are available at: http://www.ca7.uscourts.gov/Rules/Rules/rules.pdf

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cr-00183-TWP-TAB |
| | ) | |
| BUSTER HERNANDEZ | ) | |
|   a/k/a BRIAN KIL | ) | |
|   a/k/a BRIANNA KILLIAN | ) | |
|   a/k/a BRIAN MIL | ) | |
|   a/k/a GREG MARTAIN | ) | |
|   a/k/a PURGE OF MAINE | ) | |
|   a/k/a UYGT9@HUSHMAIL.COM | ) | |
|   a/k/a JARE9302@HUSHMAIL.COM | ) | |
|   a/k/a DTVX1@HUSHMAIL.COM | ) | |
|   a/k/a LEAKED_HACKS1 | ) | |
|   a/k/a CLOSED DOOR | ) | |
|   a/k/a CLOSED COLOR | ) | |
|   a/k/a CLUTTER REMOVED | ) | |
|   a/k/a COLOR RAIN | ) | |
|   a/k/a PLOT DRAW | ) | |
|   a/k/a INVIL CABLE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## <u>CLERK'S NOTICE OF APPEAL</u>

Pursuant to Fed. R. Crim. P. 32(j)(2) and at the request of Defendant made in open court at the conclusion of the sentencing hearing, the Clerk hereby files this notice of appeal on behalf of Defendant.

Date:  3/12/2021

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kristina.korobov@usdoj.gov

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

AO 245B (Rev. 09/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### Southern District of Indiana

<table>
<tr><td>UNITED STATES OF AMERICA<br><br>v.<br><br>BUSTER HERNANDEZ<br>a/k/a: Brian Kil; Brianna Killian; Brian Mil;<br>Greg Martain; Purge of Maine; uygt9@hushmail.com;<br>jare9302@hushmail.com; Dtvx1@hushmail.com;<br>Leaked_hacks1; Closed Door; Closed Color; Clutter Removed;<br>Color Rain; Plot Draw; and Invil Cable</td><td>**JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 1:17CR00183-001<br>USM Number: 76731-097<br><br>Mario Garcia<br>Defendant's Attorney</td></tr>
</table>

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 - 41

☐ pleaded nolo contendere to count(s)_ which was accepted by the court.

☐ was found guilty on count(s)  after a plea of not guilty

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18§2251(a) | Production of Child Pornography | 09/05/2014 | 1 |
| 18§2251(a) | Production of Child Pornography | 10/09/2014 | 2 |
| 18§2251(a) | Production of Child Pornography | 10/31/2014 | 3 |
| 18§2251(a) | Production of Child Pornography | 10/01/2014 | 4 |
| 18§2251(a) | Production of Child Pornography | 09/12/2014 | 5 |
| 18§2251(a) | Production of Child Pornography | 10/08/2014 | 6 |
| 18§2251(a) | Production of Child Pornography | 11/07/2014 | 7 |
| 18§2251(a) | Production of Child Pornography | 11/15/2014 | 8 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 9 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 10 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 11 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 12/10/2014 | 12 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 12/10/2014 | 13 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 14 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 15 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 16 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 17 |
| 18§844(e) | Threat to Use Explosive Device | 12/17/2015 | 18 |
| 18§844(e) | Threat to Use Explosive Device | 12/17/2015 | 19 |
| 18§844(e) | Threat to Use Explosive Device | 12/20/2015 | 20 |
| 18§844(e) | Threat to Use Explosive Device | 12/20/2015 | 21 |
| 18§875(b) | Threats and Extortion | 08/03/2017 | 22 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/15/2015 | 23 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/15/2015 | 24 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 25 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 26 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 27 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 28 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 29 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 30 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/21/2015 | 31 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 01/03/2016 | 32 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 33 |

AO245B(Rev 02/16) Judgment in a Criminal Case                                                                        Judgment Page 2 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable

CASE NUMBER: 1:17CR00183-001

| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 34 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 35 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 36 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 37 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 38 |
| 18§1512(c) | Obstruction of Justice | 08/03/2017 | 39 |
| 18§1513(e) | Retaliation Against a Witness or Victim | 08/03/2017 | 40 |
| 18§1513(e) | Retaliation Against a Witness or Victim | 08/03/2017 | 41 |

The defendant is sentenced as provided in pages 2 through 14 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 12, 2021
Date of Imposition of Sentence:

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Date: 3/16/2021

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 3 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33-41: 120 months per count; Counts 23-32: 60 months per count, all concurrent)**

☒ The Court makes the following recommendations to the Bureau of Prisons:
**That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY: _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent)**

### MANDATORY CONDITIONS

1. You shall not commit another federal, state, or local crime.
2. You shall not unlawfully possess a controlled substance.
3. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You shall cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒ You shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You shall participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the conditions listed below.

### CONDITIONS OF SUPERVISION

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

14. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

15. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

16. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

17. You shall not use or possess alcohol.

18. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

19. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

20. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

21. You shall not engage in an occupation, business, profession or volunteer activity that would require or enable you to access the internet or have access to an internet enabled device  during the term of supervision without prior approval of the probation officer.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                                 Judgment Page 6 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

22. You shall not have <u>unsupervised</u> meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have <u>supervised</u> meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.

23. You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court.

24. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above.

25. You shall not engage in any meetings, communications, activities, or visits with any of the victim(s) involved in this case or members of the family of such victim(s) without prior approval from the court.

26. You shall not enter or remain at a place for the primary purpose of observing or contacting children under the age of 18.

27. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

28. You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

29. You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer.

30. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

31. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: sexual disorder assessment, polygraph examinations, sex offender treatment, and computer monitoring systems. The probation officer shall determine your ability to pay and any schedule of payment.

AO245B(Rev 02/16) Judgment in a Criminal Case                                              Judgment Page 7 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

I understand that I and/or the probation officer may petition the Court to modify these conditions, and the final decision to modify these terms lies with the Court.  If I believe these conditions are being enforced unreasonably, I may petition the Court for relief or clarification; however, I shall comply with the directions of my probation officer unless or until the Court directs otherwise.  Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.


These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.


(Signed)
_____          _____
                    Defendant                                                      Date


_____          _____
          U.S. Probation Officer/Designated Witness                    Date

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $4,100.00 | $80,000.00 |  |  |  |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Minor Victim 1 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 2 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 3 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 4 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 5 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 6 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 11 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 12 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
|  |  |  |  |
| TOTALS | $80,000.00 | $80,000.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ the interest requirement is waived for the ☐ fine ☒ restitution

   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 10 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due
     ☐   not later than _____, or
     ☐   in accordance with _____ ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☒ F or ☒ G below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years),* to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the restitution ordered herein and the Court may order such payment in the future. The victims' recovery is limited to the amount of loss, and the defendant's liability for restitution ceases if and when the victims receive full restitution.

**G** ☒ Special instructions regarding the payment of criminal monetary penalties:

     **Any unpaid restitution balance during the term of supervision shall be paid at a rate of not less than 10 % of the defendant's gross monthly income.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐     Joint and Several

| Defendant and Co-Defendant Names and Case Numbers *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee |
|---|---|---|---|
| | | | |

☐     The defendant shall pay the cost of prosecution.

☐     The defendant shall pay the following court cost(s): _____

☒     The defendant shall forfeit the defendant's interest in the following property to the United States:

     **See pages 11-14 for forfeitures.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO245B(Rev 02/16) Judgment in a Criminal Case                                                    Judgment Page 11 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## FORFEITURES

1.    The items seized from 9617 Eucalyptus Drive in Bakersfield on August 3, 2017:

Western Digital Hard Drive, 80GB, Model: WB800BB-55JKA0, S/N: WCAMO2406221
Seagate Hard Drive, 40GB, Model: ST340014A, S/N: 5JX62W8E;
iPhone5 cellphone, IMEI: 01333600941128;
HTC Phone, IMEI: 357814049305405;
Sony DVD R+RW;
Hitachi Hard drive, S/N: VNVC0ZG3DBEPYELT;
Ziploc bag containing three SD cards- (1) SD Card, 2GB, silicone power, (2) Samsung Micro SD card, 8 GB, and (3) HC Micro SD card, 4GB;
Memorex CD's;
Samsung Hard Drive, S/N: S25WJ9AB50615; 1- MSATA Memory card;
SanDisk Cruiser glide, 64 GB, S/N: BH151025362B Verbatim flash drive;
SanDisk, 4GB flash drive;
2 Black in color flash drives;
Memorex, 8 GB flash drive;
Motorola cellphone, model: XP875, S/N: 990000838180380;
LG cellphone, IMEI: 013687004137070;
Stack of DVD+RW discs;
HP computer, model: 635, S/N:5CB1220XLL;
2 Thumb drives;
External hard drive, S/N: Y2IBTFEXTTT1;
Acer laptop, model: Aspire 5251-1513 S/N: LXPWJ02001017273671601;
HP Laptop Probook, model: 6475B, S/N: CNU3019SKC;
Samsung Galaxy cell phone, model: N/A, S/N: N/A;
HP laptop, model: G7-1167 DX, S/N: CNF1231VMB;
White iPhone 6S S/N C76RJAM8GRYF; and
White iPhone 7+ S/N F2LT5BL9HFYC

2.    The items seized from 4208 Pioneer Drive in Bakersfield, California, on April 18, 2019:

1 iPhone (white/gold);
1 Microsoft Notebook receiver;
1 Dell CPU Tower, serial number 9NLCW31; and
1 Dell CPU, serial number 2636Y41

3.    All data from the following email and social media accounts which the defendant admitted using to commit the charged offenses and relevant conduct during his change of plea hearing on February 6, 2020:

Facebook:

| | |
|---|---|
| Amanda Von | During After, samantha.stary.3 |
| Amanda Wick | Emily Leak, emily.leak.397 |
| Angie Polanco | Emma Leaked, emma.leaked |
| Austin Palins | Front Door |
| Ava Courneya | Garret Henry |
| Be Here, amanda.carr.1401 | Grean Colrng |
| Bee Here, bee.here.351 | Haase Brey, haase.brey |
| Been There, been.there.963 | Hannah Leaked, hannah.leaked |

