AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case    *items identified with an asterisk denotes changes

# UNITED STATES DISTRICT COURT
Southern District of Indiana

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 1:17CR00183-001<br>USM Number: 76731-097 |
| BUSTER HERNANDEZ<br>a/k/a: Brian Kil; Brianna Killian; Brian Mil;<br>Greg Martain; Purge of Maine; uygt9@hushmail.com;<br>jare9302@hushmail.com; Dtvx1@hushmail.com;<br>Leaked_hacks1; Closed Door; Closed Color; Clutter Removed;<br>Color Rain; Plot Draw; and Invil Cable | Mario Garcia<br>Defendant's Attorney |
| **Date of Original Judgment:  3/12/2021**<br>**(Or Date of Last Amended Judgment)** | |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 – 41

☐ pleaded nolo contendere to count(s)  which was accepted by the court.

☐ was found guilty on count(s)  after a plea of not guilty

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18§2251(a) | Production of Child Pornography | 09/05/214 | 1 |
| 18§2251(a) | Production of Child Pornography | 10/9/2014 | 2 |
| 18§2251(a) | Production of Child Pornography | 10/31/2014 | 3 |
| 18§2251(a) | Production of Child Pornography | 10/01/2014 | 4 |
| 18§2251(a) | Production of Child Pornography | 09/12/2014 | 5 |
| 18§2251(a) | Production of Child Pornography | 10/08/2014 | 6 |
| 18§2251(a) | Production of Child Pornography | 11/07/2014 | 7 |
| 18§2251(a) | Production of Child Pornography | 11/15/2014 | 8 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 9 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 10 |
| 18§2422(b) | Coercion and Enticement of a Minor | 08/03/2017 | 11 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 12/10/2014 | 12 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 12/10/2014 | 13 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 14 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 15 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 16 |
| 18§2252A(a)(2) | Distributing and Receiving Child Pornography | 11/07/2014 | 17 |
| 18§844(e) | Threat to Use Explosive Device | 12/17/2015 | 18 |
| 18§844(e) | Threat to Use Explosive Device | 12/17/2015 | 19 |
| 18§844(e) | Threat to Use Explosive Device | 12/20/2015 | 20 |
| 18§844(e) | Threat to Use Explosive Device | 12/20/2015 | 21 |
| 18§875(b) | Threats and Extortion | 08/03/2017 | 22 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/15/2015 | 23 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/15/2015 | 24 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 25 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 26 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/17/2015 | 27 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 28 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 29 |

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 2 of 14 PageID #: 3178

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 2 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

| | | | |
|---|---|---|---|
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/20/2015 | 30 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 12/21/2015 | 31 |
| 18§875(c) | Threats to Kill, Kidnap, or Injure | 01/03/2016 | 32 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 33 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 34 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 35 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 36 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 37 |
| 18§1512(b)(3) | Witness Tampering | 08/03/2017 | 38 |
| 18§1512(c) | Obstruction of Justice | 08/03/2017 | 39 |
| 18§1513(e) | Retaliation Against a Witness or Victim | 08/03/2017 | 40 |
| 18§1513(e) | Retaliation Against a Witness or Victim | 08/03/2017 | 41 |

The defendant is sentenced as provided in pages 2 through 14 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

March 19, 2021
Date of Imposition of Sentence:

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Date: 3/30/2021

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 3 of 14 PageID #: 3179

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case    *items identified with an asterisk denotes changes    Judgment Page 3 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **890 months (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts 12-22 and 33-41: 120 months per count; Counts 23-32: 60 months per count, all concurrent).**

☒ The Court makes the following recommendations to the Bureau of Prisons:
   **That the defendant be designated to USP Tucson and provided access to the Sex Offender Management Program and RDAP.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant was delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                                                     _____
                                                                                      UNITED STATES MARSHAL

                                                       BY: _____
                                                                       DEPUTY UNITED STATES MARSHAL

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 4 of 14 PageID #: 3180

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 4 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Life (Counts 1-17: Life per count; Counts 18-41: 3 years per count, all concurrent).**

## MANDATORY CONDITIONS

1. You shall not commit another federal, state, or local crime.
2. You shall not unlawfully possess a controlled substance.
3. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You shall make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You shall cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒ You shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You shall participate in an approved program for domestic violence. *(check if applicable)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the conditions listed below.

