Buster Hernandez

FILED
05/12/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States of America v. Buster Hernandez
Southern District of Indiana Court No 1:17-Cr-00183

Please recieve this as my Pro se motion for
an untimely notice of appeal.

I was Sentenced On march 12, 2021 and I appealed that same day. (R.195)(R.196)
The district court then entered its written judgment on march 16 2021. (R.198). It has
now come to my attention that the district court amended Its initial judgment on March
30, 2021 an no notice of appeal was filed on my behalf within the 14 days of this
amended judgment. I now move the district court for permission to file an untimely
notice of appeal of the amended judgment.

The Seventh circut has established a four factor test for excusable neglect for the
late filing of a notice of appeal. (United states v. Elliot, 149 F. App'x 489, 492-93.)

1. The danger of prejudice to the non-moving party
2. The length of the delay
3. The reason of the delay
4. whether the movants conduct is in good faith.

1. Danger of Prejudice
     The government will suffer no prejudice because I have already demonstrated
my effort to appeal via the first notice of appeal on March 12. This motion for
untimely appeal is merely a continuation of that effort.

2. length or the delay
     The length of the delay is not great and will have no impact on any judicial
Proceedings given that the merits of my appeal have not been put at issue to date.

3. Reason for the delay
     The reason for this delay is that I was not aware that this amended
judgment had occured nor would I have understood what it meant nor was I
aware that my lawyer agreed to the amended judgment which increased the
amount of restitution I owe, if in fact he did agree to It. I dont know because
it was never communicated to me. And although this amended judgment was
not brought to my attention, I would have reasonably expected my counsel to
have appealed on my behalf as I already demonstrated my desire to appeal
via the first notice of appeal. My counsel did not file and I was not aware of
this either.
     My counsel withdrew itself from representing me shortly after the initial
judgment and so none of these events were ever explained to me. I
had no way of knowing this amended judgment occured, what it meant, what
could be done about it, or how it could be done without counsel.

These events were not in my control and even if I had been in #3503 of the amended judgment, I would not have known my initial appeal would not apply to the amended judgment or how to initiate the appeal or that I could file pro se or how to file pro se.

Unfortunately, I did not know about this Amended Judgment or what it meant until just yesterday when it was brought to my attention. I did not know I had to appeal. Having been made fully aware of the events I am immediately moving the court for permission to file an untimely notice of appeal.

4. Whether the movants conduct is in good faith

This untimely notice of appeal is being made in good faith and it may be upon further review that the restitution decision is infirm because the amounts were unlawful and the filing of the first notice of appeal divested the district court of jurisdiction to enter an amended judgment.

I would also request appointed counsel on this matter. I have very minimal knowledge on how to do what is required when exercising my rights in relation to this matter and I have doubts that even this draft was done in an agreeable manner.

thank you,

Buster Hernandez (76731-097)