UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cr-00183-TWP-TAB |
| | ) |
| BUSTER HERNANDEZ, | ) -01 |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR AN UNTIMELY NOTICE OF APPEAL**

This matter is before the Court on the Defendant Buster Hernandez's ("Hernandez") Motion for Extension of Time to File Notice of Appeal. For the reasons stated below, the Motion is granted.

**I.   DISCUSSION**

Hernandez pled guilty to counts 1-41 of the superseding indictment in this case. On March 16, 2021, Hernandez was sentenced to 890 months; (Counts 1-8: 360 months per count; Counts 9-11: 890 months per count; Counts. 12-22 and 33-41: 120 months per count; Counts 23-32: 60 months per count, all concurrent); and Judgment was entered (Dkt. 198). A Clerk's Notice of Appeal was entered that same date. (Dkt. 200).

On March 18, 2021, the Government moved and the Court granted, a Motion to Amend the Judgment and Commitment Order to add 8 victims who sought and were entitled to restitution under Title 18, United States Code, Section 3663(A). (Dkt. 205, Dkt. 208). An Amended Judgment was entered on March 30, 2021. (Dkt. 212).

Although Hernandez filed a timely appeal of the initial Judgment, he did not timely appeal the Amended Judgment. A timely appeal of the Amended Judgment would have been due on or before

April 13, 2021. Hernandez's motion for extension of time was mailed on May 7, 2021 and filed in this Court on May 12, 2021. Dkt. 221-1.

Rule 4(b)(4) of the Federal Rules of Appellate Procedure permits the Court to extend the time for filing a notice of appeal up to 30 days when a showing of good cause or excusable neglect is made. In making this determination, a district court should consider the entire context, including the reason for and the length and impact of the delay, whether it was within the reasonable control of the movant, the danger of prejudice to the nonmoving party, and whether the party responsible for the delay acted in good faith. *See Marquez v. Mineta,* 424 F.3d 539, 541 (7th Cir. 2005). In his motion for extension of time, Hernandez states that he was not aware of the Amended Judgment when it was issued and that he submitted the instant motion the day after he became aware of it. Because he has provided good cause for the delay, the motion is **granted**.

## II. CONCLUSION

The Court finds good cause to **GRANT** Hernandez's Motion for Extension of Time to File a Notice of Appeal to May 12, 2021. Dkt. [221]. *See* Fed. R. of App. P. 4(b)(4).

Having granted the motion for extension of time, the clerk is instructed to **treat and process the motion** for extension of time **as his notice of appeal, filed on the date he mailed it, May 7, 2021.**

**SO ORDERED.**

Date: 5/18/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Buster Hernandez
76731-097
Tallahatchie County Correction
19351 US Hwy 49 N
Tutwiler, MS

Thomas Patton
FEDERAL DEFENDER'S OFFICE
Thomas_patton@fd.org

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE
kristina.korobov@usdoj.gov

Tiffany Preston
UNITED STATES ATTORNEY'S OFFICE
tiffany.preston@usdoj.gov