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

| | |
|---|---|
| blowout_ | Harmony Raines |
| Bre Samson, bre.samson.3 | Here Bee, here.bee.5 |
| Brian Kil | hit me up (pytbv1@yandex.com), leaked_hacks1 |
| Brian Kil | Invil Cable |
| Brian Kil | Jack Lime |
| Brian Kil | jare930 |
| Brian Kil | Jared Jantil |
| Brian Kil, maddie.gile.7 | Jayna Melton |
| Brian Kil | Jillian Topur, jillian.topur |
| Brian Kil, brian.kil.96 | Journeyy Charna, journeyy.charna.7 |
| Brian Kil, brian.kil.737 | Journeyy Leaked, journeyy.leaked.3 |
| Brian Kil, amy.brooks.7330763 | Katie Henderson |
| Brian Kilmore, Meghan Goss | Kayla Bean |
| Brian Kils | Kel May, kel.may.7798 |
| Brian Kils, brian.kils.9 | Larry Nembers |
| Brian_kil9 | Listen Close |
| Brianna Davis | Lori Harris |
| Brianna Kilian, brianna.lik | Maddie Lauren, maddie.lauren.9 |
| Brooke Arenas | Madison Vangorder |
| Brooke Purge, brooke.purge | Madison Vangordern |
| Call Dime, call.dime | Maine Purge |
| Call Dime, call.dime.9 | Maine Purge, maine.purge.73 |
| Carlea Dafur | Maine Purge |
| Catey Tracey, catey.tracey.5 | Maine Purge, maine.purge.9887 |
| Catherine Tracy, catherine.tracy.37 | Maria Villa |
| Chris Car, chris.car.14019 | May June |
| Chris Walker | May June |
| Clear Waters | Meghan Arnet |
| Close Far | Mel Chris, mel.chris.142 |
| Closed Color | Missing Green, kasey.stary |
| Closed Door | More Less |
| Closed Door | Moved During, felin.stassy |
| Closed Door | Moved Green |
| Closed Door | Nancy Casey, nancy.casey.102 |
| Closed Doors | Out Doors, megean.reed.3 |
| Closed Left | Pers Dot, pers.dot.9 |
| Clutter Removed | Plot Draw |
| Colain Greeny | Purge Eva, purg.eva |
| Color Black, taryn.hardill | Purged Maine, purged.maine.1 |
| Color Black | Rebecca Slutofsky |
| Color Blacks | Red Light, rachel.leer.73 |
| Color Blue | Ryan Vacay |
| Color Close, riama.close | Sharp Turn |
| Color Green | Sierra Hanncock, amy.talmer |
| Color Green | Sierra Hanncock, brittany.kilgor |
| Color Mix | Tangie Haris |
| Color Moon | Tay Sines |
| Color Rain | Taylor Sines |
| Color Red | Taylor Sines, taylor.sines.792 |
| Color Red, color.red.9678 | Terra Parish |

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

| | |
|---|---|
| Color Reds | Vanessa Ruiz |
| Color Slow | Verb Noun, verb.noun.58 |
| Color White | Warped Haste, derrin.hasty |
| Colored Reds | We Uygt |
| Coloring Red, beth.harris.5492 | Wendy Meen, wendy.meen.5 |
| Colour Green | Went Slowed |
| Coloured White | 148232212184674 |
| Colured Grey, diana.harris.37604 | 1495085527469936 |
| Daisy Cosmeo | 1649536395316734 |
| Diana May, diana.may.7967 | 1659147381006769 |
| Draw Colors, jason.loras.9 | 396901027175660 |
| Drawn Line, drawn.line | 421287848077695 |

Brighthouse:

174.134.134.97

Tumblr:

briankil
brian-kil

Hushmail:

| | |
|---|---|
| closed78@hushmail.com | jareht@hushmail.com |
| dmzx3@hush.ai | jaynawhore@hush.ai |
| drawback8@hushmail.com | kxze@hushmail.com |
| dtvx1@hushmail.com | oo9777@hushmail.com |
| dtvx2@hushmail.com | oo9779@hushmail.com |
| edwe0@hushmail.com | oo97777@hushmail.com |
| jare92o2@hushmail.com | oo977777@hushmail.com |
| jare9302@hushmail.com | szxw7@hushmail.com |
| uygt9@hushmail.com | talkfa2qa@hushmail.com |
| amp98@hushmail.com | taylor.la@hushmail.com |
| amp988@hushmail.com | terminal343@hush.ai |
| ampy88@hushmail.com | tklw5@hushmail.com |
| close77@hushmail.com | tr3e@hushmail.com |
| closed77@hushmail.com | trte4rr7t@hushmail.com |
| dkl6@hushmail.com | vrtyd99@hushmail.com |
| dmzx9@hush.ai | wder22@hushmail.com |
| drawback88@hushmail.com | yh56y@hushmail.com |
| drawback888@hushmail.com | yh65w@hushmail.com |
| fire89@hush.ai | yh65y@hushmail.com |
| gfjy6@hushmail.com | yhj8@hushmail.com |
| hgz5@hushmail.com | ytrd4@hushmail.com |
| idont698@hush.ai | zxgot@hushmail.com |
| ixze6@hush.ai | zxgots@hushmail.com |
| jare93o2@hushmail.com | zza8000@hushmail.com |
| jare9202@hushmail.com | zza8800@hushmail.com |
| jare9402@hushmail.com | |

AO245B(Rev 02/16) Judgment in a Criminal Case                                          Judgment Page 14 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

Yandex:

cop.killer.pipeb@yandex.com
cop-killer-pipeb@yandex.com

# *** PUBLIC DOCKET ***

APPEAL,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00183-TWP-TAB-1

Case title: USA v. HERNANDEZ                    Date Filed: 09/07/2017
Magistrate judge case number: 1:17-mj-00661-TAB  Date Terminated: 03/16/2021

Assigned to: Judge Tanya Walton Pratt
Referred to: Magistrate Judge Tim A.
Baker

**Defendant (1)**

**BUSTER HERNANDEZ**                    represented by   **Joseph Martin Cleary**
*TERMINATED: 03/16/2021*                                 INDIANA FEDERAL COMMUNITY
*also known as*                                          DEFENDERS
BRIAN KIL                                                111 Monument Circle
*TERMINATED: 03/16/2021*                                 Suite 3200
*also known as*                                          Indianapolis, IN 46204
BRIANNA KILLIAN                                          (317) 383-3520
*TERMINATED: 03/16/2021*                                 Fax: (317) 383-3525
*also known as*                                          Email: joe_cleary@fd.org
BRIAN MIL                                                *TERMINATED: 07/02/2019*
*TERMINATED: 03/16/2021*                                 *ATTORNEY TO BE NOTICED*
*also known as*                                          *Designation: Public Defender or*
GREG MARTAIN                                             *Community Defender Appointment*
*TERMINATED: 03/16/2021*
*also known as*                                          **Loren Collins**
PURGE OF MAINE                                           INDIANA FEDERAL COMMUNITY
*TERMINATED: 03/16/2021*                                 DEFENDERS
*also known as*                                          111 Monument Circle
UYGT9@HUSHMAIL.COM                                       Suite 3200
*TERMINATED: 03/16/2021*                                 Indianapolis, IN 46204
*also known as*                                          317-383-3520
JARE9302@HUSHMAIL.COM                                    Email: loren.collins@fd.org
*TERMINATED: 03/16/2021*                                 *TERMINATED: 07/02/2019*
*also known as*                                          *ATTORNEY TO BE NOTICED*
DTVX1@HUSHMAIL.COM                                       *Designation: Public Defender or*
*TERMINATED: 03/16/2021*                                 *Community Defender Appointment*
*also known as*
LEAKED_HACKS1                                            **Mario Garcia**
*TERMINATED: 03/16/2021*                                 BRATTAIN MINNIX GARCIA

*also known as*
CLOSED DOOR
*TERMINATED: 03/16/2021*
*also known as*
CLOSED COLOR
*TERMINATED: 03/16/2021*
*also known as*
CLUTTER REMOVED
*TERMINATED: 03/16/2021*
*also known as*
COLOR RAIN
*TERMINATED: 03/16/2021*
*also known as*
PLOT DRAW
*TERMINATED: 03/16/2021*
*also known as*
INVIL CABLE
*TERMINATED: 03/16/2021*

One Indiana Square
Suite 2625
Indianapolis, IN 46204
(317) 231-1750
Fax: (317) 231-1760
Email: mario@bmgindy.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:2251A.F  PRODUCTION OF
CHILD PORNOGRAPHY
(1s-8s)

18:2422.F  COERCION AND
ENTICEMENT OF MINOR
(9s-11s)

**Disposition**

Defendant pleaded guilty to counts 1-
41. IMPRISONMENT: 890 months
(Counts 1-8: 360 months per count;
Counts 9-11: 890 months per count;
Counts. 12-22 and 33- 41: 120 months
per count; Counts 23-32: 60 months per
count, all concurrent). The Court makes
the following recommendations to the
Bureau of Prisons: That the defendant
be designated to USP Tucson and
provided access to the Sex Offender
Management Program and RDAP.
SUPERVISED RELEASE: Life
(Counts 1-17: Life per count; Counts
18-41: 3 years per count, all
concurrent). S.A. FEE: $4,100.00.
RESTITUTION: $80,000.00.

Defendant pleaded guilty to counts 1-
41. IMPRISONMENT: 890 months
(Counts 1-8: 360 months per count;
Counts 9-11: 890 months per count;
Counts. 12-22 and 33- 41: 120 months
per count; Counts 23-32: 60 months per
count, all concurrent). The Court makes
the following recommendations to the
Bureau of Prisons: That the defendant
be designated to USP Tucson and

provided access to the Sex Offender Management Program and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00.