## CONDITIONS OF SUPERVISION

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 5 of 14 PageID #: 3181

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case    *items identified with an asterisk denotes changes         Judgment Page 5 of 14
DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement.

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

14. You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer.

15. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage.

16. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

17. You shall not use or possess alcohol.

18. You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances(e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

19. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

20. You shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

21. You shall not engage in an occupation, business, profession or volunteer activity that would require or enable you to access the internet or have access to an internet enabled device during the term of supervision without prior approval of the probation officer.

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 6 of 14 PageID #: 3182

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 6 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

22. You shall not have <u>unsupervised</u> meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have <u>supervised</u> meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision.

23. You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court.

24. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above.

25. You shall not engage in any meetings, communications, activities, or visits with any of the victim(s) involved in this case or members of the family of such victim(s) without prior approval from the court.

26. You shall not enter or remain at a place for the primary purpose of observing or contacting children under the age of 18.

27. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

28. You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer.

29. You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer.

30. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

31. You shall pay the costs associated with the following imposed conditions of supervised release, to the extent you are financially able to pay: sexual disorder assessment, polygraph examinations, sex offender treatment, and computer monitoring systems. The probation officer shall determine your ability to pay and any schedule of payment.

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 7 of 14 PageID #: 3183

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 7 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

I understand that I and/or the probation officer may petition the Court to modify these conditions, and the final decision to modify these terms lies with the Court.  If I believe these conditions are being enforced unreasonably, I may petition the Court for relief or clarification; however, I shall comply with the directions of my probation officer unless or until the Court directs otherwise.  Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the condition of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____          _____
Defendant                                                                                  Date

_____          _____
U.S. Probation Officer/Designated Witness                                  Date

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 7 of 14 PageID #: 3183

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 7 of 14

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 8 of 14 PageID #: 3184

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 8 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## CRIMINAL MONETARY PENALTIES*

The defendant must pay the total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

|  | **Assessment** | **Restitution*** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | $4,100.00 | $110,000.00* | | | |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Minor Victim 1 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 2 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 3 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 4 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 5 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 6 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 11 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 12 (see Docket Entry 186) | $10,000.00 | $10,000.00 | 1 |
| Minor Victim 13* (see Docket Entry 186) | $10,000.00* | $10,000.00* | 1* |
| Minor Victim 17* (see Docket Entry 186 | $10,000.00* | $10,000.00* | 1* |
| Minor Victim 20* (see Docket Entry 186 | $10,000.00* | $10,000.00* | 1* |
| | | | |
| **TOTALS** | $110,000.00* | $110,000.00* | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 9 of 14 PageID #: 3185

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 9 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

☒  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:


\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 10 of 14 PageID #: 3186

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 10 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due
       ☐  not later than _____ , or
       ☐  in accordance with   ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, ☒ F or ☒ G below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  If this case involves other defendants, each may be held jointly and severally liable for payment of all or part of the restitution ordered herein and the Court may order such payment in the future. The victims' recovery is limited to the amount of loss, and the defendant's liability for restitution ceases if and when the victims receive full restitution.

G  ☒  Special instructions regarding the payment of criminal monetary penalties:

**Any unpaid restitution balance during the term of supervision shall be paid at a rate of not less than 10 % of the defendant's gross monthly income.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Defendant and Co-Defendant Names and Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee |
|---|---|---|---|
|  |  |  |  |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s): _____

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:

**See pages 11-14 for forfeitures.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 11 of 14 PageID #: 3187

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 11 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