18:2252A.F  DISTRIBUTING AND RECEIVING CHILD PORNOGRAPHY
(12s-17s)

Defendant pleaded guilty to counts 1-41. IMPRISONMENT: 890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33- 41: 120 months per count; Counts 23-32: 60 months per count, all concurrent). The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00.

18:844E.F  THREAT TO USE EXPLOSIVE DEVICE
(18s-21s)

Defendant pleaded guilty to counts 1-41. IMPRISONMENT: 890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33- 41: 120 months per count; Counts 23-32: 60 months per count, all concurrent). The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00.

Defendant pleaded guilty to counts 1-41. IMPRISONMENT: 890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33- 41: 120 months per count; Counts 23-32: 60 months per

18:875B.F  THREATS AND
EXTORSION
(22s)

count, all concurrent). The Court makes
the following recommendations to the
Bureau of Prisons: That the defendant
be designated to USP Tucson and
provided access to the Sex Offender
Management Program and RDAP.
SUPERVISED RELEASE: Life
(Counts 1-17: Life per count; Counts
18-41: 3 years per count, all
concurrent). S.A. FEE: $4,100.00.
RESTITUTION: $80,000.00.

18:875C.F  THREATS TO KILL,
KIDNAP, AND INJURE
(23s-32s)

Defendant pleaded guilty to counts 1-
41. IMPRISONMENT: 890 months
(Counts 1-8: 360 months per count;
Counts 9-11: 890 months per count;
Counts. 12-22 and 33- 41: 120 months
per count; Counts 23-32: 60 months per
count, all concurrent). The Court makes
the following recommendations to the
Bureau of Prisons: That the defendant
be designated to USP Tucson and
provided access to the Sex Offender
Management Program and RDAP.
SUPERVISED RELEASE: Life
(Counts 1-17: Life per count; Counts
18-41: 3 years per count, all
concurrent). S.A. FEE: $4,100.00.
RESTITUTION: $80,000.00.

18:1512B.F  WITNESS TAMPERING
(33s-38s)

Defendant pleaded guilty to counts 1-
41. IMPRISONMENT: 890 months
(Counts 1-8: 360 months per count;
Counts 9-11: 890 months per count;
Counts. 12-22 and 33- 41: 120 months
per count; Counts 23-32: 60 months per
count, all concurrent). The Court makes
the following recommendations to the
Bureau of Prisons: That the defendant
be designated to USP Tucson and
provided access to the Sex Offender
Management Program and RDAP.
SUPERVISED RELEASE: Life
(Counts 1-17: Life per count; Counts
18-41: 3 years per count, all
concurrent). S.A. FEE: $4,100.00.
RESTITUTION: $80,000.00.

Defendant pleaded guilty to counts 1-
41. IMPRISONMENT: 890 months

| | |
|---|---|
| 18:1512C.F  OBSTRUCTION OF JUSTICE (39s) | (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33- 41: 120 months per count; Counts 23-32: 60 months per count, all concurrent). The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00. |
| 18:1513.F  RETALIATION AGAINST A WITNESS OR VICTIM (40s-41s) | Defendant pleaded guilty to counts 1-41. IMPRISONMENT: 890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33- 41: 120 months per count; Counts 23-32: 60 months per count, all concurrent). The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| PRODUCTION OF CHILD PORNAGRAPHY (1-6) | Superseded |
| DISTRIBUTING CHILD PORNAGRAPHY (7-9) | Superseded |
| THREAT TO USE EXPLOSIVE DEVICE (10-13) | Superseded |

THREATS TO INJURE                              Superseded
(14-26)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                 **Disposition**

CT 1-USING A CHILD LESS THAN
12 TO CREATE VISUAL
DEPICTIONS OF A MINOR
ENGAGING IN SEXUALLY
EXPLICIT CONDUCT CT 2-MADE A
THREAT CT3-COMMUNICATION
CONTAINING A THREAT TO
INJURE A PERSON

---

**Plaintiff**

**USA**                        represented by   **Kristina M. Korobov**
                                                UNITED STATES ATTORNEY'S
                                                OFFICE (Indianapolis)
                                                10 West Market Street
                                                Suite 2100
                                                Indianapolis, IN 46204
                                                (317) 226-6333
                                                Email: kristina.korobov@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Government Attorney*

                                                **Tiffany Jacqueline Preston**
                                                UNITED STATES ATTORNEY'S
                                                OFFICE (Indianapolis)
                                                10 West Market Street
                                                Suite 2100
                                                Indianapolis, IN 46204
                                                317-229-2401
                                                Fax: 317-226-6125
                                                Email: tiffany.preston@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2017 | 1 | NOTICE OF ATTORNEY APPEARANCE Tiffany Jacqueline Preston appearing for USA. (CBU) [1:17-mj-00661-TAB] (Entered: 08/02/2017) |
|  |  |  |

| | | |
|---|---|---|
| 08/01/2017 | 2 | COMPLAINT & AFFIDAVIT approved and signed by Judge Magistrate Judge Craig M. McKee as to BUSTER HERNANDEZ (1). Paper copies to USM. (CBU) [1:17-mj-00661-TAB] (Entered: 08/02/2017) |
| 08/01/2017 | 4 | PENALTY SHEET as to BUSTER HERNANDEZ (1). (CBU) [1:17-mj-00661-TAB] (Entered: 08/02/2017) |
| 08/10/2017 | 5 | Rule 5(c)(3) Documents Received from Eastern District of California, Bakersfield, Cause No. 5:15-mj-00034-JLT-1 as to BUSTER HERNANDEZ (1). Records obtained via Pacer. (Attachments: # 1 Docket Sheet, # 2 Warrant Return, # 3 Attorney Appearance, # 4 Commitment to Another District, # 5 Envelope)(MAC) [1:17-mj-00661-TAB] (Entered: 08/14/2017) |
| 08/15/2017 | 6 | MOTION for Extension of Time to 10/2/17 *to File Indictment* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order) (Preston, Tiffany) [1:17-mj-00661-TAB] (Entered: 08/15/2017) |
| 08/17/2017 | 7 | ORDER granting 6 Motion for Extension of Time to File an Indictment or an Information by 10/2/2017 as to BUSTER HERNANDEZ (1). Signed by Magistrate Judge Mark J. Dinsmore on 8/17/2017 (dist made)(CBU) [1:17-mj-00661-TAB] (Entered: 08/18/2017) |
| 08/30/2017 | 9 | MINUTE ENTRY for Initial Appearance as to BUSTER HERNANDEZ (1) on Complaint held before Magistrate Judge Mark J. Dinsmore on 8/30/2017. Probable Cause/Detention Hearing set for 9/8/2017 01:30 PM in room #238, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. See Minute Entry for further information. Defendant detained. Signed by Magistrate Judge Mark J. Dinsmore. Electronic Notice to USPO.(BAS) [1:17-mj-00661-TAB] (Entered: 08/31/2017) |
| 08/31/2017 | 10 | MOTION to Unseal Case by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) [1:17-mj-00661-TAB] (Entered: 08/31/2017) |
| 09/01/2017 | 11 | NOTICE OF ATTORNEY APPEARANCE: Joseph Martin Cleary appearing for BUSTER HERNANDEZ (1) (Federal Community Defender Appointment). (Cleary, Joseph) [1:17-mj-00661-TAB] (Entered: 09/01/2017) |
| 09/01/2017 | 12 | ORDER denying as moot 10 Motion to Unseal Case. This matter was unsealed on 8/30/2017 per dkt 9 (marginal). Signed by Magistrate Judge Mark J. Dinsmore on 9/1/2017.(CBU) [1:17-mj-00661-TAB] (Entered: 09/05/2017) |
| 09/07/2017 | 13 | INDICTMENT as to BUSTER HERNANDEZ (1) count(s) 1-6, 7-9, 10-13, 14-26. Paper copies to USM. (CBU) (Entered: 09/07/2017) |
| 09/07/2017 | 16 | NOTICE OF ATTORNEY APPEARANCE Tiffany Jacqueline Preston appearing for USA. (CBU) (Entered: 09/07/2017) |
| 09/07/2017 | 20 | PENALTY SHEET as to BUSTER HERNANDEZ (1). (CBU) (Entered: 09/07/2017) |
| 09/07/2017 | 21 | NOTIFICATION of Assigned Judge, Automatic Not Guilty Plea, Trial Date, Discovery Order and Other Matters as to BUSTER HERNANDEZ (1). Jury |