## FORFEITURES

1. The items seized from 9617 Eucalyptus Drive in Bakersfield on August 3, 2017:

   Western Digital Hard Drive, 80GB, Model: WB800BB-55JKA0, S/N: WCAMO2406221
   Seagate Hard Drive, 40GB, Model: ST340014A, S/N: 5JX62W8E;
   iPhone5 cellphone, IMEI: 013336009411128;
   HTC Phone, IMEI: 357814049305405;
   Sony DVD R+RW;
   Hitachi Hard drive, S/N: VNVC0ZG3DBEPYELT;
   Ziploc bag containing three SD cards- (1) SD Card, 2GB, silicone power, (2) Samsung Micro SD card, 8 GB, and (3) HC Micro SD card, 4GB;
   Memorex CD's;
   Samsung Hard Drive, S/N: S25WJ9AB50615; 1- MSATA Memory card;
   SanDisk Cruiser glide, 64 GB, S/N: BH151025362B Verbatim flash drive;
   SanDisk, 4GB flash drive;
   2 Black in color flash drives;
   Memorex, 8 GB flash drive;
   Motorola cellphone, model: XP875, S/N: 990000838180380;
   LG cellphone, IMEI: 013687004137070;
   Stack of DVD+RW discs;
   HP computer, model: 635, S/N:5CB1220XLL;
   2 Thumb drives;
   External hard drive, S/N: Y2IBTFEXTTT1;
   Acer laptop, model: Aspire 5251-1513 S/N: LXPWJ02001017273671601;
   HP Laptop Probook, model: 6475B, S/N: CNU3019SKC;
   Samsung Galaxy cell phone, model: N/A, S/N: N/A;
   HP laptop, model: G7-1167 DX, S/N: CNF1231VMB;
   White iPhone 6S S/N C76RJAM8GRYF; and
   White iPhone 7+ S/N F2LT5BL9HFYC

2. The items seized from 4208 Pioneer Drive in Bakersfield, California, on April 18, 2019:

   1 iPhone (white/gold);
   1 Microsoft Notebook receiver;
   1 Dell CPU Tower, serial number 9NLCW31; and
   1 Dell CPU, serial number 2636Y41

3. All data from the following email and social media accounts which the defendant admitted using to commit the charged offenses and relevant conduct during his change of plea hearing on February 6, 2020:

   Facebook:

   | | |
   |---|---|
   | Amanda Von | During After, samantha.stary.3 |
   | Amanda Wick | Emily Leak, emily.leak.397 |
   | Angie Polanco | Emma Leaked, emma.leaked |
   | Austin Palins | Front Door |
   | Ava Courneya | Garret Henry |
   | Be Here, amanda.carr.1401 | Grean Colrng |
   | Bee Here, bee.here.351 | Haase Brey, haase.brey |
   | Been There, been.there.963 | Hannah Leaked, hannah.leaked |

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 12 of 14 PageID #: 3188

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 12 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

| | |
|---|---|
| blowout_ | Harmony Raines |
| Bre Samson, bre.samson.3 | Here Bee, here.bee.5 |
| Brian Kil | hit me up (pytbv1@yandex.com), leaked_hacks1 |
| Brian Kil | Invil Cable |
| Brian Kil | Jack Lime |
| Brian Kil | jare930 |
| Brian Kil | Jared Jantil |
| Brian Kil, maddie.gile.7 | Jayna Melton |
| Brian Kil | Jillian Topur, jillian.topur |
| Brian Kil, brian.kil.96 | Journeyy Charna, journeyy.charna.7 |
| Brian Kil, brian.kil.737 | Journeyy Leaked, journeyy.leaked.3 |
| Brian Kil, amy.brooks.7330763 | Katie Henderson |
| Brian Kilmore, Meghan Goss | Kayla Bean |
| Brian Kils | Kel May, kel.may.7798 |
| Brian Kils, brian.kils.9 | Larry Nembers |
| Brian_kil9 | Listen Close |
| Brianna Davis | Lori Harris |
| Brianna Kilian, brianna.lik | Maddie Lauren, maddie.lauren.9 |
| Brooke Arenas | Madison Vangorder |
| Brooke Purge, brooke.purge | Madison Vangordern |
| Call Dime, call.dime | Maine Purge |
| Call Dime, call.dime.9 | Maine Purge, maine.purge.73 |
| Carlea Dafur | Maine Purge |
| Catey Tracey, catey.tracey.5 | Maine Purge, maine.purge.9887 |
| Catherine Tracy, catherine.tracy.37 | Maria Villa |
| Chris Car, chris.car.14019 | May June |
| Chris Walker | May June |
| Clear Waters | Meghan Arnet |
| Close Far | Mel Chris, mel.chris.142 |
| Closed Color | Missing Green, kasey.stary |
| Closed Door | More Less |
| Closed Door | Moved During, felin.stassy |
| Closed Door | Moved Green |
| Closed Door | Nancy Casey, nancy.casey.102 |
| Closed Doors | Out Doors, megean.reed.3 |
| Closed Left | Pers Dot, pers.dot.9 |
| Clutter Removed | Plot Draw |
| Colain Greeny | Purge Eva, purg.eva |
| Color Black, taryn.hardill | Purged Maine, purged.maine.1 |
| Color Black | Rebecca Slutofsky |
| Color Blacks | Red Light, rachel.leer.73 |
| Color Blue | Ryan Vacay |
| Color Close, riama.close | Sharp Turn |
| Color Green | Sierra Hanncock, amy.talmer |
| Color Green | Sierra Hanncock, brittany.kilgor |
| Color Mix | Tangie Haris |
| Color Moon | Tay Sines |
| Color Rain | Taylor Sines |
| Color Red | Taylor Sines, taylor.sines.792 |
| Color Red, color.red.9678 | Terra Parish |