|            |    |                                                                                                                                                                                                                                                                                                                                  |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Trial set for 11/14/2017 at 9:00 AM in room #246, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Larry J. McKinney. Signed by Judge Larry J. McKinney on 9/7/2017. (CBU) (Entered: 09/07/2017)                                                                                                     |
| 09/08/2017 | 22 | WAIVER of Detention Hearing by BUSTER HERNANDEZ (1). (CBU) (Entered: 09/11/2017)                                                                                                                                                                                                                                                  |
| 09/08/2017 | 23 | ARREST Warrant Returned by US Marshal. Service of Warrant EXECUTED on 9/8/2017 in case as to BUSTER HERNANDEZ (1). (CBU) (Entered: 09/11/2017)                                                                                                                                                                                     |
| 09/08/2017 | 24 | MINUTE ENTRY for Initial Appearance on Indictment and Detention Hearing as to BUSTER HERNANDEZ (1) held before Magistrate Judge Tim A. Baker on 9/8/2017. See Minute Entry for further information. Defendant detained. Signed by Magistrate Judge Tim A. Baker. (BAS) (Entered: 09/12/2017)                                         |
| 09/29/2017 | 25 | ORDER REASSIGNING CASE - Pursuant to 28 U.S.C. Section 137 and Local Rule 40-1(f), this matter has been reassigned to Judge Tanya Walton Pratt. Judge Larry J. McKinney is no longer assigned to the case. Please included the new case number, 1:17-cr-00183-TWP-TAB, on all future filings in this matter. Signed by Judge Jane Magnus-Stinson on 9/29/2017. (JD) (Entered: 09/29/2017) |
| 10/03/2017 | 26 | SCHEDULING ORDER as to BUSTER HERNANDEZ (1) - This matter was reassigned to District Judge Tanya Walton Pratt. Final Pretrial Conference set for 10/25/2017 at 3:00 PM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Jury Trial set for 11/14/2017 is VACATED and RESET for 11/13/2017 at 9:00 AM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. PLEASE MAKE NOTE OF THESE CHANGES. See Order for pretrial filing deadlines. Signed by Judge Tanya Walton Pratt on 10/3/2017. Electronic Notice to USPO.(LBT) (Entered: 10/03/2017) |
| 10/05/2017 | 27 | MOTION to Continue *Final Pretrial Conference and Trial Date* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Cleary, Joseph) (Entered: 10/05/2017)                                                                                                                                                             |
| 10/06/2017 | 28 | ORDER - 27 Motion to Continue as to BUSTER HERNANDEZ (1) is granted. The October 25, 2017 final pretrial conference is vacated. Final Pretrial Conference reset for 4/4/2018 at 2:00 PM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. The November 13,2017 trial in this cause be rescheduled. Jury Trial reset for 4/23/2018 at 9:00 AM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 10/6/2017. Electronic Notice to USPO. (MEJ) (Entered: 10/06/2017) |
| 01/24/2018 | 29 | MOTION to Continue *Final Pretrial Conference and Trial Date* by BUSTER                                                                                                                                                                                                                                                           |

| | | |
|---|---|---|
| | | HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Cleary, Joseph) (Entered: 01/24/2018) |
| 01/26/2018 | 30 | ORDER - 29 Motion to Continue as to BUSTER HERNANDEZ (1) is granted. The April 4, 2018 final pretrial conference is vacated. Final Pretrial Conference rescheduled for 7/11/2018 at 2:00 PM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. The April 23,2018 trial is rescheduled. Jury Trial rescheduled for 7/30/2018 at 9:00 AM (Eastern Time) in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 1/26/2018. Electronic Notice to USPO. (MEJ) (Entered: 01/26/2018) |
| 05/02/2018 | 31 | Unopposed MOTION to Continue *Final Pretrial Conference and Trial* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 05/02/2018) |
| 05/04/2018 | 32 | ORDER - granting 31 Motion to Continue as to BUSTER HERNANDEZ (1). The final pretrial conference set for July 11, 2018 and the jury trial set for July 30, 2018 are VACATED. Final Pretrial Conference reset for 11/14/2018 at 10:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Jury Trial reset for 12/3/2018 at 9:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. The deadlines for pretrial filings remain set in accordance with Dkt. 26 . (See Order.) Signed by Judge Tanya Walton Pratt on 5/4/2018. Electronic Notice to USPO.(NAD) (Entered: 05/04/2018) |
| 07/09/2018 | 33 | NOTICE OF ATTORNEY APPEARANCE: Loren Collins appearing for BUSTER HERNANDEZ (1) (Federal Community Defender Appointment). (Collins, Loren) (Entered: 07/09/2018) |
| 09/14/2018 | 34 | MOTION to Continue *Final Pretrial Conference and Trial Date* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Cleary, Joseph) (Entered: 09/14/2018) |
| 09/17/2018 | 35 | ORDER - granting 34 Motion to Continue as to BUSTER HERNANDEZ (1). The Final Pretrial Conference set for 11/14/18 and Jury Trial set for 12/3/18 are VACATED. Final Pretrial Conference reset for 4/24/2019 at 2:00 PM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Jury Trial reset for 5/13/2019 at 9:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya Walton Pratt. Signed by Judge Tanya Walton Pratt on 9/17/2018. Electronic Notice to USPO.(NAD) (Entered: 09/18/2018) |
| 12/19/2018 | 36 | MOTION for Protective Order by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 12/19/2018) |
| 12/20/2018 | 37 | PROTECTIVE ORDER as to BUSTER HERNANDEZ (1). (See Order for details.) Signed by Judge Tanya Walton Pratt on 12/20/2018.(NAD) (Entered: |

| | | |
|---|---|---|
| | | 12/20/2018) |
| 03/15/2019 | [38](#) | MOTION to Dismiss *Counts 4, 5, 6, 9, 23, 24, 25 and 26 for Lack of Venue* by BUSTER HERNANDEZ (1). (Attachments: # [1](#) Memorandum in Support of Motion to Dismiss, # [2](#) Text of Proposed Order)(Cleary, Joseph) (Entered: 03/15/2019) |
| 03/20/2019 | [39](#) | MARGINAL ENTRY in case as to BUSTER HERNANDEZ (1). To ensure a ruling prior to the April 24, 2019 final pretrial conference, the Government shall file its response to Defendant's Motion to Dismiss (dkt. [38](#) ) no later than March 29, 2019. Signed by Judge Tanya Walton Pratt on 3/20/2019. (NAD) (Entered: 03/20/2019) |
| 03/27/2019 | [40](#) | NOTICE of Intent to Supersede the Indictment and Respond to Defendant's [38](#) Motion to Dismiss by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) Modified on 3/28/2019 - Edited docket text to match title of document; Added link to [38](#) (NAD). (Entered: 03/27/2019) |
| 03/28/2019 | [41](#) | MARGINAL ENTRY - Acknowledging [40](#) NOTICE of Intent to Supersede the Indictment and Respond to Defendant's [38](#) Motion to Dismiss in case as to BUSTER HERNANDEZ (1). Signed by Judge Tanya Walton Pratt on 3/28/2019. (NAD) (Entered: 03/28/2019) |
| 03/29/2019 | [42](#) | MOTION by USA as to BUSTER HERNANDEZ (1). (Attachments: # [1](#) Text of Proposed Order)(Preston, Tiffany) (Entered: 03/29/2019) |
| 04/04/2019 | [43](#) | ORDER - as to BUSTER HERNANDEZ (1). The Court, having reviewed the [42](#) Motion now GRANTS a 4th and final continuance of this matter. Because of the age of this case, the parties' should anticipate no further continuances. Therefore, IT IS SO ORDERED that the Final Pretrial Conference in this matter, set for April 24, 2019, at 2:00 p.m. is RESCHEDULED to July 31, 2019 at 9:00 a.m. in Courtroom 344, and the Jury Trial set for May 13, 2019, at 9:00 a.m. is RESCHEDULED to commence on August 19, 2019 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Signed by Judge Tanya Walton Pratt on 4/4/2019. Electronic Notice to USPO.(NAD) (Entered: 04/04/2019) |
| 04/09/2019 | [44](#) | SUPERSEDING INDICTMENT as to BUSTER HERNANDEZ (1) count(s) 1s-8s, 9s-11s, 12s-16s, 17s-20s, 21s, 22s-31s, 32s-37s, 38s, 39s-40s. Electronic notice to USM-W. (NAD) Modified on 4/18/2019 - Count numbers corrected per Order at [55](#) (NAD). (Entered: 04/10/2019) |
| 04/09/2019 | [48](#) | NOTICE OF ATTORNEY APPEARANCE Tiffany Jacqueline Preston appearing for USA. (NAD) (Entered: 04/10/2019) |
| 04/09/2019 | [49](#) | PENALTY SHEET as to BUSTER HERNANDEZ (1). (NAD) (Entered: 04/10/2019) |
| 04/12/2019 | 52 | SCHEDULING ORDER as to BUSTER HERNANDEZ (1) - Initial Appearance on Superseding Indictment set for 4/17/2019 at 2:00 PM in room #243, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana |

| | | |
|---|---|---|
| | | before Criminal Duty Magistrate Judge. ***TEXT ONLY ENTRY*** Electronic Notice to USPO.(BAS) (Entered: 04/12/2019) |
| 04/12/2019 | 53 | MOTION to Amend/Correct 44 Indictment by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 04/12/2019) |
| 04/16/2019 | 55 | ORDER - granting 53 Motion to Amend/Correct as to BUSTER HERNANDEZ (1). Therefore, IT IS SO ORDERED: 1. The United States may correct the Superseding Indictment as follows: beginning with paragraph 63, "Count 11" will become Count 12, and every subsequent Count will increase by 1. The headings will also be edited to correspond to the correct count numbering. The forfeiture allegations will be corrected to reflect a total of 41 counts in the Superseding Indictment. The clerk is directed to make these changes in CM/ECF. 2. No other changes will be made to the Superseding Indictment without prior order of the Court. 3. The United States will present a corrected copy to the Magistrate Judge and Defense Counsel prior to the April 17, 2019 Initial Appearance on the Superseding Indictment. The United States will also file a copy of the corrected document in CM/ECF using the submission event and noting that it is a corrected copy of the Indictment. Signed by Judge Tanya Walton Pratt on 4/16/2019.(NAD) (Main Document 55 replaced on 4/18/2019) (NAD). (Entered: 04/18/2019) |
| 04/17/2019 | 54 | MINUTE ORDER for Initial Appearance on Superseding Indictment as to BUSTER HERNANDEZ (1) held before Magistrate Judge Mark J. Dinsmore on 4/17/2019. Initial Appearance on Superseding Indictment set for 4/25/2019 at 3:00 PM in room #270, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Criminal Duty Magistrate Judge. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Mark J. Dinsmore. Electronic Notice to USPO.(BAS) (Entered: 04/18/2019) |
| 04/17/2019 | 56 | ARREST Warrant Returned by US Marshal. Service of Warrant EXECUTED on 4/17/2019 in case as to BUSTER HERNANDEZ (1). Electronic Notice to USM-W.(CBU) (Entered: 04/18/2019) |
| 04/24/2019 | 57 | Submission - *Corrected Superseding Indictment* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Exhibit - Corrected Penalty Sheet) (Preston, Tiffany) (Entered: 04/24/2019) |
| 04/29/2019 | 58 | MINUTE ORDER for Initial Appearance on Superseding Indictment (1) held before Magistrate Judge Debra McVicker Lynch on 4/25/2019. See Minute Order for further information. Defendant detained. Signed by Magistrate Judge Debra McVicker Lynch. (BAS) (Entered: 04/30/2019) |
| 06/12/2019 | 59 | ORDER ON DEFENDANT'S 38 MOTION TO DISMISS COUNTS 4, 5, 6, 9, 23, 24, 25 AND 26 FOR LACK OF VENUE as to BUSTER HERNANDEZ (1). In response to the Motion to Dismiss, the Government filed a Notice of Intent to Supersede the Indictment and Respond to Defendant's Motion to Dismiss (Filing No. 40 ). On April 9, 2019, a Superseding Indictment was filed (Filing No. 44 ), and a corrected Superseding Indictment was filed on |