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 13 of 14 PageID #: 3189

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 13 of 14

DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

| | |
|---|---|
| Color Reds | Vanessa Ruiz |
| Color Slow | Verb Noun, verb.noun.58 |
| Color White | Warped Haste, derrin.hasty |
| Colored Reds | We Uygt |
| Coloring Red, beth.harris.5492 | Wendy Meen, wendy.meen.5 |
| Colour Green | Went Slowed |
| Coloured White | 1482322121846740 |
| Colured Grey, diana.harris.37604 | 1495085527469936 |
| Daisy Cosmeo | 1649536395316734 |
| Diana May, diana.may.7967 | 1659147381006769 |
| Draw Colors, jason.loras.9 | 396901027175660 |
| Drawn Line, drawn.line | 421287848077695 |

Brighthouse:

174.134.134.97

Tumblr:

briankil
brian-kil

Hushmail:

| | |
|---|---|
| closed78@hushmail.com | jareht@hushmail.com |
| dmzx3@hush.ai | jaynawhore@hush.ai |
| drawback8@hushmail.com | kxze@hushmail.com |
| dtvx1@hushmail.com | oo9777@hushmail.com |
| dtvx2@hushmail.com | oo9779@hushmail.com |
| edwe0@hushmail.com | oo97777@hushmail.com |
| jare92o2@hushmail.com | oo977777@hushmail.com |
| jare9302@hushmail.com | szxw7@hushmail.com |
| uygt9@hushmail.com | talkfa2qa@hushmail.com |
| amp98@hushmail.com | taylor.la@hushmail.com |
| amp988@hushmail.com | terminal343@hush.ai |
| ampy88@hushmail.com | tklw5@hushmail.com |
| close77@hushmail.com | tr3e@hushmail.com |
| closed77@hushmail.com | trte4rr7t@hushmail.com |
| dkl6@hushmail.com | vrtyd99@hushmail.com |
| dmzx9@hush.ai | wder22@hushmail.com |
| drawback88@hushmail.com | yh56y@hushmail.com |
| drawback888@hushmail.com | yh65w@hushmail.com |
| fire89@hush.ai | yh65y@hushmail.com |
| gfjy6@hushmail.com | yhj8@hushmail.com |
| hgz5@hushmail.com | ytrd4@hushmail.com |
| idont698@hush.ai | zxgot@hushmail.com |
| ixze6@hush.ai | zxgots@hushmail.com |
| jare93o2@hushmail.com | zza8000@hushmail.com |
| jare9202@hushmail.com | zza8800@hushmail.co |
| jare9402@hushmail.com | |

Case 1:17-cr-00183-TWP-TAB   Document 212   Filed 03/30/21   Page 14 of 14 PageID #: 3190

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case   *items identified with an asterisk denotes changes   Judgment Page 14 of 14
DEFENDANT: BUSTER HERNANDEZ, a/k/a: Brian Kil; Brianna Killian; Brian Mil; Greg Martain; Purge of Maine; uygt9@hushmail.com; jare9302@hushmail.com; Dtvx1@hushmail.com; Leaked_hacks1; Closed Door; Closed Color; Clutter Removed; Color Rain; Plot Draw; and Invil Cable
CASE NUMBER: 1:17CR00183-001

    Yandex:
    cop.killer.pipeb@yandex.com
    cop-killer-pipeb@yandex.com