| | | |
|---|---|---|
| | | April 24, 2019 (Filing No. 57 ). The corrected Superseding Indictment addresses the deficiencies argued in the motion to dismiss. Accordingly, Defendant's Motion to Dismiss (Filing No. 38 ) is DENIED as moot. Signed by Judge Tanya Walton Pratt on 6/12/2019. Electronic Notice to USPO. Electronic Notice to USM-W.(NAD) (Entered: 06/12/2019) |
| 07/01/2019 | 60 | NOTICE OF ATTORNEY APPEARANCE: Mario Garcia appearing for BUSTER HERNANDEZ (1) (CJA Appointment). (Garcia, Mario) (Entered: 07/01/2019) |
| 07/01/2019 | 61 | MOTION to Withdraw Attorney Appearance *s* by Loren Collins AND Joseph M. Cleary. by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Cleary, Joseph) (Entered: 07/01/2019) |
| 07/02/2019 | 62 | ORDER ON 61 MOTION TO WITHDRAW APPEARANCES as to BUSTER HERNANDEZ (1). IT IS THEREFORE ORDERED that the appearances of Joseph M. Cleary and Loren M. Collins, Indiana Federal Community Defenders shall be withdrawn as counsel for the Defendant. Signed by Judge Tanya Walton Pratt on 7/2/2019. (NAD) (Entered: 07/02/2019) |
| 07/08/2019 | 63 | ORDER as to BUSTER HERNANDEZ (1). A superseding indictment has been filed in this case. The Court notes that the Superseding Indictment does not automatically void the original indictment. The government must move to dismiss any charges in the original indictment it no longer seeks to pursue based on the superseding indictment. The government may do so by moving to dismiss the entire original indictment or one or more specific charges as to one or more individual defendants. Signed by Judge Tanya Walton Pratt on 7/8/2019. (NAD) (Entered: 07/09/2019) |
| 07/09/2019 | 64 | Order Appointing CJA Counsel Mario Garcia as to BUSTER HERNANDEZ (1). Such appointment shall be deemed effective as of 6/28/2019. Signed by Judge Tanya Walton Pratt on 7/9/2019. (APD) (Entered: 07/09/2019) |
| 07/11/2019 | 65 | Unopposed MOTION to Continue *Pretrial Conference and Jury Trial* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order) (Garcia, Mario) (Entered: 07/11/2019) |
| 07/17/2019 | 66 | MOTION to Dismiss *the Original Indictment* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 07/17/2019) |
| 07/18/2019 | 67 | ORDER - granting 65 Motion to Continue as to BUSTER HERNANDEZ (1). Accordingly, it is, ORDERED that the Final Pretrial Conference set for July 31, 2019 be, and hereby is removed from the Court's calendar and reset for January 21, 2020 at 10:00 a.m. in Courtroom 344 and further it is ORDERED that the Jury Trial set for August 19, 2019 be, and hereby is removed from the Court's calendar and reset for February 10, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Signed by Judge Tanya Walton Pratt on 7/18/2019. Electronic Notice to USPO.(NAD) (Entered: 07/19/2019) |
| | | |

| 07/19/2019 | 68 | ORDER granting 66 Motion to Dismiss Original Indictment as to BUSTER HERNANDEZ (1). Signed by Judge Tanya Walton Pratt on 7/19/2019. Electronic Notice to USPO. Electronic Notice to USM-W.(JRB) (Entered: 07/19/2019) |
| --- | --- | --- |
| 01/06/2020 | 69 | NOTICE OF ATTORNEY APPEARANCE Kristina M. Korobov appearing for USA. (Korobov, Kristina) (Entered: 01/06/2020) |
| 01/06/2020 | 70 | MOTION in Limine by USA as to BUSTER HERNANDEZ (1). (Korobov, Kristina) (Entered: 01/06/2020) |
| 01/07/2020 | 71 | MOTION in Limine by USA as to BUSTER HERNANDEZ (1). (Korobov, Kristina) (Entered: 01/07/2020) |
| 01/07/2020 | 72 | WITNESS LIST by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/07/2020) |
| 01/07/2020 | 73 | EXHIBIT LIST by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/07/2020) |
| 01/07/2020 | 74 | MOTION in Limine by BUSTER HERNANDEZ (1). (Garcia, Mario) (Entered: 01/07/2020) |
| 01/07/2020 | 75 | MOTION to Strike *Surplusage* by BUSTER HERNANDEZ (1). (Garcia, Mario) (Entered: 01/07/2020) |
| 01/08/2020 | 76 | EXHIBIT LIST by BUSTER HERNANDEZ (1), WITNESS LIST by BUSTER HERNANDEZ (1) (Garcia, Mario) (Entered: 01/08/2020) |
| 01/08/2020 | 77 | Unopposed MOTION *TO CORRECT SCRIVENERS ERROR IN SUPERSEDING INDICTMENT* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 ***PLEASE DISREGARD - INCORRECT PROPOSED ORDER ATTACHED***Text of Proposed Order)(Preston, Tiffany) Modified on 1/9/2020 (TRG). (Entered: 01/08/2020) |
| 01/09/2020 | 78 | Submission of Proposed Order , re 77 Unopposed MOTION *TO CORRECT SCRIVENERS ERROR IN SUPERSEDING INDICTMENT* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/09/2020) |
| 01/09/2020 | 79 | EXHIBIT LIST by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/09/2020) |
| 01/10/2020 | 80 | Proposed Jury Instructions by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/10/2020) |
| 01/10/2020 | 81 | ORDER - granting 77 Motion as to BUSTER HERNANDEZ (1). THIS MATTER comes before the Court on the Second Unopposed Motion by the United States to Correct a Scriveners Error in the Superseding Indictment. This Court, having reviewed the motion and being duly informed in the matter, finds the Motion well taken and now GRANTS that motion. The United States will file a corrected copy of the Superseding Indictment using the Submission event no later than Wednesday, January 15, 2020. Signed by Judge Tanya Walton Pratt on 1/10/2020.(NAD) (Entered: 01/10/2020) |

| 01/14/2020 | 83 | Submission - *Government's Proposed Verdict Form* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/14/2020) |
| 01/14/2020 | 84 | RESPONSE in Opposition re 74 MOTION in Limine by USA as to BUSTER HERNANDEZ (1) (Korobov, Kristina) (Entered: 01/14/2020) |
| 01/14/2020 | 85 | RESPONSE in Opposition re 75 MOTION to Strike *Surplusage* by USA as to BUSTER HERNANDEZ (1) (Korobov, Kristina) (Entered: 01/14/2020) |
| 01/14/2020 | 86 | Proposed Voir Dire by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/14/2020) |
| 01/14/2020 | 87 | RESPONSE in Opposition re 82 Second MOTION in Limine by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/14/2020) |
| 01/14/2020 | 88 | Proposed Jury Instructions by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 01/14/2020) |
| 01/15/2020 | 90 | MOTION to Maintain Document Under Seal 89 SEALED Document (Sealed - entry) by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 01/15/2020) |
| 01/16/2020 | 91 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/16/2020) |
| 01/16/2020 | 92 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/16/2020) |
| 01/16/2020 | 93 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/16/2020) |
| 01/16/2020 | 94 | ORDER - granting 90 Motion to Maintain Document Under Seal 89 SEALED Document (Sealed - entry) as to BUSTER HERNANDEZ (1). Signed by Judge Tanya Walton Pratt on 1/16/2020.(NAD) (Entered: 01/16/2020) |
| 01/18/2020 | 95 | MOTION in Limine by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/18/2020) |
| 01/19/2020 | 96 | Submission of Amended Exhibit List by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) Modified on 1/21/2020 - Edited docket text to match caption of document(NAD). (Entered: 01/19/2020) |
| 01/20/2020 | 97 | RESPONSE in Opposition re 95 MOTION in Limine , 71 MOTION in Limine by BUSTER HERNANDEZ (1) (Attachments: # 1 Exhibit Brookings Report Ex. 1, # 2 Exhibit DOJ brochure Ex. 2, # 3 Exhibit FBI brochure Ex. 3) (Garcia, Mario) (Entered: 01/20/2020) |
| 01/21/2020 | 98 | ENTRY ON DEFENDANTS 75 MOTION TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT as to BUSTER HERNANDEZ (1). For the foregoing reasons, Hernandez's Motion to Strike Surplusage from the Superseding Indictment (Filing No. 75 ) is GRANTED in part and DENIED in part. It is granted as to the allegations, Buster HERNANDEZ used the Internet to sexually extort hundreds of adult and minor victims throughout the United |

| | | |
|---|---|---|
| | | States and at least one foreign county, found in paragraph 22 of the Superseding Indictment; and the allegation, Since at least 2012, hundreds of victims, mostly minors, complied with HERNANDEZ's demands and sent HERNANDEZ images and videos depicting themselves engaging in sexually explicit conduct, found in paragraph 23(e) of the Superseding Indictment. These two paragraphs are stricken. The remainder of Hernandez's Motion to Strike is denied. (See Entry.) Signed by Judge Tanya Walton Pratt on 1/21/2020.(NAD) (Entered: 01/21/2020) |
| 01/21/2020 | 99 | ENTRY ON MOTIONS IN LIMINE as to BUSTER HERNANDEZ (1). For the foregoing reasons, the Court grants the Governments Motions in Limine (Filing No. 70 ; Filing No. 71 ) and grants in part and denies in part Hernandezs Motions in Limine (Filing No. 74 ; Filing No. 82 ). An order in limine is not a final, appealable order. If the parties believe that evidence excluded by this Order becomes relevant or otherwise admissible during the course of the trial, counsel may approach the bench and request a hearing outside the presence of the jury. Likewise, if the parties believe that specific evidence is inadmissible during the course of the trial, counsel may raise specific objections to that evidence. (See Entry.) Signed by Judge Tanya Walton Pratt on 1/21/2020. (NAD) (Entered: 01/21/2020) |
| 01/21/2020 | 100 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/21/2020) |
| 01/21/2020 | 102 | MINUTE ENTRY for final pretrial held before Judge Tanya Walton Pratt on 1/21/2020: Defendant BUSTER HERNANDEZ (1) appeared in person and by CJA counsel Mario Garcia. Appearance for the USA by AUSA Kristina Korobov and AUSA Tiffany Preston. Discussion held regarding pending motions, anticipated witnesses and exhibits. The Court will issue a separate Entry consistent with Federal Rule of Criminal Procedure 17.1. This matter remains set for trial by jury on February 10, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) (TRG) (Entered: 01/21/2020) |
| 01/22/2020 | 103 | ORDER ON DEFENDANTS UNOPPOSED MOTION TO SEAL DOCKET NUMBER 82 DEFENDANTS SECOND MOTION IN LIMINE as to BUSTER HERNANDEZ (1). The Defendant, Buster Hernandez, by counsel, Mario Garcia, having filed his Unopposed Motion to Seal Docket Number 82, Defendants Second Motion in Limine, And the Court, having reviewed the Motion and being duly advised, now finds that the Motion is well taken. Accordingly, it is ORDERED that the Defendants Second Motion in Limine filed on January 13, 2020, be and hereby is sealed. Signed by Judge Tanya Walton Pratt on 1/22/2020. (NAD) (Entered: 01/22/2020) |
| 01/22/2020 | 104 | ENTRY FOLLOWING FINAL PRETRIAL CONFERENCE as to BUSTER HERNANDEZ (1). This matter was before the Court for a Final Pretrial Conference on January 21, 2020, held at the Indianapolis Courthouse. The trial in this matter is scheduled to begin on Monday, February 10, 2020, at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States |

| | | |
|---|---|---|
| | | Courthouse, Indianapolis, Indiana. (See Entry for details.) Signed by Judge Tanya Walton Pratt on 1/22/2020. (NAD) (Entered: 01/22/2020) |
| 01/23/2020 | 105 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/23/2020) |
| 01/23/2020 | 106 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/23/2020) |
| 01/23/2020 | 107 | Amended Proposed Final Jury Instructions by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) Modified on 1/24/2020 - Edited docket text to match caption of document(NAD). (Entered: 01/23/2020) |
| 01/28/2020 | 108 | *** SEE DKT. NUMBER 144 FOR REDACTED TRANCRIPT *** PARTIAL TRANSCRIPT (Excerpt) of Final Pretrial Conference as to BUSTER HERNANDEZ (1) held on 01/21/2020 before Judge Tanya Walton Pratt. (29 pages.) Court Reporter/Transcriber: David Moxley (Telephone: (317) 416-1749). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 2/18/2020. Release of Transcript Restriction set for 4/27/2020. (Moxley, David) Modified on 4/28/2020 (SWM). (Entered: 01/28/2020) |
| 01/28/2020 | 109 | NOTICE of FILING of OFFICIAL PARTIAL TRANSCRIPT (Excerpt) of Final Pretrial Conference held before Judge Tanya Walton Pratt on 01/21/2020 in case as to BUSTER HERNANDEZ (1) (Moxley, David) (Entered: 01/28/2020) |
| 01/28/2020 | 110 | REPLY in Support of Motion re 95 MOTION in Limine by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) Modified on 1/29/2020 - Edited link from Dkt 74 to 95 (NAD). (Entered: 01/28/2020) |
| 01/28/2020 | 111 | MOTION in Limine by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/28/2020) |
| 01/29/2020 | 113 | MOTION to Maintain Document Under Seal 112 SEALED Document (Sealed - entry) by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 01/29/2020) |
| 01/29/2020 | 114 | ORDER FOR EXPEDITED BRIEFING as to BUSTER HERNANDEZ (1). On January 28, 2020, Plaintiff United States of America (the Government) filed its Second Notice of Intent to Use Uncharged Conduct Evidence as Direct Evidence and Evidence Admissible Under F.R.E. 414 and 404 (Filing No. 111 ). Due to the fast- approaching jury trial in this matter, Defendant Buster Hernandez is ordered to file a Response Brief, if any, by Friday, January 31, 2020 at noon. No reply brief is needed. Signed by Judge Tanya Walton Pratt on 1/29/2020. (NAD) (Entered: 01/29/2020) |
| 01/29/2020 | 115 | NOTICE *of Submission of the Trial Version of the Superseding Indictment* by USA as to BUSTER HERNANDEZ (1) (Attachments: # 1 Trial Version of the Superseding Indictment)(Preston, Tiffany) (Entered: 01/29/2020) |
| 01/29/2020 | 116 | Unopposed NOTICE Regarding Victim Testimony by USA as to BUSTER |

| | | |
|---|---|---|
| | | HERNANDEZ (1) (Preston, Tiffany) Modified on 1/30/2020 - Edited docket text to match caption of document(NAD). (Entered: 01/29/2020) |
| 01/29/2020 | 117 | Supplemental Second NOTICE of Intent to Use Uncharged Conduct Evidence as Direct Evidence and Evidence Admissible Under F.R.E. 414 and 404 by USA as to BUSTER HERNANDEZ (1) re 111 MOTION in Limine (Preston, Tiffany) Modified on 1/30/2020 - Edited docket text to match caption of document (NAD). (Entered: 01/29/2020) |
| 01/30/2020 | 118 | NOTICE - *GOVERNMENTS AMENDMENT TO F.R.E. 414 / 404(b) FILING (Dkt 117)* by USA as to BUSTER HERNANDEZ (1) re 117 Notice (Other) (Preston, Tiffany) (Entered: 01/30/2020) |
| 01/30/2020 | 119 | Proposed Written Question to Jury Panel by USA as to BUSTER HERNANDEZ (1) (Korobov, Kristina) Modified on 1/31/2020 - Edited docket text to match caption(NAD). (Entered: 01/30/2020) |
| 01/30/2020 | 120 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Korobov, Kristina) (Entered: 01/30/2020) |
| 01/31/2020 | 122 | RESPONSE *and Objection to Government's Admission of Uncharged Conduct Evidence as Direct Evidence and Evidence Admissable Under F.R.E. 404*, re 117 Notice (Other) by BUSTER HERNANDEZ (1). (Garcia, Mario) (Entered: 01/31/2020) |
| 01/31/2020 | 124 | ORDER - as to BUSTER HERNANDEZ (1). The Court, having reviewed the Government's 113 Motion to Maintain Under Seal, and for the reasons set forth in the Government's motion, hereby GRANTS the motion. It is therefore ORDERED that Dkt. Number 112 shall remain UNDER SEAL. Signed by Judge Tanya Walton Pratt on 1/31/2020.(NAD) (Entered: 01/31/2020) |
| 01/31/2020 | 125 | Submission - *Stipulation of the Parties* by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 01/31/2020) |
| 01/31/2020 | 127 | ENTRY ON GOVERNMENT'S MOTION IN LIMINE as to BUSTER HERNANDEZ (1). This matter is before the Court on Plaintiff United States of America's (the Government) Second Notice of Intent to Use Uncharged Conduct Evidence as Direct Evidence and Evidence Admissible Under F.R.E. 404 and Supplemental Second Notice (Filing No. 111 ; Filing No. 117 ). Outside the context of trial, the Court cannot conclude that the proffered evidence is unfairly prejudicial as it appears the evidence will be very similar in nature to the evidence that will be introduced concerning the charged conduct and will support the Government's burden of proving identity. For the reasons stated above, the Court GRANTS the Government's Motion in Limine (Filing No. 111 ; Filing No. 117 ) and will allow evidence to be introduced concerning Victim 12. An order in limine is not a final, appealable order. If the parties believe that specific evidence is inadmissible during the course of the trial, counsel may raise specific objections to that evidence. (See Entry.) Signed by Judge Tanya Walton Pratt on 1/31/20.(NAD) (Entered: 02/03/2020) |
| 02/02/2020 | 126 | NOTICE by USA as to BUSTER HERNANDEZ (1) re 111 MOTION in |

| | | Limine (Preston, Tiffany) (Entered: 02/02/2020) |
|---|---|---|
| 02/03/2020 | 128 | MARGINAL ENTRY in case as to BUSTER HERNANDEZ (1) re 119 Government's Proposed Written Questions to Jury Panel. The Court will allow questions 1, 2 and 3 in a questionnaire that will be submitted and filled out the morning of jury selection. Questions 4 and 5 can be explored during voir dire examination. Signed by Judge Tanya Walton Pratt on 2/3/2020. (NAD) (Entered: 02/03/2020) |
| 02/04/2020 | 129 | ENTRY ON GOVERNMENT'S THIRD MOTION IN LIMINE DKT. 95 as to BUSTER HERNANDEZ (1). The social media and email account evidence in Exhibits 1-199 will be offered to directly prove the charged offenses, and the evidence relates to those charges; thus, the evidence is relevant. As noted above, the parties stipulated to the exhibits' authenticity and the evidence is not hearsay. At this preliminary stage, the Court provisionally admits the exhibits, allowing Hernandez to challenge admissibility during the course of the trial. For the reasons stated above, the Court GRANTS the Government's Motion in Limine and provisionally admits Exhibits 1199, (Filing No. 95 ), with the understanding that the Government will offer the contents of a limited number of these accounts. An order in limine is not a final, appealable order. If the parties believe that specific evidence is inadmissible during the course of the trial, counsel may raise specific objections to that evidence. (See Order.) Signed by Judge Tanya Walton Pratt on 2/4/2020.(NAD) (Entered: 02/04/2020) |
| 02/05/2020 | 130 | ORDER as to BUSTER HERNANDEZ (1). Counsel are notified that the venire will be given name tags with their juror number prior to arriving in the courtroom. During voir dire, counsel shall refer to each individual juror by their number only. Although counsel will have access to names, juror names are not to be used on the record. Signed by Judge Tanya Walton Pratt on 2/5/2020. (NAD) (Entered: 02/06/2020) |
| 02/06/2020 | 131 | STIPULATED FACTUAL BASIS of the Parties *for Plea of Guilty* filed by USA as to BUSTER HERNANDEZ (1). (Preston, Tiffany) (Entered: 02/06/2020) |
| 02/06/2020 | 132 | PETITION TO ENTER A PLEA OF GUILTY as to BUSTER HERNANDEZ (1). (Garcia, Mario) (Entered: 02/06/2020) |
| 02/07/2020 | 134 | MINUTE ORDER - for proceedings held before Judge Tanya Walton Pratt: Change of Plea Hearing as to BUSTER HERNANDEZ (1) held on 2/6/2020. COURT FINDS factual basis for plea and plea voluntarily made. COURT ACCEPTS Plea and ADJUDGES Deft GUILTY as charged. Plea entered by BUSTER HERNANDEZ (1) Guilty Count 1s-8s,9s-11s,12s-17s,18s-21s,22s,23s-32s,33s-38s,39s,40s-41s. Defendant BUSTER HERNANDEZ (1) appears in person and by CJA counsel Mario Garcia. Appearance for the USA by AUSA Tiffany Preston. Defendant is remanded to custody of USM. The trial by jury set to commence on February 10, 2020 was VACATED. Sentencing set for 5/21/2020 12:00 PM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge Tanya |

| | | |
|---|---|---|
| | | Walton Pratt. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) Electronic Notice to USPO. (CKM) (Entered: 02/07/2020) |
| 02/18/2020 | 135 | **(Case Participants Document)** REDACTION STATEMENT in case as to BUSTER HERNANDEZ (1) re 108 Transcript filed by attorney Tiffany Jacqueline Preston. (Preston, Tiffany) (Entered: 02/18/2020) |
| 03/25/2020 | 137 | Unopposed MOTION for Extension of Time to April 16, 2020 *to file Objections and/or Corrections to PSIR* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Garcia, Mario) (Entered: 03/25/2020) |
| 03/26/2020 | 138 | ORDER - granting 137 Motion for Extension of Time to File as to BUSTER HERNANDEZ (1). Accordingly, it is ORDERED, that the Defendant, be and hereby is granted a short extension of fourteen (14) days up to and including April 16, 2020, in which to file objections and/or corrections to the PSIR. Signed by Judge Tanya Walton Pratt on 3/26/2020.(NAD) (Entered: 03/26/2020) |
| 04/17/2020 | 139 | Joint MOTION to Continue *Sentencing Hearing* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 04/17/2020) |
| 04/17/2020 | 140 | **(Case Participants Document)** REDACTION STATEMENT in case as to BUSTER HERNANDEZ (1) re 108 Transcript filed by attorney Tiffany Jacqueline Preston. (Preston, Tiffany) (Entered: 04/17/2020) |
| 04/20/2020 | 141 | ORDER - granting 139 Motion to Continue as to BUSTER HERNANDEZ (1). IT IS THEREFORE ORDERED that the sentencing hearing on May 21, 2020 is VACATED and will be rescheduled to July 10, 2020 at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Signed by Judge Tanya Walton Pratt on 4/20/2020. Electronic Notice to USPO.(NAD) (Entered: 04/20/2020) |
| 04/20/2020 | 142 | Unopposed MOTION for Extension of Time to April 30, 2020 *to File Objections and/or Corrections to PSIR* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Garcia, Mario) (Entered: 04/20/2020) |
| 04/21/2020 | 143 | ORDER ON DEFENDANT'S 142 SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND/OR CORRECTIONS TO PRESENTENCE INVESTIGATION REPORT (PSIR) as to BUSTER HERNANDEZ (1). Accordingly, it is ORDERED, that the Defendant, be and hereby is granted a short extension of fourteen (14) days up to and including April 30, 2020, in which to file objections and/or corrections to the PSIR. Signed by Judge Tanya Walton Pratt on 4/21/2020.(NAD) (Entered: 04/21/2020) |
| 04/27/2020 | 144 | REDACTED Version of previously filed 108 TRANSCRIPT of Excerpt of Final Pretrial Conference as to BUSTER HERNANDEZ (1) held on 01/21/2020 before Judge Tanya Walton Pratt. (29 pages.) Court |

| | | Reporter/Transcriber: David Moxley (Telephone: (317) 416-1749). (Moxley, David) Released on 4/28/2020 (SWM). (Entered: 04/27/2020) |
|---|---|---|
| 04/27/2020 | 145 | NOTICE of FILING of REDACTED Version of previously filed 108 OFFICIAL TRANSCRIPT of Excerpt of Final Pretrial Conference held before Judge Tanya Walton Pratt on 01/21/2020 in case as to BUSTER HERNANDEZ (1) (Moxley, David) (Entered: 04/27/2020) |
| 05/28/2020 | 149 | Joint MOTION to Continue *Sentencing Hearing* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 05/28/2020) |
| 05/29/2020 | 150 | ORDER - granting 149 Motion to Continue as to BUSTER HERNANDEZ (1). IT IS THEREFORE ORDERED that the sentencing hearing on July 10, 2020 is VACATED and will be rescheduled to September 11, 2020 at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Signed by Judge Tanya Walton Pratt on 5/29/2020. Electronic Notice to USPO.(NAD) (Entered: 05/29/2020) |
| 08/04/2020 | 153 | Unopposed MOTION to Continue *Sentencing Hearing* by BUSTER HERNANDEZ (1). (Attachments: # 1 Exhibit)(Garcia, Mario) (Entered: 08/04/2020) |
| 08/04/2020 | 154 | ORDER ON UNOPPOSED 153 MOTION TO CONTINUE SENTENCING HEARING as to BUSTER HERNANDEZ (1). Accordingly, it is, ORDERED that the Sentencing Hearing set for September 11, 2020 be, and hereby is removed from the Courts calendar and reset for December 11, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Because of the age of this case, the parties should anticipate no further continuances. Signed by Judge Tanya Walton Pratt on 8/4/2020. Electronic Notice to USPO.(NAD) (Entered: 08/04/2020) |
| 10/29/2020 | 156 | Joint MOTION to Continue *Sentencing Hearing* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 10/29/2020) |
| 10/30/2020 | 158 | ORDER - granting 156 Motion to Continue as to BUSTER HERNANDEZ (1). Accordingly, IT IS THEREFORE ORDERED that the sentencing hearing on December 11, 2020 is VACATED and will be rescheduled to March 12, 2021 at 9:00 a.m. in Room 344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Absent extremely good cause, absolutely no further continuances of the sentencing hearing will be granted. Signed by Judge Tanya Walton Pratt on 10/30/2020. Electronic Notice to USPO.(NAD) (Entered: 10/30/2020) |
| 01/25/2021 | 159 | Unopposed MOTION *To Allow Government Expert To Appear Virtually At Sentencing Hearing* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 01/25/2021) |
| 01/26/2021 | 162 | ORDER - as to BUSTER HERNANDEZ (1). This matter is before the Court |

| | | |
|---|---|---|
| | | upon the Government's 159 Unopposed Motion To Allow Government Expert To Appear Virtually At Sentencing Hearing, and the Court, being duly advised, now finds as follows: The Court finds further that the ends of justice are served by allowing the Government's expert witness to appear virtually at the March 12, 2021 sentencing hearing for the reasons set forth in the Government's Unopposed Motion. The Motion should be GRANTED. IT IS THEREFORE ORDERED that the Government's Expert Witness, Dr. Reid Meloy, may appear virtually during the March 12, 2021 sentencing hearing. Signed by Judge Tanya Walton Pratt on 1/26/2021.(NAD) (Entered: 01/27/2021) |
| 01/27/2021 | 160 | TRANSCRIPT of Change of Plea Hearing as to BUSTER HERNANDEZ (1) held on 02/06/2020 before Judge Tanya Walton Pratt. (79 pages.) Court Reporter/Transcriber: David Moxley (Telephone: (317) 416-1749). Please review Local Rule 80-2 for more information on redaction procedures. Redaction Statement due 2/17/2021. Release of Transcript Restriction set for 4/27/2021. (Moxley, David) (Entered: 01/27/2021) |
| 01/27/2021 | 161 | NOTICE of FILING of OFFICIAL TRANSCRIPT of Change of Plea Hearing held before Judge Tanya Walton Pratt on 02/06/2020 in case as to BUSTER HERNANDEZ (1) (Moxley, David) (Entered: 01/27/2021) |
| 02/17/2021 | 165 | **(Case Participants Document)** REDACTION STATEMENT in case as to BUSTER HERNANDEZ (1) re 160 Transcript filed by attorney Tiffany Jacqueline Preston. (Preston, Tiffany) (Entered: 02/17/2021) |
| 02/24/2021 | 167 | MOTION by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 02/24/2021) |
| 02/24/2021 | 168 | MOTION to Allow Designated Victims to Appear Virtually at Sentencing Hearing by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) Modified on 2/25/2021 - edited docket text to match title of document(NAD). (Entered: 02/24/2021) |
| 02/24/2021 | 169 | ORDER - as to BUSTER HERNANDEZ (1). This matter is before the Court on the United States' Motion to File the Report, Supporting Documentation, and Curriculum Vitae of Dr. Reid Meloy who will testify on behalf of the Government during the March 12, 2021 sentencing of Buster Hernandez. The Court, being duly advised, now GRANTS said motion for the reasons set forth in the motion. IT IS THEREFORE ORDERED that the Government may file the disclosures referenced in the Motion to the Court under Seal, and that said disclosures will be maintained under seal. Signed by Judge Tanya Walton Pratt on 2/24/2021.(NAD) (Entered: 02/24/2021) |
| 02/26/2021 | 171 | ORDER - as to BUSTER HERNANDEZ (1). This matter is before the Court upon the Government's Motion to Allow Designated Victims to Appear Virtually at the March 12, 2021 Sentencing Hearing, and the Court, being duly advised, now finds as follows: The Court finds further that the ends of justice are served by allowing Designated Victims to Appear Virtually at the March 12, 2021 Sentencing Hearing for the reasons set forth in the Government's Motion. The Motion should be GRANTED. IT IS THEREFORE ORDERED |

| | | |
|---|---|---|
| | | that the Designated Victims may appear virtually during the March 12, 2021 sentencing hearing. Signed by Judge Tanya Walton Pratt on 2/26/2021.(NAD) (Entered: 02/26/2021) |
| 03/01/2021 | 172 | SENTENCING MEMORANDUM by USA as to BUSTER HERNANDEZ (1) (Attachments: # 1 Exhibit A - Stipulated Factual Basis, # 2 Exhibit B - Change of Plea Transcript, # 3 Exhibit 2002, # 4 Exhibit 2003, # 5 Exhibit 2004, # 6 Exhibit 2005, # 7 Exhibit Gov. Ex. Chart 1, # 8 Exhibit Gov. Ex. Chart 2, # 9 Exhibit Gov. Ex. Chart 3, # 10 Exhibit Gov. Ex. Chart 4, # 11 Exhibit 809, # 12 Exhibit 209, # 13 Exhibit 210, # 14 Exhibit 211, # 15 Exhibit 201, # 16 Exhibit 207, # 17 Exhibit 200, # 18 Exhibit 213, # 19 Exhibit 214, # 20 Exhibit 208, # 21 Exhibit 2417, # 22 Exhibit 2418, # 23 Exhibit 2419, # 24 Exhibit 204, # 25 Exhibit 206, # 26 Exhibit 216, # 27 Exhibit 202, # 28 Exhibit 203, # 29 Exhibit 205, # 30 Exhibit 148, # 31 Exhibit 149, # 32 Exhibit 2404, # 33 Exhibit 2405, # 34 Exhibit 2406, # 35 Exhibit 2407, # 36 Exhibit 2408, # 37 Exhibit 2409, # 38 Exhibit 2410, # 39 Exhibit 2411, # 40 Exhibit 1900, # 41 Exhibit 1901, # 42 Exhibit 1902, # 43 Exhibit 1903, # 44 Exhibit 1904, # 45 Exhibit 1905, # 46 Exhibit 1906, # 47 Exhibit 1907, # 48 Exhibit 1908, # 49 Exhibit 1909, # 50 Exhibit 2200, # 51 Exhibit 1700, # 52 Exhibit 1701, # 53 Exhibit 1702, # 54 Exhibit 1703)(Preston, Tiffany) Modified on 3/2/2021 to seal exhibits per AUSA request(TRG). (Entered: 03/01/2021) |
| 03/01/2021 | 174 | ORDER as to BUSTER HERNANDEZ (1) Sentencing-This matter is set for an in-person sentencing hearing on March 12, 2021 at 9:00 a.m. in the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana, Courtroom #344. Due to the ongoing Covid-19 pandemic and the need for social distancing, seating in Courtroom 344 is extremely limited. Only those pre-approved by the Court may view the hearing in Courtroom 344. All other members of the public may view the proceedings from Room 434. Signed by Judge Tanya Walton Pratt on 3/1/2021. (CBU) (Entered: 03/02/2021) |
| 03/02/2021 | 173 | MOTION to Seal Designated Sentencing Memorandum Exhibits by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order) (Preston, Tiffany) Modified on 3/3/2021 - edited docket text to match caption of document(NAD). (Entered: 03/02/2021) |
| 03/03/2021 | 175 | REDACTED Version of previously filed 160 TRANSCRIPT of Change of Plea Hearing as to BUSTER HERNANDEZ (1) held on 02/06/2020 before Judge Tanya Walton Pratt. (79 pages.) Court Reporter/Transcriber: David Moxley (Telephone: (317) 416-1749). (Moxley, David) (Entered: 03/03/2021) |
| 03/03/2021 | 176 | NOTICE of FILING of REDACTED Version of previously filed 160 OFFICIAL TRANSCRIPT of Change of Plea Hearing held before Judge Tanya Walton Pratt on 02/06/2020 in case as to BUSTER HERNANDEZ (1) (Moxley, David) (Entered: 03/03/2021) |
| 03/03/2021 | 179 | ORDER granting 173 Motion to Seal Designated Memorandum Exhibits as to BUSTER HERNANDEZ (1) (See Order for list). Signed by Magistrate Judge |

| | | |
|---|---|---|
| | | Debra McVicker Lynch on 3/3/2021.(CBU) (Entered: 03/04/2021) |
| 03/04/2021 | 178 | NOTICE - *GOVERNMENT'S NOTICE OF FILING SENTENCING MEMORANDUM EXHIBITS* by USA as to BUSTER HERNANDEZ (1) (Preston, Tiffany) (Entered: 03/04/2021) |
| 03/05/2021 | 182 | MOTION *To Seal Expert Witness Disclosures* by BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Garcia, Mario) (Entered: 03/05/2021) |
| 03/09/2021 | 185 | MOTION for Forfeiture of Property *Preliminary* by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Attachment A, # 2 Text of Proposed Order)(Preston, Tiffany) (Entered: 03/09/2021) |
| 03/09/2021 | 187 | MOTION to Maintain Document Under Seal 186 SEALED Document (Sealed - entry) by USA as to BUSTER HERNANDEZ (1). (Attachments: # 1 Text of Proposed Order)(Preston, Tiffany) (Entered: 03/09/2021) |
| 03/11/2021 | 191 | ORDER as to BUSTER HERNANDEZ (1). For the orderly progression of proceedings in this matter, the Court orders as follows: This matter remains set for sentencing hearing on March 12, 2021 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana. The doors to the Courtroom will open to parties and counsel at 8:00 a.m. Because of social distance requirements, the capacity in Courtroom 344 has been reserved for victims and other relevant parties. Any member of the public should report directly to Room 434 to view the proceedings. (See Order.) Signed by Judge Tanya Walton Pratt on 3/11/2021. (NAD) (Entered: 03/11/2021) |
| 03/11/2021 | 193 | ORDER granting 182 Motion as to BUSTER HERNANDEZ (1). The Clerk is directed to maintain Docket No. 181 UNDER SEAL. Signed by Magistrate Judge Mark J. Dinsmore on 3/11/2021.(CBU) (Entered: 03/12/2021) |
| 03/11/2021 | 194 | ORDER granting 187 Motion to Maintain Document Under Seal 186 SEALED Document (Sealed - entry) as to BUSTER HERNANDEZ (1). Signed by Magistrate Judge Mark J. Dinsmore on 3/11/2021.(CBU) (Entered: 03/12/2021) |
| 03/12/2021 | 195 | MINUTE ENTRY for sentencing held before Judge Tanya Walton Pratt on 3/12/2021: Defendant BUSTER HERNANDEZ (1) appeared in person and by CJA counsel Mario Garcia. Appearance for the USA by AUSA Tiffany Preston and Kristina Korobov. USPO represented by Matt Renshaw. Sentence imposed. Judgment forthcoming. Defendant is remanded to custody of USM. Signed by Judge Tanya Walton Pratt. (Court Reporter David Moxley) (TRG) (Entered: 03/15/2021) |
| 03/12/2021 | 196 | CLERK'S NOTICE OF APPEAL as to BUSTER HERNANDEZ (1). Pursuant to Fed. R. Crim. P. 32(j)(2) and at the request of Defendant made in open court at the conclusion of the sentencing hearing, the Clerk hereby files this notice of appeal on behalf of Defendant. (NAD) (Entered: 03/15/2021) |
| 03/12/2021 | 197 | PRELIMINARY ORDER OF FORFEITURE as to BUSTER HERNANDEZ |

| | | |
|---|---|---|
| | | (1). IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the Defendant's interest in the subject property described above is hereby FORFEITED to the United States. (See Order.) Signed by Judge Tanya Walton Pratt on 3/12/2021. Electronic notice to USM-C.(NAD) (Entered: 03/15/2021) |
| 03/12/2021 | 200 | CLERK'S NOTICE OF APPEAL by BUSTER HERNANDEZ (1) re 198 Judgment. (No fee paid with this filing) **REDOCKETED TO OPEN APPEAL DATABASE AND LINK TO JUDGMENT.** (LBT) (Entered: 03/17/2021) |
| 03/16/2021 | 198 | JUDGMENT as to BUSTER HERNANDEZ (1). Defendant pleaded guilty to counts 1-41. IMPRISONMENT: 890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33-41: 120 months per count; Counts 23-32: 60 months per count, all concurrent). The Court makes the following recommendations to the Bureau of Prisons:That the defendant be designated to USP Tucson and provided access to the Sex Offender ManagementProgram and RDAP. SUPERVISED RELEASE: Life (Counts 1-17: Life percount; Counts 18-41: 3 years per count, all concurrent). S.A. FEE: $4,100.00. RESTITUTION: $80,000.00. Signed by Judge Tanya Walton Pratt on 3/16/2021. Electronic notice to USM-C.(NAD) (Entered: 03/16/2021) |

**Case #: 1:17-cr-00183-TWP-TAB-1**